**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE APPLICATION OF COMMISSIONS
IMPORT-EXPORT S.A. FOR JUDICIAL
ASSISTANCE PURSUANT TO
28 U.S.C. § 1782                                            CASE NO. _

---

**APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

Applicant Commissions Import-Export S.A. ("Commisimpex") hereby applies to the Court for an order of judicial assistance, pursuant to 28 U.S.C. § 1782, appointing Tara J. Plochocki, Esq. as a Commissioner of the Court to facilitate the issuance of subpoenas and gathering documentary evidence from Respondents New York Stock Exchange LLC, BOFA Securities Inc., MUFG Securities Americas, Inc., Morgan Stanley & Co. LLC, Natixis Securities Americas LLC, SMBC Nikko Securities America, Inc., and Deutsche Bank Securities Inc.

The requested relief is for the purpose of obtaining limited, but important, discovery for use in connection with a foreign civil proceeding currently pending in the Commercial Court of Nanterre, France, to which Commisimpex is an interested person. The grounds for this Application are set forth in the accompanying Memorandum of Law in Support of Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782, the Declarations of Nathalie Makowski and David A. Short, and the Exhibits to those Declarations.

Dated: October 22, 2025.                           Respectfully submitted,

                                    By:   /s/ *Tara J. Plochocki*
                                          Tara J. Plochocki (NY Bar No. 5359054)
                                          David A. Short (NY Bar No. 5780804)
                                          650 Massachusetts Avenue, N.W.,
                                          Suite 600
                                          Washington, D.C., 20001
                                          Tel: (202) 90-8740
                                          tplochocki@sequorlaw.com
                                          dshort@sequorlaw.com

                                          *Counsel for Commissions Import-Export S.A.*

2

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE APPLICATION OF COMMISSIONS
IMPORT-EXPORT S.A. FOR JUDICIAL
ASSISTANCE PURSUANT TO
28 U.S.C. § 1782                                       CASE NO. _

**[PROPOSED] ORDER GRANTING APPLICATION TO**
**ISSUE SUBPOENAS AND GATHER DOCUMENTARY EVIDENCE**

Upon the motion of Applicant COMMISSIONS IMPORT-EXPORT S.A. for an order of judicial assistance appointing Tara J. Plochocki as a Commissioner of the Court to facilitate the issuance of subpoenas and gathering documentary evidence from Respondents New York Stock Exchange LLC, BOFA Securities Inc., MUFG Securities Americas, Inc., Morgan Stanley & Co. LLC, Natixis Securities Americas LLC, SMBC Nikko Securities America, Inc., and Deutsche Bank Securities Inc., and upon review of the Memorandum of Law and Declarations in support thereof, it is hereby

ORDERED that the Application for an order of judicial assistance be GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025