# MISCELLANEOUS CASE COVER SHEET

| PLAINTIFFS ~~PLAINTIFFS~~ | DEFENDANTS ~~DEFENDANTS~~ |
|---|---|
| Applicant   Commissions Import-Export S.A.<br>**Attorney's** (Firm Name, Address, and Telephone Number) Sequor Law PA, 650 Massachusetts Avenue, N.W., Suite 600 Washington, D.C., 20001  Tel: (202) 90-8740 | Respondents   New York Stock Exchange LLC, BOFA Securities Inc., MUFG Securities Americas, Inc., Morgan Stanley & Co. LLC, Natixis Securities Americas LLC, SMBC Nikko Securities America, Inc., and Deutsche Bank Securities Inc.<br>**Attorneys (If Known)** |

**DESCRIPTION OF CASE**
28 U.S.C. § 1782 - Application for judicial assistance

**Has this or a similar case been previously filed in SDNY?**

No? ✔   Yes? ☐   Judge Previously Assigned _____

If yes, was this case: Vol. ☐   Invol. ☐   Dismissed. No ☐   Yes ☐

If yes, give date: _____   & Case No. _____

**NATURE OF CASE**

- ☐ M 08-85 Motion to Compel
- ☐ M 08-85 Motion to Quash
- ☐ M 08-86 Internet Infringement
- ☐ M 08-88 Surety Companies
- ☐ M 08-425 Sureties Proceedings
- ☐ M 11-03 SEC Litigation to Freeze Account
- ☐ M 11-188 GJ Subpoenas - Unsealed
- ☐ M 11-189 GJ Subpoenas - Sealed
- ☐ M 16-88 Sale of Unclaimed Seamen's Effects
- ☐ M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- ☐ M 18-302 Registration of a Judgment from Another District
- ☐ M 18-304 Administrative Subpoena Proceedings
- ☐ M 18-305 Registration of Student Loan Judgment
- ☐ M 18-981 Nonjudicial Civil Forfeiture Proceeding
- ☐ M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- ☐ M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- ☐ M 19-63 Receivers - Property in Other Districts
- ☐ M 19-78 Denial to Sue In Forma Pauperis
- ☐ M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- ☐ M 22-2 Designation of individual to issue certified copies in bankruptcy part
- ☐ M 23 Petition to Perpetuate Testimony
- ☐ M 25-1 Order for Entry to Effect Levy - IRS Matter
- ☐ M 25-2 Permission to have access to safe deposit boxes
- ☐ M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union
- ☐ M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- ☐ M 28 Warrant for Entry & Inspection of Premises
- ☐ M 29 Privacy Act Application
- ☐ M 30 Privacy Act Application
- ☐ M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- ☐ M 32 Petition for Writ to Produce Federal Prisoner in State Court
- ☐ M 33 Inspection Warrant - Department of Energy
- ☐ M 34 Order of Another District Court that the State Court Produce
- ☐ M 35 Order to Stay Transfer of Federal Prisoner
- ☐ M 36 National Labor Relations Board
- ☐ M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- ☐ M 38 Application for Reassignment of Bankruptcy Proceeding
- ☐ M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- ☐ M 41 Order of Return of 28:2254/2255 Petition

- ☐ M 42 Order Denying Stay of Deportation
- ☐ M 43 Contempt of Court in Bankruptcy
- ☐ M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- ☐ M 46 Order from Another District for Public Viewing
- ☐ M 47 Bankruptcy Cases - Before Appeal Filed
- ☐ M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- ☐ M 48 Application for Appointment of Counsel - No Case in This Court
- ☐ M 49 Order Denying Commencement of Civil Action
- ☐ M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- ☐ M 52 Application for Leave to File a Complaint
- ☐ M 53 Order Barring Individual from Entering Courthouse Building
- ☐ M 54 Immigration Naturalization - Order Delaying Deportation
- ☐ M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- ☐ M 58 Application for Extension of Time to File Petition for Removal
- ☐ M 59 Application to Produce Federal Prisoner in State Court
- ☐ M 67 Notice of Eviction to Squatters (USA Cases)
- ☐ M 71 Application re: Federal Rules Cr. 11(e)(2)
- ☐ M 72 Order of Attachment of Another District – EDNY
- ☐ M 73 Subpoena to Government Agency
- ☐ M 75 Application for Writ of Garnishment
- ☐ M 76 Central Violations Bureau
- ☑ M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- ☐ M 90 Order of Attachment
- ☐ M 93 Letters Rogatory _____
- ☐ M 94 Other _____
- ☐ M 98 Application to file a civil case under seal.
- ☐ M 100 Motion to Unseal – Criminal Duty Matter
- ☐ M 101 Motion to Unseal – Criminal
- ☐ M 102 Motion to Unseal – Civil

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

**JUDGE**_____**MISCELLANEOUS CASE NUMBER**_____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Commissions Import-Export SA is a company organized under the laws of the Republic of Congo having its principal address at Adnan El-Hakim Street, Jnah, Hajaij Bulding, 7th Floor, Beirut, Lebanon

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**   All Respondents are located in Manhattan

The New York Stock Exchange LLC - 1 Wall St, New York, NY 10005.
BOFA Securities, Inc. - 1 Bryant Park, New York, NY 10036.
MUFG Securities America Inc. - 1221 6th Ave, 6th Floor, 1001, New York, NY 10020.
Morgan Stanley & Co. LLC - 1585 Broadway New York, NY 10036.
Natixis Securities Americas LLC - 1251 6th Ave, New York, NY 10020.
SMBC Nikko Securities America - 277 Park Ave 5th Floor, New York, NY 10172.
Deutsche Bank Securities Inc. - 1 Columbus Circle, New York, NY 10019

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    No [X]   Yes [ ]
**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS [X]   MANHATTAN [ ]

**SIGNATURE OF ATTORNEY OF RECORD**

/s/David A. Short

RECEIPT #

Tammi M. Hellwig, Clerk of Court, _____

Dated: _____

**ADMITTED TO PRACTICE IN THIS DISTRICT**

[ ] U.S. GOVERNMENT ATTORNEY

[ ] NO

[X] YES (DATE ADMITTED (MM/YY)  05/22  )
ATTORNEY BAR CODE #  5780804

Dated:  10/22/2025