**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLICATION OF COMMISSIONS IMPORT-EXPORT S.A. FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | CASE NO. 25-mc-00463 |

**DECLARATION OF DAVID A. SHORT IN SUPPORT OF**
**APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

I, David A. Short, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am counsel at the law firm Sequor Law PA, attorneys for Commissions Import-Export S.A. ("Commisimpex").

2. I am over the age of 18 and make this Declaration in support of the Application submitted by Commisimpex for an order pursuant to 28 U.S.C § 1782 to take discovery from Respondents New York Stock Exchange, BOFA Securities Inc., MUFC Securities America, Morgan Stanley & Co. LLC, Natixis Securities Americas LLC, SMBC Nikko Securities America, and Deutsche Bank Securities.

3. Attached as Exhibit 1 is a true and correct copy of the New York Secretary of State corporate extract for the New York Stock Exchange.

4. Attached as Exhibit 2 is a true and correct copy of the New York Secretary of State corporate extract for BOFA Securities Inc.

5. Attached as Exhibit 3 is a true and correct copy of the New York Secretary of State corporate extract for MUFG Securities America.

6. Attached as Exhibit 4 is a true and correct copy of the New York Secretary of State

corporate extract for Morgan Stanley & Co. LLC.

7. Attached as Exhibit 5 is a true and correct copy of the New York Secretary of State corporate extract for Natixis Securities Americas LLC.

8. Attached as Exhibit 6 is a true and correct copy of the New York Secretary of State corporate extract for SMBC Nikko Securities America.

9. Attached as Exhibit 7 is a true and correct copy of the New York Secretary of State corporate extract for Deutsche Bank Securities.

10. Attached as Exhibit 8 is a true and correct copy of the Form 20-F submitted by TotalEnergies on March 31, 2025, available at:

https://www.sec.gov/Archives/edgar/data/879764/000110465925029751/tot-20241231x20f.htm.

11. Attached as Exhibit 9 is a true and correct copy of an April 2, 2024 supplemental prospectus for a $4.25 billion bond offering guaranteed by TotalEnergies SE, available at https://www.sec.gov/Archives/edgar/data/879764/000110465924043633/tm2410274-2_424b5.htm.

12. Attached as Exhibit 10 is a true and correct copy of an excerpt from the NYSE Company Resources Listing Manual, Section 104.00-104.02, available at: https://nyseguide.srorules.com/listed-company-anual/621aaa067ba710009499d8d385ad169401.

13. Attached as Exhibit 11 is a true and correct copy of the NYSE listing manual checklist, available at:

https://www.nyse.com/publicdocs/nyse/listing/Listing%20Application%20Checklist.pdf.

14. Attached as Exhibit 12 is a true and correct copy of the SEC's Form F-3 Template,

available at: https://www.sec.gov/files/formf-3.pdf.

15. Attached as Exhibit 13 is a true and correct copy of the Form 6-K submitted by TotalEnergies on September 24, 2025, available at:

https://www.sec.gov/Archives/edgar/data/879764/000110465925092850/tm2526657d1_6k.htm.

16. Attached as Exhibit 14 is a true and correct copy of the Form 20-F submitted by TotalEnergies on March 29, 2024, available at:

https://www.sec.gov/ix?doc=/Archives/edgar/data/0000879764/000110465924040994/tot-20231231x20f.htm

17. Attached as Exhibit 15 is a true and correct copy of the proposed subpoenas for service on Respondents.

Executed on October 22, 2025.

By: /s/David A. Short
      David A. Short