Exhibit 1

9/23/25, 2:55 PM                                    Public Inquiry

An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results   Return to Search

### Entity Details

**ENTITY NAME:** NEW YORK STOCK EXCHANGE LLC
**DOS ID:** 3230916
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 07/14/2005
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 07/14/2005
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 07/31/2027
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY**   NAME HISTORY   FILING HISTORY   MERGER HISTORY   ASSUMED NAME HISTORY

#### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** C/O UNITED AGENT GROUP INC
**Address:** 600 MAMARONECK AVENUE #400, HARRISON, NY, UNITED STATES, 10528

**Electronic Service of Process on the Secretary of State as agent:** Not Permitted

#### Chief Executive Officer's Name and Address

**Name:**
**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:** UNITED AGENT GROUP INC.

**Address:** 600 MAMARONECK AVENUE #400, HARRISON, NY, 10528

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| | | |