Exhibit 2

An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** BOFA SECURITIES, INC.
**DOS ID:** 4917519
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 03/23/2016
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 03/23/2016
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 09/01/2015
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 03/31/2026
**JURISDICTION:** DELAWARE, UNITED STATES
**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |

### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** BOFA SECURITIES, INC.
**Address:** C T CORPORATION SYSTEM, 28 LIBERTY ST., NEW YORK, NY, UNITED STATES, 10005

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

### Chief Executive Officer's Name and Address

**Name:** SOOFIAN J. ZUBERI
**Address:** ONE BRYANT PARK, NEW YORK, NY, UNITED STATES, 10036

### Principal Executive Office Address

**Address:** ONE BRYANT PARK, NEW YORK, NY, UNITED STATES, 10036

### Registered Agent Name and Address

**Name:** C T CORPORATION SYSTEM

**Address:** 28 LIBERTY ST., NEW YORK, NY, 10005

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

Agencies  App Directory  Counties  Events  Programs  Services