# Exhibit 3

An official website of New York State.
Here's how you know





## Division of Corporations

## Entity Information

Return to Results    Return to Search

## Entity Details

**ENTITY NAME:** MUFG SECURITIES AMERICAS INC.
**DOS ID:** 1312241
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** -
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 12/08/1988
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 12/08/1988
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 12/31/2026
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY**    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** C/O CORPORATION SERVICE COMPANY
**Address:** 80 STATE STREET, ALBANY, NY, UNITED STATES, 12207

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

### Chief Executive Officer's Name and Address

**Name:** WILLIAM RENICK MANSFIELD JR.
**Address:** 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, UNITED STATES, 10020

### Principal Executive Office Address

**Address:** 1221 AVENUE OF THE AMERICAS, 6TH FLOOR, NEW YORK, NY, UNITED STATES, 10020

### Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 10,000 | $0.00000 |

AgenciesApp DirectoryCountiesEventsProgramsServices