# Exhibit 6

An official website of New York State.

Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

Entity Details ⌃

**ENTITY NAME:** SMBC NIKKO SECURITIES AMERICA, INC.

**DOS ID:** 1574080

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 09/09/1991

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 09/09/1991

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:** 08/08/1990

**STATEMENT STATUS:** CURRENT

**COUNTY:** NEW YORK

**NEXT STATEMENT DUE DATE:** 09/30/2027

**JURISDICTION:** DELAWARE, UNITED STATES

**NFP CATEGORY:**

< | ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** C/O CORPORATION SERVICE COMPANY

**Address:** 80 STATE STREET, ALBANY, NY, UNITED STATES, 12207

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:** SCOTT ASHBY

**Address:** 277 PARK AVENUE, NEW YORK, NY, UNITED STATES, 10172

Principal Executive Office Address

**Address:** 277 PARK AVENUE, 6TH FLOOR, NEW YORK, NY, UNITED STATES, 10172

Registered Agent Name and Address

**Name:** THE PRENTICE-HALL CORPORATION SYSTEM, INC.

**Address:** 80 STATE STREET, ALBANY, NY, 12207

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

AgenciesApp DirectoryCountiesEventsProgramsServices