# Exhibit 7

An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** DEUTSCHE BANK SECURITIES INC.
**DOS ID:** 321961
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** -
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 01/19/1972
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 01/19/1972
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 12/29/1971
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 01/31/2026
**JURISDICTION:** DELAWARE, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY**  NAME HISTORY  FILING HISTORY  MERGER HISTORY  ASSUMED NAME HISTORY

#### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** DEUTSCHE BANK SECURITIES INC.
**Address:** 28 LIBERTY STREET, NEW YORK, NY, UNITED STATES, 10005

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

#### Chief Executive Officer's Name and Address

**Name:** JAMES DAVIES
**Address:** 1 COLUMBUS CIRCLE, NEW YORK, NY, UNITED STATES, 10019

#### Principal Executive Office Address

**Address:** 1 COLUMBUS CIRCLE, NEW YORK, NY, UNITED STATES, 10019

#### Registered Agent Name and Address

| | |
|---|---|
| **Name:** | C T CORPORATION SYSTEM |
| **Address:** | 28 LIBERTY ST., NEW YORK, NY, 10005 |

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

AgenciesApp DirectoryCountiesEventsProgramsServices