# Exhibit 11

**NEW YORK STOCK EXCHANGE**

**Checklist for Supporting Documents
Required for
Original Listing Application**

*This is a checklist for companies that would like to list securities on the NYSE (the "Exchange"). Please note that prior to submitting the following documents to the Exchange, the company will have been cleared to file an original listing application.*

**Documents Required for Authorization to List**
- ☐ Draft Original Listing Application
- ☐ Confirmation company meets shareholder requirements
- ☐ Response to clearance letter
- ☐ Letter from the underwriters undertaking that the company will comply with applicable quantitative listing standards (when listing in conjunction with an initial public offering)
- ☐ Listing Agreement executed by an executive officer
- ☐ Depositary Listing Agreement (for foreign private issuers listing American Depositary Receipts)
- ☐ Draft Depositary Agreement (for foreign private issuers listing American Depositary Receipts)
- ☐ Section 315 Letter
- ☐ Draft Form 8-A
- ☐ Copy of charter
- ☐ Copy of bylaws
- ☐ Copy of Board resolutions authorizing:
    - (i) application to list securities on the Exchange;
    - (ii) issuance of any *unissued* securities (e.g., option plans, shares to be issued upon conversion etc.) for which the listing application is made; and
    - (iii) appointment of the transfer agent/registrar, if any.
- ☐ Copy of shareholder resolutions authorizing issuance (if corporate procedure requires such action) of any *unissued* securities (e.g., option plans, shares to be issued upon conversion, etc.) for which listing application is made
- ☐ Copy of Specimen Certificate (if any)
- ☐ Public Authority Certificate -- A copy of the certificate or order of any public authority having jurisdiction over the company in the matter of approving or authorizing issuance of any unissued securities proposed for listing. (if applicable)
- ☐ Adjustments to Historical Financial Data -- If necessary to demonstrate compliance with financial listing standards
- ☐ Copy of good standing certificate from jurisdiction of incorporation (if no Exhibit 5 opinions have been filed with the SEC in the preceding 12 months)

- ☐ Initial Written Affirmation (except for companies listing in conjunction with an initial public offering, who must provide it prior to listing)
- ☐ Opinion of home country counsel (for foreign private issuers)

**Documents Required Prior to Listing**
- ☐ Confirmation letter from CUSIP Bureau (when listing in conjunction with an initial public offering)
- ☐ Initial Written Affirmation
- ☐ Form 8-A must be filed with Securities and Exchange Commission

**Documents to be Provided after Listing***
- ☐ Two copies of final Original Listing Application signed by an executive officer
- ☐ Final executed copy of Depository Listing Agreement (for foreign private issuers listing American Depositary Receipts ("ADRs"))
- ☐ Additional information as requested by the Exchange

*Final documentation should be provided promptly after the exercise in full of the over-allotment option or – if listing in conjunction with an initial public offering -- the expiration of the over-allotment option.