# Exhibit 13

6-K 1 tm2526657d1_6k.htm FORM 6-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

## FORM 6-K

**REPORT OF FOREIGN PRIVATE ISSUER
PURSUANT TO RULE 13a-16 OR 15d-16 OF
THE SECURITIES EXCHANGE ACT OF 1934**

**September 24th, 2025
Commission File Number 001-10888**

# TotalEnergies SE

**(Translation of registrant's name into English)**

**2, place Jean Millier
La Défense 6
92400 Courbevoie
France
(Address of principal executive offices)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒   Form 40-F ☐

TotalEnergies SE (the "Company") is providing on this Form 6-K a description of certain decisions taken by its board of directors on September 24, 2025, including among other items the board's approval of the technical project to convert the Company's American depositary receipts (ADR's) into the Company's ordinary shares.

The press release is attached hereto as Exhibit 99.1 and is incorporated herein by reference.

# EXHIBIT INDEX

| Exhibit No. | Description |
| --- | --- |
| Exhibit 99.1 | The Board of Directors of TotalEnergies confirms the relevance and progress of the Company's strategy, as the differentiated and profitably growing energy major (September 24, 2025). |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**TotalEnergies SE**

Date: September 24, 2025

By: /s/ DENIS TOULOUSE
Name: Denis Toulouse
Title: Company Treasurer