Exhibit 14a

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 20-F

*(Mark One)*

☐ REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☑ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

## For the fiscal year ended December 31, 2023
OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

OR

☐ SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Date of event requiring this shell company report

Commission file number: 1-10888

# TotalEnergies SE
(Exact Name of Registrant as Specified in Its Charter)

N/A
(Translation of Registrant's name into English)

## Republic of France
(Jurisdiction of Incorporation or Organization)

2, place Jean Millier
La Défense 6
92400 Courbevoie
France
(Address of Principal Executive Offices)

Jean-Pierre Sbraire
Chief Financial Officer
TotalEnergies SE
2, place Jean Millier
La Défense 6
92400 Courbevoie
France
Tel: +33 (0)1 47 44 45 46
Fax: +33 (0)1 47 44 49 44
(Name, Telephone, Email and/or Facsimile Number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Shares | | New York Stock Exchange* |
| American Depositary Shares | TTE | New York Stock Exchange |

\* Not for trading, but only in connection with the registration of American Depositary Shares, pursuant to the requirements of the Securities and Exchange Commission.

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.

**None**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.
2,412,251,835 Shares, par value €2.50 each, as of December 31, 2023

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or an emerging growth company. See the definitions of "large accelerated filer", "accelerated filer", and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑          Accelerated filer ☐          Non-accelerated filer ☐

Emerging growth company ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C.7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☑

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

| U.S. GAAP ☐ | International Financial Reporting Standards as issued by the International Accounting Standards Board ☑ | Other ☐ |
|---|---|---|

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow.    Item 17 ☐    Item 18 ☐

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

# TABLE OF CONTENTS

BASIS OF PRESENTATION                                                                                          i

STATEMENTS REGARDING COMPETITIVE POSITION                                                                      i

ADDITIONAL INFORMATION                                                                                         i

CERTAIN TERMS, ABBREVIATIONS AND CONVERSION TABLE                                                             i

CAUTIONARY STATEMENT CONCERNING FORWARD-LOOKING STATEMENTS                                                    i

| | | |
|---|---|---|
| ITEM 1. | IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS | 3 |
| ITEM 2. | OFFER STATISTICS AND EXPECTED TIMETABLE | 3 |
| ITEM 3. | KEY INFORMATION | 3 |
| ITEM 4. | INFORMATION ON THE COMPANY | 3 |
| ITEM 4A. | UNRESOLVED STAFF COMMENTS | 3 |
| ITEM 5. | OPERATING AND FINANCIAL REVIEW AND PROSPECTS | 4 |
| ITEM 6. | DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES | 25 |
| ITEM 7. | MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS | 25 |
| ITEM 8. | FINANCIAL INFORMATION | 25 |
| ITEM 9. | THE OFFER AND LISTING | 26 |
| ITEM 10. | ADDITIONAL INFORMATION | 26 |
| ITEM 11. | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 30 |
| ITEM 12. | DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | 31 |
| ITEM 13. | DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | 31 |
| ITEM 14. | MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | 31 |
| ITEM 15. | CONTROLS AND PROCEDURES | 31 |
| ITEM 16A. | AUDIT COMMITTEE FINANCIAL EXPERT | 32 |
| ITEM 16B. | CODE OF ETHICS | 32 |
| ITEM 16C. | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 32 |
| ITEM 16D. | EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES | 32 |
| ITEM 16E. | PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | 33 |
| ITEM 16F. | CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | 33 |
| ITEM 16G. | CORPORATE GOVERNANCE | 33 |
| ITEM 16H. | MINE SAFETY DISCLOSURE | 36 |
| ITEM 16I. | DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS | 36 |
| ITEM 16K. | CYBERSECURITY | 36 |
| ITEM 17. | FINANCIAL STATEMENTS | 37 |
| ITEM 18. | FINANCIAL STATEMENTS | 37 |
| ITEM 19. | EXHIBITS | 38 |

# BASIS OF PRESENTATION

References in this annual report on Form 20-F (this "Annual Report" or this "document") to pages and sections of the "Universal Registration Document 2023" are references only to those pages and sections of TotalEnergies' Universal Registration Document for the year ended December 31, 2023 attached in Exhibit 15.1 to this Annual Report and forming a part hereof. Other than as expressly provided herein, the Universal Registration Document 2023 is not incorporated herein by reference.

TotalEnergies' Consolidated Financial Statements on pages F-9 to F-13 are prepared in accordance with International Financial Reporting Standards (IFRS) as issued by the International Accounting Standards Board (IASB) and IFRS as adopted by the European Union (EU) as of December 31, 2023.

In addition, this Annual Report and the Universal Registration Document 2023 contain certain measures that are not defined by generally accepted accounting principles (GAAP) such as IFRS. TotalEnergies' management uses these financial measures, along with the most directly comparable GAAP financial measures, in evaluating TotalEnergies' operating performance. TotalEnergies believes that presentation of this information, along with comparable GAAP measures, is useful to investors because it allows investors to understand the primary method used by management to evaluate performance on a meaningful basis. Non-GAAP financial measures should not be considered in isolation from, or as a substitute for, financial information presented in compliance with GAAP. Non-GAAP financial measures as reported by TotalEnergies may not be comparable with similarly titled amounts reported by other companies.

## STATEMENTS REGARDING COMPETITIVE POSITION

Unless otherwise indicated, statements made in "Item 4. Information on the Company" referring to TotalEnergies' competitive position are based on TotalEnergies' estimates, and in some cases rely on a range of sources, including investment analysts' reports, independent market studies and TotalEnergies' internal assessments of market share based on publicly available information about the financial results and performance of market participants.

## ADDITIONAL INFORMATION

This Annual Report reports information primarily regarding TotalEnergies' business, operations and financial information relating to the fiscal year ended December 31, 2023. For more recent updates regarding TotalEnergies, you may inspect any reports, statements or other information TotalEnergies files with the United States Securities and Exchange Commission ("SEC"). All of its SEC filings made after December 31, 2001 are available to the public at the SEC website at http://www.sec.gov and from certain commercial document retrieval services. See also "Item 10. - 10.7 Documents on display".

No material on the TotalEnergies website (https://totalenergies.com/) forms any part of this Annual Report. References in this Annual Report to documents on the TotalEnergies website are included as an aid to the location of such documents and such documents are not incorporated by reference. References to websites and the Sustainability & Climate – 2024 Progress Report contained in this Annual Report (including all exhibits hereto) are provided for reference only; the information contained on the referenced websites or in the Sustainability & Climate – 2024 Progress Report is not incorporated by reference in this Annual Report.

## CERTAIN TERMS, ABBREVIATIONS AND CONVERSION TABLE

For the meanings of certain terms used in this document, as well as certain abbreviations and a conversion table, refer to the "Glossary" starting on page 651 of the Universal Registration Document 2023, incorporated herein by reference. The terms "TotalEnergies", "TotalEnergies company" the "Company", "we", "us" or "our" as used in this document refer to TotalEnergies SE collectively with all of its direct and indirect consolidated companies located in or outside of France. The term "Corporation" as used in this document exclusively refers to TotalEnergies SE, which is the parent company.

## CAUTIONARY STATEMENT CONCERNING FORWARD-LOOKING STATEMENTS

TotalEnergies has made certain forward-looking statements (including within the meaning of the Private Securities Litigation Reform Act of 1995) in this document and in the documents referred to in, or incorporated by reference into, this Annual Report. This document may contain forward-looking statements including within the meaning of the Private Securities Litigation Reform Act of 1995, notably with respect to the financial condition, results of operations, business activities and strategy of TotalEnergies. This document may also contain statements regarding the perspectives, objectives, areas of improvement and goals of TotalEnergies, including with respect to climate change and carbon neutrality (net zero emissions). An ambition expresses an outcome desired by TotalEnergies, it being specified that the means to be deployed do not depend solely on TotalEnergies. These forward-looking statements may generally be identified by the use of the future or conditional tense or forward-looking words such as "will", "should", "could", "would", "may", "likely", "might", "envisions", "intends", "anticipates", "believes", "considers", "plans", "expects", "thinks", "targets", "aims" or similar terminology. Such forward-looking statements included in this document are based on economic data, estimates and assumptions prepared in a given economic, competitive and regulatory environment and considered to be reasonable by TotalEnergies as of the date of this document.

These forward-looking statements are not historical data and should not be interpreted as assurances that the perspectives, objectives or goals announced will be achieved. They may prove to be inaccurate in the future, and may evolve or be modified with a significant difference between the actual results and those initially estimated, due to the uncertainties notably related to the economic, financial, competitive and regulatory environment, or due to the occurrence of risk factors, such as, notably, the price fluctuations in crude oil and natural gas, the evolution of the demand and price of petroleum products, the changes in production results and reserves estimates, the ability to achieve cost reductions and operating efficiencies without unduly disrupting business operations, changes in laws and regulations including those related to the environment and climate, currency fluctuations, technological innovations, meteorological conditions and events, as well as socio-demographic, economic and political developments, changes in market conditions, loss of market share and changes in consumer preferences, or pandemics such as COVID-19. Additionally, certain financial information is based on estimates particularly in the assessment of the recoverable value of assets and potential impairments of assets relating thereto.

Readers are cautioned not to consider forward-looking statements as accurate, but as an expression of the Company's views only as of the date this document is published. TotalEnergies SE and its subsidiaries have no obligation, make no commitment and expressly disclaim any responsibility to investors or any stakeholder to update or revise, particularly as a result of new information or future events, any forward-looking information or statement, objectives or trends contained in this document. In addition, the Company has not verified, and is under no obligation to verify any third-party data contained in this document or used in the estimates and assumptions or, more generally, forward-looking statements published in this document.

For additional factors, you should read the information set forth under "Item 3. - 3.1 Risk Factors", "Item 4. Information on the Company", "Item 5. Operating and Financial Review and Prospects" and "Item 11. Quantitative and Qualitative Disclosures about Market Risk".

Additionally, the developments of environmental and climate change-related issues in this document are based on various frameworks and the interests of various stakeholders which are subject to evolve independently of our will. Moreover, our disclosures on such issues, including climate-related disclosures, may include information that is not necessarily "material" under US securities laws for SEC reporting purposes or under applicable securities law.

# ITEM 1. IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS

Not applicable.

# ITEM 2. OFFER STATISTICS AND EXPECTED TIMETABLE

Not applicable.

# ITEM 3. KEY INFORMATION

## 3.1   Risk factors

TotalEnergies conducts its business in a constantly changing environment and is exposed to risks that, if they were to occur, could have a material adverse effect on its business, financial condition, reputation, outlook, or the price of financial instruments issued by TotalEnergies SE. Point 3.1 of chapter 3 of the Universal Registration Document 2023 (starting on page 130), incorporated herein by reference, presents the significant risk factors specific to TotalEnergies, to which it believes it is exposed as of the filing date of this Annual Report.

For additional information on the risks to which TotalEnergies believes it is exposed as of the filing date of this Annual Report, along with its approaches to managing certain of these risks, please refer to "Item 5. Operating and financial review and prospects" and "Item 11. Quantitative and qualitative disclosures about market risk", as well as points 3.2, 3.3 and 3.6 of chapter 3 (starting on pages 140, 144 and 153, respectively) of the Universal Registration Document 2023, incorporated herein by reference.

# ITEM 4. INFORMATION ON THE COMPANY

The following information providing an integrated overview of TotalEnergies from the Universal Registration Document 2023 is incorporated herein by reference:

- presentation of TotalEnergies and its governance (points 1.1.1 and 1.8 of chapter 1, starting on pages 6 and 41 respectively);
- its strategy and ambition (points 1.2 and 1.3 of chapter 1, starting on page 14);
- history, employees, integrated business model, industrial assets and geographic presence (points 1.1.2, 1.1.3, and 1.7.1-1.7.4 of chapter 1, starting on pages 10, 12 and 37 respectively);
- an overview of its sustainability-linked commitments, investment policy, R&D and dialogue with stakeholders (points 1.4, 1.5, 1.6 and 1.7.5 of chapter 1, starting on pages 27, 31, 34 and 40 respectively); and
- organizational structure (point 1.8.3 of chapter 1, starting on page 44).

The following information providing an overview of TotalEnergies' businesses and activities from the Universal Registration Document 2023 is incorporated herein by reference:

- information concerning TotalEnergies' principal capital expenditures and divestitures (point 1.5 of chapter 1, starting on page 31). See also "Item 5. Operating and financial review and prospects";
- business overview for fiscal year 2023 (points 2.1 to 2.6 of chapter 2, starting on page 70); and
- geographical breakdown of TotalEnergies' sales, property, plants and equipment, intangible assets and capital expenditures over the past three years (Note 4 to the Consolidated Financial Statements, on page F-31).

The following other information from the Universal Registration Document 2023 is incorporated herein by reference:

- countries under economic sanctions (point 3.2 of chapter 3, starting on page 140);
- insurance and risk management (point 3.4 of chapter 3, starting on page 151);
- non-financial performance and additional reporting information (points 5.1 to 5.11 of chapter 5 and chapter 11, starting on page 274 and 615 respectively); and
- investor relations (point 6.6 of chapter 6, starting on page 404).

See also "Additional Information" of this Annual Report.

# ITEM 4A. UNRESOLVED STAFF COMMENTS

None.

## ITEM 5. OPERATING AND FINANCIAL REVIEW AND PROSPECTS

*This section is an analysis of the financial performance and of significant trends that may affect TotalEnergies' future performance and it should be read in conjunction with the Consolidated Financial Statements and the Notes thereto starting on page F-9. The Consolidated Financial Statements and the Notes thereto are prepared in accordance with IFRS as issued by the IASB and IFRS as adopted by the EU.*

*This section contains forward-looking statements that are subject to risks and uncertainties. For a list of important factors that could cause actual results to differ materially from those expressed in the forward-looking statements, see "Cautionary Statement Concerning Forward-Looking Statements" starting on page ii.*

For information on the invasion of Ukraine by Russia and the situation of the Company at March 29, 2024, refer to Item 5. – 5.6 starting on page 23.

## 5.1 Overview

TotalEnergies' results are affected by a variety of factors, including changes in crude oil and natural gas prices and refining and marketing margins, all generally expressed in dollars, as well as changes in exchange rates, particularly the value of the euro compared to the dollar. Higher crude oil and natural gas prices generally have a positive effect on the income of TotalEnergies because the Exploration & Production segment's oil and gas business and the Integrated LNG and downstream gas business are positively impacted by the resulting increase in revenues. Lower crude oil and natural gas prices generally have a corresponding negative effect. The effect of changes in crude oil prices on the activities of TotalEnergies' Refining & Chemicals and Marketing & Services segments (Downstream) depends upon the speed at which the prices of refined petroleum products adjust to reflect such changes. TotalEnergies' results are also significantly affected by the costs of its activities, in particular those related to exploration and production, and by the outcome of its strategic decisions with respect to cost reduction efforts. In addition, TotalEnergies' results are affected by general economic and political conditions and changes in governmental laws and regulations, as well as by the impact of decisions by OPEC+ on production levels. For more information, refer to "Item 3. – 3.1 Risk factors".

In an uncertain environment, TotalEnergies' balanced transition strategy, which combines growth in Oil & Gas, in particular in Integrated LNG and Integrated Power, delivered strong results in 2023, in line with its objectives.

In 2023, TotalEnergies reported net income of $21.4 billion and adjusted net income[1] of $23.2 billion. TotalEnergies reported cash flow from operating activities of $40.7 billion and cash flow from operations excluding working capital (CFFO)[1] of $35.9 billion. TotalEnergies achieved top tier 20% return on equity (ROE) and 19% return on average capital employed (ROACE)[1]. In 2023, TotalEnergies cash flow used in investing activities was $(16.5) billion and net investment[1] was $16.8 billion, including 35% for low-carbon energies, mainly in power. Ordinary dividends increased by 7.1% and TotalEnergies completed $9 billion in buybacks of its shares, of which $1.5 billion was linked to the disposal of its Canadian assets. TotalEnergies further reduced net debt, achieving 5% gearing[1], including a $5 billion positive contribution of working capital. Payout[1] increased to an attractive 46.0% in 2023. In addition, TotalEnergies promoted balanced profit sharing with its employees around the world and in particular in France (average 5% wage increase[2], value sharing bonus[2] of at least €2,000 and support for employees in their energy transition[3] ) and with its customers through rebates in France (€1.99 per liter price cap and renewal of the rebate on gas and power prices to private customers).

In 2023, Oil & Gas business production increased 2% year-on-year (excluding Novatek), driven by strong LNG production growth of 9%. In 2023, the Exploration & Production segment generated strong adjusted net operating income of $10.9 billion, cash flow from operating activities of $18.5 billion and cash flow from operations excluding working capital (CFFO) of $19.1 billion. TotalEnergies' exploration successes continued in Namibia, Suriname, and Nigeria. The Company reports a reserves replacement ratio of 141% in 2023 and a proved reserves life index of 12 years as of December 31, 2023, demonstrating the strength of its project portfolio.

In 2023, Integrated LNG generated annual adjusted net operating income of $6.2 billion, cash flow from operating activities of $8.4 billion and cash flow from operations excluding working capital (CFFO) of $7.3 billion, which is lower than the exceptional results in 2022 but higher than 2021 thanks to growth in its portfolio.

In 2023, Integrated Power cash flow from operating activities was $3.6 billion and cash flow from operations excluding working capital (CFFO) was $2.2 billion, which is more than twice the 2022 cash flow from operations excluding working capital (CFFO). Integrated Power achieved a ROACE[1] of 9.8% in 2023, demonstrating the relevance of the Company's integrated business model. TotalEnergies announced several acquisitions in 2023, further enhancing its Integrated Power business model in the US and in Europe: 1.5 GW of flexible CCGT[4] capacity in Texas and a renewable energy aggregator (9 GW) and a battery storage developer (2 GW) in Germany.

In 2023, Downstream (Refining & Chemicals and Marketing & Services) adjusted net operating income was $6.1 billion, cash flow from operating activities was $9.9 billion and cash flow from operations excluding working capital (CFFO) was $8.2 billion, supported by good availability in Europe and still attractive refining margins, although lower compared to historic levels in 2022.

In view of the structural cash flow growth and share buybacks executed in 2023 (5.9% of the share capital), the Board of Directors will propose at the Shareholders' Meeting to be held on May 24, 2024, the distribution of a final 2023 dividend of €0.79/share, resulting in an increase of 7.1% for the ordinary 2023 dividend, compared to the ordinary 2022 dividend, to €3.01/share. Furthermore, the Board of Directors confirmed a shareholder return policy for 2024, which will combine an increase in interim dividends of 6.8% to €0.79/share and $2 billion of share buybacks in the first quarter of 2024, which will remain the base level for quarterly buybacks in the current environment.

---

[1]  Adjusted net income, cash flow from operations excluding working capital (CFFO), capital employed, net investment, gearing, payout and ROACE are non-GAAP financial measures. Refer to the "Glossary" starting on page 651 of the Universal Registration Document 2023 for the definitions and further information on Non-GAAP measures (alternative performance measures). The reconciliation tables for the non-GAAP financial measures are set forth under "Item 5 – 5.3 Adjusted Items and Reconciliation of non-GAAP financial measures" starting on page 15.

[2]  Applicable to employees covered by the Common Corpus of Employee Relations Agreement (SSC) i.e., around 14,000 employees in France.

[3]  Applicable to employees of all fully owned companies in France and of companies in which TotalEnergies holds more than 50% in France, subject to agreement by their governing bodies.

[4]  Combined-cycle gas turbine (CCGT) power plants.

## Outlook

At the start of 2024, Brent prices are navigating around $80/b in an uncertain economic environment. Oil markets are facing geopolitical tensions in the Middle East on one hand and non-OPEC production growth balanced by OPEC+ policy on the other hand. According to the IEA, global oil demand is anticipated to grow 1.2 Mb/d in 2024, which is in line with the average annual demand growth rate during 2000-2023 of 1.2%/yr.

LNG markets should remain in tension due to very limited LNG capacity additions expected in 2024 (2%) and growing demand thanks to lower LNG prices. TotalEnergies expects LNG sales above 40 Mt over the year. Given the evolution of oil and gas prices in recent months and the lag effect on price formulas, TotalEnergies anticipates that its average LNG selling price should be stable around $10/Mbtu in the first quarter 2024.

First quarter 2024 expected hydrocarbon production should be above 2.4 Mboe/d due to the start-up of Mero 2 in Brazil and the disposals of Canadian upstream assets, effective during fourth quarter 2023. For 2024, TotalEnergies anticipates hydrocarbon production will grow 2% compared to 2023 excluding Canada. Production will benefit from several additional project start-ups, including Tyra in Denmark and Anchor in the US.

Full-year refining utilization rate is expected to increase to above 85% in 2024 with no major turnarounds planned.

Confident in the strong fundamentals of the Company, which celebrates its 100 year anniversary in 2024, the Board of Directors confirmed a shareholder return policy for 2024, which will combine an increase in interim dividends of 6.8% to €0.79/share and $2 billion of share buybacks in the first quarter of 2024, in line with the following cash flow allocation priorities:

- a sustainable ordinary dividend through cycles, that was not cut during the Covid crisis, and whose increase is supported by underlying cash flow growth,
- investments to support of a strategy balanced between the various energies,
- maintaining a strong balance sheet,
- buybacks to share surplus cash flow generated at high prices.

## 5.2 Results 2023-2021

### 5.2.1 TotalEnergies:

| As of and for the year ended December 31 (in millions of dollars, except per share data) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Sales | 237,128 | 280,999 | 205,863 |
| Net income (TotalEnergies share) | 21,384 | 20,526 | 16,032 |
| Adjusted EBITDA [1] | 50,030 | 71,578 | 42,302 |
| Adjusted net operating income [2] from business segments | 25,107 | 38,475 | 20,209 |
|   Exploration & Production | 10,942 | 17,479 | 10,439 |
|   Integrated LNG | 6,200 | 11,169 | 5,591 |
|   Integrated Power | 1,853 | 975 | 652 |
|   Refining & Chemicals | 4,654 | 7,302 | 1,909 |
|   Marketing & Services | 1,458 | 1,550 | 1,618 |
| Adjusted net income [1] (TotalEnergies share) | 23,176 | 36,197 | 18,060 |
| Fully-diluted earnings per shares ($) | 8.67 | 7.85 | 5.92 |
| Fully-diluted weighted-average shares (millions) | 2,434 | 2,572 | 2,647 |
| Cash flow used in investing activities | (16,454) | (15,116) | (13,656) |
| Organic investments [1] | 18,126 | 11,852 | 12,675 |
| Net acquisitions [1] | (1,289) | 4,451 | 632 |
| Net investments [1] | 16,837 | 16,303 | 13,307 |
| Cash flow from operating activities | 40,679 | 47,367 | 30,410 |
| Cash flow from operations excluding working capital (CFFO) [1] | 35,946 | 45,729 | 29,140 |
| Debt Adjusted Cash Flow (DACF) [1] | 36,451 | 47,025 | 30,660 |

(1) Adjusted EBITDA, adjusted net income, organic investments, net acquisitions, net investments, cash flow from operations excluding working capital (CFFO) and debt adjusted cash flow (DACF) are non-GAAP financial measures. Refer to the "Glossary" starting on page 651 of the Universal Registration Document 2023 for the definitions and further information on Non-GAAP measures (alternative performance measures). The reconciliation tables for the non-GAAP financial measures are set forth under "Item 5. – 5.3 Adjusted Items and Reconciliation of non-GAAP financial measures" starting on page 15.

(2) Detail of adjustment items shown in the business segment information. See "Item 5.- 5.2.2 Business segment reporting" below for further details.

| Market environment parameters | 2023 | 2022 | 2021 |
|---|---|---|---|
| Brent ($/b) | 82.6 | 101.3 | 70.9 |
| Henry Hub ($/Mbtu)[1] | 2.7 | 6.5 | 3.7 |
| NBP ($/Mbtu)[2] | 12.6 | 32.4 | 16.4 |
| JKM ($/Mbtu)[3] | 13.8 | 33.8 | 18.5 |
| Average price of liquids ($/b) [4], [5] | 76.2 | 91.3 | 65.0 |
| Average price of gas ($/Mbtu) [4], [5] | 6.64 | 13.15 | 6.60 |
| Average price of LNG ($/Mbtu) [4], [6] | 10.76 | 15.90 | 8.80 |

(1) Henry Hub (HH), a pipeline located in Erath, Louisiana, USA, serves as the official delivery point for New York Mercantile Exchange (NYMEX) futures contracts. It is widely used as a price reference for natural gas markets in North America. The hub is operated by Sabine Pipe Line LLC and is connected to four intrastate and nine interstate pipelines, including the Transcontinental, Acadian and Sabine pipelines.

(2) NBP (National Balancing Point) is a virtual natural gas trading point in the United Kingdom for transferring rights in respect of physical gas and which is widely used as a price benchmark for the natural gas markets in Europe. NBP is operated by National Grid Gas plc, the operator of the UK transmission network.

(3) JKM (Japan-Korea Marker) measures the prices of spot liquid natural gas (LNG) trades in Asia. It is based on prices reported in spot market trades and/or bids and offers collected after the close of the Asian trading day at 16:30 Singapore time.

(4) Does not include oil, gas and LNG trading activities, respectively.

(5) Sales in $ / Sales in volume for consolidated affiliates.

(6) Sales in $ / Sales in volume for consolidated and equity affiliates.

| Hydrocarbon production[1] | 2023 | 2022 | 2021 |
|---|---|---|---|
| Hydrocarbon production (kboe/d) | 2,483 | 2,765 | 2,819 |
|   Oil (including bitumen) (kb/d) | 1,388 | 1,307 | 1,274 |
|   Gas (including condensates and associated NGL) (kboe/d) | 1,095 | 1,458 | 1,545 |
| Hydrocarbon production (kboe/d) | 2,483 | 2,765 | 2,819 |
|   Liquids (kb/d) | 1,550 | 1,519 | 1,500 |
|   Gas (Mcf/d) | 5,028 | 6,759 | 7,203 |
| Hydrocarbon production excluding Novatek (kboe/d) | 2,483 | 2,437 | 2,508 |

(1) TotalEnergies production = Exploration & Production production + Integrated LNG production.

| Return on equity (ROE) as of and for the year ended December 31 (in millions of dollars) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Consolidated net income | 21,510 | 21,044 | 16,366 |
| Adjusted net income | 23,450 | 36,657 | 18,391 |
| Average adjusted shareholders' equity | 115,006 | 112,831 | 108,504 |
| **Return on equity (ROE)** | **20.4%** | **32.5%** | **16.9%** |

| Return on average capital employed (ROACE) as of and for the year ended December 31 (in millions of dollars) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Consolidated net income | 21,510 | 21,044 | 16,366 |
| Adjusted net operating income | 24,684 | 38,212 | 19,766 |
| Average capital employed | 130,517 | 135,312 | 142,215 |
| ROACE | **18.9%** | **28.2%** | **13.9%** |

For a discussion of TotalEnergies' proved reserves, refer to point 2.1.1 of chapter 2 of the Universal Registration Document 2023 (starting on page 71), incorporated herein by reference. See also point 9.1 of chapter 9 of the Universal Registration Document 2023 (starting on page 536), incorporated herein by reference, for additional information on proved reserves, including tables showing changes in proved reserves by region.

## 2023 vs. 2022

In terms of market environment parameters:

- the Brent price decreased by 18% to $82.6/b on average in 2023 from $101.3/b on average in 2022;
- TotalEnergies' average liquids price realization[5] decreased by 17% to $76.2/b in 2023 from $91.3/b in 2022;
- TotalEnergies' average gas price realization[6] decreased by 50% to $6.64/Mbtu in 2023 from $13.15/Mbtu in 2022;
- TotalEnergies' average LNG price realization[7] decreased by 32% to $10.76/Mbtu in 2023 from $15.90/Mbtu in 2022.

Hydrocarbon production was 2,483 kboe/d in 2023, up 2% compared to 2,437 kboe/d in 2022 (excluding Novatek), comprised of:

- +4% due to start-ups and ramp-ups, including Johan Sverdrup Phase 2 in Norway, Mero 1 in Brazil, Ikike in Nigeria, Block 10 in Oman, and Absheron in Azerbaijan,
- +1% due to improved security conditions in Nigeria and Libya,
- +1% due to lower planned maintenance and unplanned shutdowns, including at the Kashagan field in Kazakhstan,
- -1% portfolio effect, related to the end of the Bongkot operating licenses in Thailand, exit from Termokarstovoye in Russia, disposal of the Canadian oil sands assets and effective withdrawal from Myanmar, partially offset by the entries in the producing fields of SARB Umm Lulu in the United Arab Emirates, of Sépia and Atapu in Brazil, of Ratawi in Iraq, and the increased participation in the Waha concessions in Libya,
- -3% due to the natural field decline.

The euro-dollar exchange rate averaged $1.0813/€ in 2023, compared to $1.0530/€ in 2022.

Net income (TotalEnergies share) was $21,384 million in the full-year 2023, an increase of 4% compared to $20,526 million in the full-year 2022.

Adjusted net income (TotalEnergies share) was $23,176 million in the full-year 2023 compared to $36,197 million in the full-year 2022, mainly due to lower oil prices and refining margins.

Adjustments to net income were $(1,792) million in the full-year 2023, consisting mainly of:

- $2.0 billion gain on asset sales, including the sale of the Company's retail network in Germany and our Canadian assets,
- $(2.2) billion related to asset impairments, primarily related to upstream assets in Kenya and upstream mature assets in Congo, as well as Al Shaheen in Qatar for timing effect of taxes, the Yunlin offshore wind project in Taiwan, divestment projects of Naphtachimie to INEOS and the Natref refinery in South Africa, as well as client portfolios related to goodwill from gas & power marketing activities in Belgium, Spain, and France,
- $(0.7) billion in inventory effects and effects of changes in fair value,
- $(0.9) billion in other adjustments, notably the revaluation of Total Eren's previously held equity interest, the devaluation of the Argentine peso, the CCGT Infra-Marginal Income Contribution in France and the exceptional European solidarity contribution.

TotalEnergies SE bought back, in 2023, 144,700,577 TotalEnergies SE shares on the market, i.e., 6.00% of the share capital as of December 31, 2023, of which 142,569,920 for cancellation and, in 2022, 140,207,743 TotalEnergies SE shares on the market, i.e., 5.35% of the share capital as of December 31, 2022, of which 128,869,261 for cancellation. See also "Item 5. - 5.4.3 Shareholders' equity", below.

Fully-diluted earnings per share was $8.67 in 2023 compared to $7.85 in 2022.

Acquisitions were:

- $6,428 million in 2023, primarily related to Integrated Power, including the creation of a new joint venture with Adani Green Energy Limited in India and the acquisition of 50% of Rönesans Enerji in Turkey, as well as the acquisition of the remaining 70.4% of Total Eren, a 20% interest in the SARB and Umm Lulu concession in the United Arab Emirates, the acquisition of a 6.25% stake in the NFE LNG project and 9.375% in NFS LNG project in Qatar, and a 34% stake in a joint venture with Casa dos Ventos in Brazil.

Divestments were:

- $7,717 million in 2023, primarily related to the sale of the Company's Canadian assets to ConocoPhillips and Suncor and the retail network in Germany to Alimentation Couche-Tard, as well as the sale of a 40% interest in Block 20 in Angola and a partial farm down in an offshore wind project off the coast of New York and New Jersey in the US.

TotalEnergies' cash flow from operating activities was $40,679 million in the full-year 2023, a decrease of 14% compared to $47,367 million in the full-year 2022.

[5] Sales in $ / Sales in volume for consolidated affiliates.
[6] Sales in $ / Sales in volume for consolidated affiliates.
[7] Sales in $ / Sales in volume for consolidated and equity affiliates.

TotalEnergies' cash flow used in investing activities was $(16,454) million in the full-year 2023 compared to $(15,116) million in the full-year 2022.

TotalEnergies' cash flow from operations excluding working capital (CFFO) was $35,946 million in the full-year 2023, a decrease of 21% compared to $45,729 million in the full-year 2022.

For the full-year 2023, TotalEnergies' cash flow from operating activities was $40,679 million and the cash flow from operations excluding working capital (CFFO) was $35,946 million, which reflects positive variation from a working capital release of $4.8 billion, of which around $2 billion was related to exceptional fiscal debt variations that were mainly due to the change of the gas and power price cap compensation system in France and the disposal of the Company's German retail network to Alimentation Couche-Tard.

The change in working capital was a decrease of $6,091 million for the full-year 2023 in accordance with IFRS. The difference of $1,358 million between IFRS and replacement cost method corresponds to the following adjustments: (i) the pre-tax inventory valuation effect of $714 million, (ii) plus the mark-to-market effect of Integrated LNG's and Integrated Power's contracts of $565 million, (iii) plus the capital gains from the renewables project sale of $81 million and (iv) less the organic loan repayments from equity affiliates of $2 million.

The change in working capital, as determined using the replacement cost method excluding the mark-to-market effect of Integrated LNG and Integrated Power's contracts, including capital gain from renewable project sales and including organic loan repayment from equity affiliates, was a decrease of $4,733 million for the full-year 2023, compared to a decrease of $1,638 million for the full-year 2022.

TotalEnergies' net cash flow[8] was $19,109 million in 2023 compared to $29,426 million in 2022, reflecting the $9,783 million decrease in cash flow from operations excluding working capital (CFFO) and the $534 million increase in net investments to $16,837 million in 2023.

See also "Item 5. - 5.4 Liquidity and Capital Resources" below.

## 2022 vs. 2021

In terms of market environment parameters:

- the Brent price increased by 43% to $101.3/b on average in 2022 from $70.9/b on average in 2021;
- TotalEnergies' average liquids price realization[9] increased by 41% to $91.3/b in 2022 from $65.0/b in 2021;
- TotalEnergies' average gas price realization[10] increased by 99% to $13.15/Mbtu in 2022 from $6.60/Mbtu in 2021;
- TotalEnergies' average LNG price realization[11] increased by 81% to $15.90/Mbtu in 2022 from $8.80/Mbtu in 2021.

Hydrocarbon production was 2,765 kboe/d in 2022, down 2% year-on-year, comprised of:

- +3% due to start-ups and ramp-ups, notably CLOV Phase 2 and Zinia Phase 2 in Angola, Mero 1 in Brazil and Ikike in Nigeria,

- +2% due to the increase in OPEC+ production quotas,
- -3% portfolio effect, notably related to one of the operating licenses for Qatargas 1 and Bongkot North in Thailand, as well as the effective withdrawal from Myanmar, the exit from Termokarstovoye and Kharyaga in Russia, partially offset by the entry into the Sépia and Atapu producing fields in Brazil,
- -1% due to security-related production cuts in Libya and Nigeria,
- -1% due to price effect,
- -2% due to the natural decline of the fields.

The euro-dollar exchange rate averaged $1.0530/€ in 2022, compared to $1.1827/€ in 2021.

Net income (TotalEnergies share) increased to $20,526 million in 2022 compared to $16,032 million in 2021.

In 2022, total adjustments to net income (TotalEnergies share), which include the after-tax inventory effect, special items and the impact of changes in fair value, had an impact of $(15,671) million, comprised of $(15,743) million for impairments including $(15.7) billion for impairments and exceptional provisions, including $(14.8) billion in related to Russia and $(1.0) billion related to the withdrawal from the North Platte project in the United States, $(1.7) billion related to the impacts of the European Solidarity Contribution, of the Energy Profits Levy in the United Kingdom on deferred tax, and of the electricity generation infra-marginal income contribution in France, $1.4 billion capital gain on the partial sale of SunPower shares and the revaluation of the retained and consolidated share using the equity method and $1.1 billion of fair value change effects. For a detailed overview of adjustment items for 2022, refer to Note 3 to the Consolidated Financial Statements (starting on page F-23). In 2021, total adjustments to net income (TotalEnergies share), which include the after-tax inventory effect, special items and the impact of changes in fair value, had an impact of $(2,028) million, comprised of $(910) million for impairments (including $(305) million for the withdrawal of TotalEnergies from Myanmar and the $(89) million impairment related to the end of the Qatargas 1 contract) and $(170) million for the loss on the sale of TotalEnergies' interest in Yucal Placer in Venezuela, as well as notably the $(1,379) million loss on the sale of TotalEnergies' interest in Petrocedeño[12] to PDVSA in Venezuela and the $(177) million loss on the Utica sale in the United States, restructuring charges related to the voluntary departure plan in France and Belgium, and a positive inventory effect of $1,495 million for the year 2021.

Total income taxes in 2022 amounted to $(22,242) million, 2.3 times greater than $(9,587) million in 2021. For further detail on income taxes, refer to Note 11 to the Consolidated Financial Statements (starting on page F-58).

TotalEnergies SE bought back, in 2022, 140,207,743 TotalEnergies SE shares on the market, i.e., 5.35% of the share capital as of December 31, 2022, of which 128,869,261 million for cancellation and, in 2021, 37,306,005 TotalEnergies SE shares on the market, i.e., 1.4% of the share capital as of December 31, 2021, of which 30,665,526 for cancellation. See also "Item 5. - 5.4.3 Shareholders' equity", below.

Fully-diluted earnings per share was $7.85 in 2022 compared to $5.92 in 2021.

---

8   Net cash flow is a non-GAAP financial measures. Refer to the "Glossary" starting on page 651 of the Universal Registration Document 2023 for the definitions and further information on Non-GAAP measures (alternative performance measures). The reconciliation tables for the non-GAAP financial measures are set forth under "Item 5. – 5.3 Adjusted Items and Reconciliation of non-GAAP financial measures" starting on page 15.
9   Sales in $ / Sales in volume for consolidated affiliates.
10  Sales in $ / Sales in volume for consolidated affiliates.
11  Sales in $ / Sales in volume for consolidated and equity affiliates.
12  Sale of TotalEnergies' interest in Petrocedeño S.A. to Corporación Venezolana de Petróleo (CVP), an affiliate of Petróleos de Venezuela (PDVSA).

Finalized asset sales amounted to:

- $1,421 million in 2022, including farm-downs in the Integrated Power business and the disposal of TotalEnergies' interests in Block 14 in Angola, as well as SunPower's disposal of its Enphase shares, the partial disposal of the Landivisiau power generation plant in France, the sale of TotalEnergies' interest in the Sarsang field in Iraq, and an additional payment related to the 2020 sale of interests in the CA1 offshore block in Brunei; and

- $2,652 million in 2021, including the sale of TotalEnergies' interests in 7 mature non-operated offshore fields and the Cap Lopez oil terminal in Gabon and the sale of a 30% interest in TRAPIL in France as well as the payment by GIP of more than $750 million as part of the tolling agreement for the infrastructure of the Gladstone LNG project in Australia, the sale of the 8% interest in a portfolio of renewable projects with a total capacity of 285 MW (100%), the sale of the 10% stake in onshore block OML 17 in Nigeria, the price supplement related to the sale of Block CA1 in Brunei, the sale of the Lindsey refinery in the United Kingdom, the sale of interests in the TBG pipeline in Brazil, the sale of shares in Clean Energy Fuels Corp. (NASDAQ: CLNE)[13], and the sale of its interests in Tellurian Inc. (NASDAQ: TELL) in the United States.

Finalized acquisitions[14] amounted to:

- $5,872 million for the full-year 2022, including the acquisition of an additional 4.08% of the Waha concessions in Libya as well as payments related to the award of the Atapu and Sépia production sharing contracts in Brazil, the acquisition of an interest in Clearway Energy Group and the bonus related to the New York Bight offshore wind concession in the United States.

- $3,284 million for the full-year 2021, including the acquisition of Blue Raven Solar by SunPower in the United States as well as notably the acquisition of a 20% interest for $2 billion in Adani Green Energy Limited, the renewable project developer in India, the acquisition of Fonroche Biogaz in France, the interest in the Yunlin wind project in Taiwan and the 10% increase in its interest in the Lapa block in Brazil.

TotalEnergies' cash flow from operating activities in 2022 was $47,367 million, an increase of 56% compared to $30,410 million in 2021.

In 2022, the change in working capital was a decrease of $1,191 million in accordance with IFRS. The difference of $447 million between IFRS and replacement cost method corresponds to the following adjustments: (i) the pre-tax inventory valuation effect of $501 million, (ii) plus the mark-to-market effect of iGRP's contracts of $1,640 million, (iii) less the capital gains from renewables project sale of $64 million and (iv) less the organic loan repayments from equity affiliates of $1,630 million.

The change in working capital as determined using the replacement cost method[15] excluding the mark-to-market effect of iGRP's contracts, including capital gain from renewable project sales (effective first quarter 2020) and including organic loan repayment from equity affiliates was a decrease of $1,638 million in 2022, compared to a decrease of $1,270 million in 2021.

TotalEnergies' cash flow used in investing activities in 2022 was $(15,116) million compared to $(13,656) million in 2021.

Cash flow from operations excluding working capital (CFFO) totaled $45,729 million in 2022, an increase of 57% compared to $29,140 million in 2021. Debt adjusted cash flow (DACF) totaled $47,025 million in 2022, an increase of 53% compared to $30,660 million in 2021.

TotalEnergies' net cash flow totaled $29,426 million in 2022 compared to $15,833 million in 2021, reflecting the $16.6 billion increase in cash flow from operations excluding working capital (CFFO) and the $3.0 billion increase in net investments to $16,303 million in 2022.

## 5.2.2 Business segment reporting

Financial information by business segment is reported in accordance with the internal reporting system and shows internal segment information that is used to manage and measure the performance of TotalEnergies and which is reviewed by the main operational decision-making body of TotalEnergies, namely the Executive Committee.

Management presents adjusted financial indicators to assist investors in better understanding, in conjunction with the Company's financial results presented in accordance with IFRS, the economic performance of the Company. Adjustment items are of three types: inventory valuation effect, effect of changes in fair value, and special items.

Inventory valuation effect: in accordance with IAS 2, TotalEnergies values inventories of petroleum products in its financial statements according to the First-In, First-Out (FIFO) method and other inventories using the weighted-average cost method. Under the FIFO method, the cost of inventory is based on the historic cost of acquisition or manufacture rather than the current replacement cost. In volatile energy markets, this can have a significant distorting effect on the reported income. Accordingly, the adjusted results of the Refining & Chemicals and Marketing & Services segments are presented according to the replacement cost method. This method is used to assess the segments' performance and facilitate the comparability of the segments' performance with those of its main competitors. In the replacement cost method, which approximates the Last-In, First-Out (LIFO) method, the variation of inventory values in the statement of income is, depending on the nature of the inventory, determined using either the month-end prices differential between one period and another or the average prices of the period rather than the historical value. The inventory valuation effect is the difference between the results under the FIFO and the replacement cost methods.

Effect of changes in fair value: the effect of changes in fair value presented as an adjustment item reflects, for trading inventories and storage contracts, differences between internal measures of performance used by TotalEnergies' Executive Committee and the accounting for these transactions under IFRS. IFRS requires that trading inventories be recorded at their fair value using period-end spot prices. In order to best reflect the management of economic exposure through derivative transactions, internal indicators used to measure performance include valuations of trading inventories based on forward prices. TotalEnergies, in its trading activities, enters into storage contracts, whose future effects are recorded at fair value in TotalEnergies' internal economic performance. IFRS precludes recognition of this fair value effect. Furthermore, TotalEnergies enters into derivative instruments to risk manage certain operational contracts or assets. Under IFRS, these derivatives are recorded at fair value while the underlying operational transactions are recorded as they occur. Internal indicators defer the fair value on derivatives to match with the transaction occurrence.

---

13  As at December 31, 2021, TotalEnergies held an interest of 19.09% in Clean Energy Fuels Corp., an American company listed on NASDAQ and based in California.
14  Acquisitions net of operations with non-controlling interests.
15  For information on the replacement cost method, refer to Note 3 to the Consolidated Financial Statements (starting on page F-23).

Special items: due to their unusual nature or particular significance, certain transactions qualifying as "special items" are excluded from the business segment figures. In general, special items relate to transactions that are significant, infrequent or unusual. However, in certain instances, transactions such as restructuring costs or assets disposals, which are not considered to be representative of the normal course of business, may qualify as special items although they may have occurred in prior years or are likely to occur in following years.

TotalEnergies measures performance at the segment level on the basis of Adjusted net operating income. Adjusted net operating income comprises operating income of the relevant segment after deducting the amortization and the depreciation of intangible assets other than mineral interest, translation adjustments and gains or losses on the sale of assets, as well as all other income and expenses related to capital employed (dividends from nonconsolidated companies, income from equity affiliates and capitalized interest expenses) and after income taxes applicable to the above, excluding the effect of the adjustments describe below.

The income and expenses not included in net operating income adjusted that are included in net income TotalEnergies share are interest expenses related to net financial debt, after applicable income taxes (net cost of net debt), non-controlling interests, and the adjusted items.

The operational profit and assets are broken down by business segment prior to the consolidation and inter-segment adjustments.

Sales prices between business segments approximate market prices.

The profitable growth in the LNG and power integrated value chains are two of the key axes of TotalEnergies' strategy.

In order to give more visibility to these businesses, the Board of Directors has decided that from the first quarter of 2023, Integrated LNG and Integrated Power results, previously grouped in the Integrated Gas, Renewables & Power (iGRP) segment, would be reported separately as two segments.

A new reporting structure for the business segments' financial information has been put in place, effective January 1, 2023. It is based on the following five business segments:

-    An Exploration & Production segment that encompasses the activities of exploration and production of oil and natural gas, conducted in about 50 countries;

-    An Integrated LNG segment covering the integrated gas chain (including upstream and midstream LNG activities) as well as biogas, hydrogen and gas trading activities;

-    An Integrated Power segment covering generation, storage, electricity trading and B2B-B2C distribution of gas and electricity;

-    A Refining & Chemicals segment constituting a major industrial hub comprising the activities of refining, petrochemicals and specialty chemicals. This segment also includes the activities of oil supply, trading and marine shipping;

-    Marketing & Services segment including the global activities of supply and marketing in the field of petroleum products.

In addition, the Corporate segment includes holdings operating and financial activities.

This new segment reporting has been prepared in accordance with IFRS 8 and according to the same principles as the internal reporting followed by TotalEnergies' Executive Committee.

For the Integrated LNG and Integrated Power segments, the principles for the preparation of this segment information are as follows:

-    The management of balance sheet positions (including margin calls) related to centralized markets access for LNG, gas and power activities since 2022 has been fully included in the Integrated LNG segment.

-    Effects of changes in the fair value of gas and LNG positions are allocated to the operating income of Integrated LNG segment.

-    Effects of changes in the fair value of power positions are allocated to the operating income of Integrated Power segment.

Due to the change in the Company's internal organizational structure affecting the composition of the business segments, the segment reporting data for the years 2021 and 2022 has been retrospectively revised.

## 5.2.2.1    Exploration & Production segment

| Hydrocarbon production | 2023 | 2022 | 2021 |
|---|---|---|---|
| EP (kboe/d) | 2,034 | 2,296 | 2,290 |
| Liquids (kb/d)* | 1,492 | 1,466 | 1,437 |
| Gas (Mcf/d) | 2,900 | 4,492 | 4,662 |
| EP excluding novatek (kboe/d) | 2,034 | 2,025 | 2,026 |

| Results (in millions of dollars except effective tax rate) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Adjusted net operating income[1] | 10,942 | 17,479 | 10,439 |
| including adjusted income from equity affiliates | 539 | 1,335 | 1,230 |
| Effective tax rate[2] | 50.0% | 50.8% | 45.2% |
| Cash flow used in investing activities | 7,260 | 9,839 | 6,382 |
| Organic investments | 10,232 | 7,507 | 6,690 |
| Net acquisitions | (2,706) | 2,520 | (167) |
| Net investments | 7,526 | 10,027 | 6,523 |
| Cash flow from operating activities | 18,531 | 27,654 | 22,009 |
| Cash flow from operations excluding working capital (CFFO) | 19,126 | 26,080 | 18,717 |

(1)     Adjusted for special items, inventory valuation effect and the effect of changes in fair value. See Note 3 to the Consolidated Financial Statements (starting on page F-23).

(2)     Effective tax rate = (tax on adjusted net operating income) / (adjusted net operating income – income from equity affiliates – dividends received from investments – impairment of goodwill + tax on adjusted net operating income).

## 2023 vs. 2022

Exploration & Production (EP) adjusted net operating income was $10,942 million in full-year 2023, down 37% compared to $17,479 million for the full-year 2022, mainly due to lower oil and gas prices.

Adjusted net operating income for the Exploration & Production segment excludes special items.

For the full-year 2023, the exclusion of special items had a positive impact of $1,036 million on the segment's adjusted net operating income, compared to a positive impact of $12,371 million for the full-year 2022.

The segment's cash flow from operating activities was $18,531 million in full-year 2023, down 33% compared to $27,654 million in the full-year 2022.

The segment's cash flow from operations excluding working capital (CFFO) was $19,126 million in full-year 2023, down 27% compared to $26,080 million for the full-year 2022, mainly due to lower oil and gas prices.

For additional information on the EP segment's capital expenditures, refer to point 1.6 (starting on page 34) of chapter 1 and point 2.1.2 (on page 72) of chapter 2 of the Universal Registration Document 2023, incorporated herein by reference. See also "Item 5. - 5.4 Liquidity and Capital Resources", below.

## 2022 vs. 2021

EP adjusted net operating income was $17,479 million in 2022, an increase of 67% compared to 2021, due to higher oil and gas prices.

Adjusted net operating income for the EP segment excludes special items.

For the full-year 2022, the exclusion of special items had a positive impact of $12,371 million in 2022 on the segment's adjusted net operating income, compared to a positive impact of $2,395 million in 2021. The effective tax rate increased from 45.2% in 2021 to 50.8% in 2022.

For the full-year 2022, the segment's cash flow from operating activities was $27,654 million, an increase of 26% compared to $22,009 million in 2021.

For the full-year 2022, the segment's cash flow from operations excluding working capital (CFFO) was $26,080 million, an increase of 39% compared to $18,717 million in 2021, due to higher oil and gas prices.

### 5.2.2.2   Integrated LNG segment

| Hydrocarbon production for LNG | 2023 | 2022 | 2021 |
|---|---|---|---|
| Integrated LNG (kboe/d) | 449 | 469 | 529 |
| Liquids (kb/d) | 58 | 53 | 63 |
| Gas (Mcf/d) | 2,128 | 2,267 | 2,541 |
| Integrated LNG excluding Novatek (kboe/d) | 449 | 413 | 483 |

| Liquefied Natural Gas (in Mt) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Overall LNG sales | 44.3 | 48.1 | 42.0 |
| Incl. Sales from equity production* | 15.2 | 17.0 | 17.4 |
| Incl. Sales by TotalEnergies from equity production and third party purchases | 40.1 | 42.8 | 35.1 |

\*   The Company's equity production may be sold by TotalEnergies or by the joint ventures.

| Results (in millions of dollars) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Adjusted net operating income[1] | 6,200 | 11,169 | 5,591 |
| including adjusted income from equity affiliates | 2,103 | 5,637 | 2,659 |
| Cash flow used in investing activities | 3,120 | (1,052) | 1,292 |
| Organic investments | 2,063 | 519 | 2,061 |
| Net acquisitions | 1,096 | (47) | (910) |
| Net investments | 3,159 | 472 | 1,151 |
| Cash flow from operating activities | 8,442 | 9,604 | (2,765) |
| Cash flow from operations excluding working capital (CFFO) | 7,293 | 9,784 | 5,404 |

(1)   Adjusted for special items, inventory valuation effect and the effect of changes in fair value. See Note 3 to the Consolidated Financial Statements (starting on page F-23).

## 2023 vs. 2022

For full-year 2023, hydrocarbon production for LNG (excluding Novatek) was up 9% compared to full-year 2022 due to increased supply to NLNG in Nigeria and higher availability of Ichthys LNG in Australia and Snøhvit in Norway.

For full-year 2023, LNG sales were down 8% compared to full-year 2022, mainly due to lower spot volumes related to lower demand in Europe as a result of a milder winter weather and high inventories.

Integrated LNG adjusted net operating income was $6,200 million in the full-year 2023, a decrease of 37% year-on-year (excluding Novatek), mainly due to the exceptional environment in 2022 linked to the energy crisis in Europe resulting from the Russia-Ukraine conflict.

Adjusted net operating income for the Integrated LNG segment excludes special items and the impact of changes in fair value.

For the full-year 2023, the exclusion of special items and the impact of changes in fair value had a positive impact of $798 million on the segment's adjusted net operating income, compared to a positive impact of $4,580 million for the full-year 2022.

The segment's cash flow from operating activities was $8,442 million in the full-year 2023, a decrease of 12% compared to $9,604 million in the full-year 2022.

The segment's cash flow from operations excluding working capital (CFFO) was $7,293 million in the full-year 2023, a decrease of 25% compared to $9,784 million in full-year 2022 (excluding Novatek), mainly due to lower LNG prices that were partially offset by high margins captured in 2022 on LNG cargoes delivered in 2023.

For information on the segment's investments, refer to point 1.6 of chapter 1 of the Universal Registration Document 2023 (starting on page 34), incorporated herein by reference. See also "Item 5. - 5.4 Liquidity and Capital Resources" below.

## 2022 vs. 2021

Integrated LNG adjusted net operating income was $11,169 million in the full-year 2022, an increase of 100% compared to $5,591 million in 2021, due to its integrated LNG portfolio, in particular its regasification capacity in Europe, which positioned it to capture the benefit of the favorable pricing environment, and due to the growth of the Integrated Power business.

Adjusted net operating income for the Integrated LNG segment excludes special items and the impact of changes in fair value.

For the full-year 2022, the exclusion of special items and changes in fair value had a positive impact of $4,580 million on the segment's adjusted net operating income, compared to a positive impact of $53 million in 2021.

For the full-year 2022, the segment's cash flow from operating activities was $9,604 million compared to $(2,765) million in the full-year 2021.

For the full-year 2022, the segment's cash flow from operations excluding working capital (CFFO) was $9,784 million, an increase of 81% compared to $5,404 million in the full-year 2021, for the same reasons as adjusted net operating income.

### 5.2.2.3 Integrated Power segment

| Integrated Power | 2023 | 2022 | 2021 |
|---|---|---|---|
| Net power production (TWh) [1] | 33.4 | 33.2 | 21.2 |
| o/w power production from renewables | 18.9 | 10.4 | 6.8 |
| o/w power production from gas flexible capacities | 14.5 | 22.8 | 14.4 |
| Portfolio of power generation net installed capacity (GW) [2] | 17.3 | 12.0 | 9.2 |
| o/w renewables | 13.0 | 7.7 | 5.1 |
| o/w gas flexible capacities | 4.3 | 4.3 | 4.1 |
| Portfolio of renewable power generation gross capacity (GW) [2], [3] | 80.1 | 69.0 | 43.0 |
| o/w installed capacity | 22.4 | 16.8 | 10.3 |
| Clients power – BtB and BtC (Million) [2] | 5.9 | 6.1 | 6.1 |
| Clients gas – BtB and BtC (Million) [2] | 2.8 | 2.7 | 2.7 |
| Sales power – BtB and BtC (TWh) | 52.1 | 55.3 | 56.6 |
| Sales gas – BtB and BtC (TWh) | 100.9 | 96.3 | 101.2 |

[1] Solar, wind, hydroelectric and gas flexible capacities.
[2] End of period data.
[3] Includes 20% of Adani Green Energy Ltd's gross capacity effective in the first quarter of 2021, 50% of Clearway Energy Group's gross capacity effective in the third quarter of 2022 and 49% of Casa dos Ventos' gross capacity effective in the first quarter of 2023.

| Results (in millions of dollars) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Adjusted net operating income [1] | 1,853 | 975 | 652 |
| including adjusted income from equity affiliates | 137 | 201 | 37 |
| Cash flow used in investing activities | 4,836 | 4,100 | 3,699 |
| Organic investments | 2,582 | 1,385 | 1,280 |
| Net acquisitions | 2,363 | 2,136 | 2,075 |
| Net investments | 4,945 | 3,521 | 3,355 |
| Cash flow from operating activities | 3,573 | 66 | 3,592 |
| Cash flow from operations excluding working capital (CFFO) | 2,152 | 970 | 720 |

[1] Adjusted for special items, inventory valuation effect and the effect of changes in fair value. See Note 3 to the Consolidated Financial Statements (starting on page F-23).

## 2023 vs. 2022

For the full-year 2023, net power production was 33.4 TWh, an increase of 1% compared to 33.2 TWh in the full-year 2022, as lower generation from flexible capacity, whose utilization rate was exceptional in 2022 due to the energy crisis in Europe, was more than compensated by growing electricity generation from renewables that is related to the integration of 100% of Total Eren and contribution from Clearway in the US and Casa dos Ventos in Brazil.

For the full-year 2023, gross installed renewable power generation capacity was 22.4 GW, an increase of 33% compared to 16.8 GW in the full-year 2022. Gross installed renewable capacity grew by nearly 6 GW in the full-year 2023.

Integrated Power adjusted net operating income was $1,853 million in the full-year 2023, an increase of 90% compared to $975 million in the full-year 2022, demonstrating the performance of its integrated business model along the power value chain: renewables, CCGT, trading, and B2B & B2C marketing.

Adjusted net operating income for the Integrated Power segment excludes special items and the impact of changes in fair value.

For the full-year 2023, the exclusion of special items and the impact of changes in fair value had a positive impact of $173 million on the segment's adjusted net operating income, compared to a negative impact of $2,070 million for the full-year 2022.

The segment's cash flow from operating activities was $3,573 million in the full-year 2023, 54.1 times higher compared to $66 million in the full-year 2022.

The segment's cash flow from operations excluding working capital (CFFO) was $2,152 million in 2023, 2.2 times higher compared to $970 million in the full-year 2022, with all the segments of the value chain contributing to growth.

## 2022 vs. 2021

Gross installed renewable electricity generation capacity reached 16.8 GW at year-end 2022, up 6.5 GW year-on-year, including nearly 4 GW from the acquisition of 50% of Clearway Energy Group in the United States and 0.8 GW from the start-up of the Al Kharsaah photovoltaic project in Qatar.

TotalEnergies continued to implement its strategy of integrating the electricity and gas chain in Europe. Net electricity generation stood at 33.2 TWh in 2022, an increase of 57% compared to 2021, due to higher utilization rates of flexible power plants (CCGT) as well as a 53% increase in generation from renewable sources. The portfolio of power customers exceeded 6 million at year-end 2022.

Integrated Power adjusted net operating income was $975 million in the full-year 2022, an increase of 49% compared to $652 million in the full-year 2021.

Adjusted net operating income for the Integrated Power segment excludes special items and the impact of changes in fair value.

For the full-year 2022, the exclusion of special items and the impact of changes in fair value had a negative impact of $2,070 million on the segment's adjusted net operating income, compared to a positive impact of $692 million in the full-year 2021.

The segment's cash flow from operating activities was $66 million in the full-year 2022, 55.2 times lower compared to $3,592 million in the full-year 2021.

The segment's cash flow from operations excluding working capital (CFFO) was $970 million in the full-year 2022, an increase of 35% compared to $720 million in the full-year 2021.

#### 5.2.2.4 Downstream (Refining & Chemicals and Marketing & Services segments)

| Results (in millions of dollars) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Adjusted net operating income[1] | 6,112 | 8,852 | 3,527 |
| Cash flow used in investing activities | 1,094 | 2,141 | 2,213 |
| Organic investments | 3,105 | 2,354 | 2,576 |
| Net acquisitions | (2,042) | (159) | (368) |
| Net investments | 1,063 | 2,195 | 2,208 |
| Cash flow from operating activities | 9,914 | 11,787 | 8,806 |
| Cash flow from operations excluding working capital (CFFO) | 8,171 | 10,069 | 5,502 |

(1) Adjusted for special items, inventory valuation effect and the effect of changes in fair value. See Note 3 to the Consolidated Financial Statements (starting on page F-23).

## A. Refining & Chemicals segment

| Refinery throughput and utilization rates* | 2023 | 2022 | 2021 |
|---|---|---|---|
| Total refinery throughput *(kb/d)* | 1,436 | 1,472 | 1,180 |
| France | 414 | 348 | 190 |
| Rest of Europe | 592 | 623 | 568 |
| Rest of world | 431 | 501 | 423 |
| Utilization rates based on crude only** | 81% | 82% | 64% |

\* Includes refineries in Africa reported in the Marketing & Services segment.
\*\* Based on distillation capacity at the beginning of the year.

| Petrochemicals production and utilization rate | 2023 | 2022 | 2021 |
|---|---|---|---|
| Monomers* (kt) | 4,896 | 5,005 | 5,775 |
| Polymers (kt) | 4,130 | 4,549 | 4,938 |
| Steam cracker utilization rate** | 69% | 76% | 90% |

\* Olefins.
\*\* Based on olefins production from steam crackers and their treatment capacity at the start of the year.

| Results (in millions of dollars) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Adjusted net operating income[1] | 4,654 | 7,302 | 1,909 |
| Cash flow used in investing activities | 1,953 | 1,177 | 1,290 |
| Organic investments | 2,040 | 1,319 | 1,502 |
| Net acquisitions | (118) | (38) | (217) |
| Net investments | 1,922 | 1,281 | 1,285 |
| Cash flow from operating activities | 7,957 | 8,663 | 6,473 |
| Cash flow from operations excluding working capital (CFFO) | 5,853 | 7,704 | 2,946 |

(1) Adjusted for special items, inventory valuation effect and the effect of changes in fair value. See Note 3 to the Consolidated Financial Statements (starting on page F-23).

## 2023 vs. 2022

Refining throughput decreased 2% in 2023 compared to 2022, mainly due to a slightly lower refinery utilization rate reflecting the major turnaround schedule of the year.

Monomers production decreased 2% in 2023 compared to 2022 and polymers production decreased 9% in 2023 compared to 2022, due to weak demand for chemicals mainly in Europe impacting steam cracker utilization rate. The decrease in Monomers production was partially compensated by the ramp up of ethane cracker unit in Port Arthur in the US.

Refining & Chemicals adjusted net operating income was $4,654 million in the full-year 2023, a decrease of 36% year-on-year, due to the decrease in refining margins and refining throughput.

Adjusted net operating income for the Refining & Chemicals segment excludes any after-tax inventory valuation effect and special items.

For the full-year 2023, the exclusion of the inventory valuation effect had a positive impact of $586 million on the segment's adjusted net operating income, compared to a negative impact of $337 million for the full-year 2022.

For the full-year 2023, the exclusion of special items had a positive impact of $689 million on the segment's adjusted net operating income, compared to a positive impact of $990 million for the full-year 2022.

The segment's cash flow from operating activities was $7,957 million in the full-year 2023, a decrease of 8% compared to $8,663 million in the full-year 2022.

The segment's cash flow from operations excluding working capital (CFFO) was $5,853 million in the full-year 2023, a decrease of 24% compared to $7,704 million in the full-year 2022, due to lower refining margins, turnarounds at Satorp in Saudi Arabia, the Port Arthur refinery in the US and at the Antwerp refinery in Belgium and weak petrochemical demand, particularly in Europe, which was partially offset by dividends received from equity affiliates during the fourth quarter of 2023.

For information on the Refining & Chemicals segment's investments, refer to point 1.6 of chapter 1 of the Universal Registration Document 2023 (starting on page 34), incorporated herein by reference. See also "Item 5. - 5.4 Liquidity and Capital Resources" below.

## 2022 vs. 2021

Refinery throughput increased by 25% in 2022 compared to 2021 due to the increase in the utilization rate of refineries.

Monomer production decreased 13% in 2022 compared to 2021, after the very strong post-COVID-19 increase observed in 2021. Polymer production decreased 8% in 2022 compared to 2021 for the same reason that monomer production decreased.

Refining & Chemicals adjusted net operating income was $7,302 million in the full-year 2022, 3.8 times higher than $1,909 million in the full-year 2021, due to high refining margins in Europe and the United States and higher refinery utilization rates.

Adjusted net operating income for the Refining & Chemicals segment excludes any after-tax inventory valuation effect and special items.

For the full-year 2022, the exclusion of the inventory valuation effect had a negative impact of $336 million on the segment's adjusted net operating income, compared to a negative impact of $1,296 million for the full-year 2021.

For the full-year 2022, the exclusion of special items had a positive impact of $989 million on the segment's adjusted net operating income, compared to a positive impact of $191 million for the full-year 2021.

The segments cash flow from operating activities was $8,663 million in the full-year 2022, an increase of 34% compared to $6,473 million in the full-year 2021.

The segment's cash flow from operations excluding working capital (CFFO) was $7,704 million in the full-year 2022, 2.6 times higher compared to $2,946 million in the full-year 2021 due to higher refining margins and throughput.

## B. Marketing & Services segment

| Petroleum product sales (kb/d)* | 2023 | 2022 | 2021 |
|---|---|---|---|
| Total Marketing & Services sales | 1,375 | 1,468 | 1,503 |
| Europe | 776 | 824 | 826 |
| Rest of world | 599 | 644 | 677 |

\* Excludes trading and bulk Refining sales.

| Results (in millions of dollars) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Adjusted net operating income[1] | 1,458 | 1,550 | 1,618 |
| Cash flow used in investing activities | (859) | 964 | 923 |
| Organic investments | 1,065 | 1,035 | 1,074 |
| Net acquisitions | (1,924) | (121) | (151) |
| Net investments | (859) | 914 | 923 |
| Cash flow from operating activities | 1,957 | 3,124 | 2,333 |
| Cash flow from operations excluding working capital (CFFO) | 2,318 | 2,365 | 2,556 |

(1) Adjusted for special items, inventory valuation effect and the effect of changes in fair value. See Note 3 to the Consolidated Financial Statements (starting on page F-23).

## 2023 vs. 2022

Marketing & Services adjusted net operating income was $1,458 million in the full-year 2023, a decrease of 6% compared to $1,550 million in the full-year 2022, due to lower sales.

Adjusted net operating income for the Marketing & Services segment excludes any after-tax inventory valuation effect and special items.

For the full-year 2023, the exclusion of the inventory valuation effect had a positive impact of $108 million on the segment's adjusted net operating income, compared to a negative impact of $194 million in the full-year 2022.

For the full-year 2023, the exclusion of special items had a negative impact of $1,408 million on the segment's adjusted net operating income, compared to a positive impact of $188 million for the full-year 2022.

The segment's cash flow from operating activities was $1,957 million in the full-year 2023, a decrease of 37% compared to $3,124 million in the full-year 2022.

The segment's cash flow from operations excluding working capital (CFFO) was $2,318 million in the full-year 2023, a decrease of 2% compared to $2,365 million in the full-year 2022.

For information on the Marketing & Services segment's investments, refer to point 1.6 of chapter 1 of the Universal Registration Document 2023 (starting on page 34), incorporated herein by reference. See also "Item 5. - 5.4 Liquidity and Capital Resources", below.

## 2022 vs. 2021

Marketing & Services adjusted net operating income was $1,550 million in the full-year 2022, a decrease of 4% compared to $1,618 million in the full-year 2021, mainly impacted by the evolution of the €/$ exchange rate.

Adjusted net operating income for the Marketing & Services segment excludes any after-tax inventory valuation effect and special items.

For the full-year 2022, the exclusion of the inventory valuation effect had a negative impact of $194 million on the segment's adjusted net operating income, compared to a negative impact of $236 million for the full-year 2021.

For the full-year 2022, the exclusion of special items had a positive impact of $188 million on the segment's adjusted net operating income, compared to a positive impact of $125 million for the full-year 2021.

The segment's cash flow from operating activities was $3,124 million in the full-year 2022, an increase of 34% compared to $2,333 million in the full-year 2021.

The segment's cash flow from operations excluding working capital (CFFO) was $2,365 million in the full-year 2022, a decrease of 7% compared to $2,556 million in the full-year 2021.

## 5.3 Adjusted Items and Reconciliation of non-GAAP financial measures

**A.    Adjustment items to net income (TotalEnergies share)**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Net income (TotalEnergies share)** | **21,384** | **20,526** | **16,032** |
| Special items affecting net income (TotalEnergies share) | (1,105) | (17,310) | (3,329) |
| Gain (loss) on asset sales | 2,047 | 1,391 | (1,726) |
| Restructuring charges | (56) | (42) | (308) |
| Impairments | (2,166) | (15,743) | (910) |
| Other* | (930) | (2,916) | (385) |
| After-tax inventory effect : FIFO vs. replacement cost | (699) | 501 | 1,495 |
| Effect of changes in fair value | 12 | 1,138 | (194) |
| **Total adjustments affecting net income** | **(1,792)** | **(15,671)** | **2,028** |
| **Adjusted net income (TotalEnergies share)** | **23,176** | **36,197** | **18,060** |

\*   Other adjustment items for net income for the year amounted to $(930) million including $388 million of revaluation of Total Eren's previously held equity interest and $(1,318) million mainly due to the impact of the European solidarity contribution and of the Electricity Generation Infra-Marginal Income Contribution in France and of the devaluation of the Argentine peso.

**B.    Reconciliation of consolidated net income to adjusted net operating income**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Consolidated net income (a)** | **21,510** | **21,044** | **16,366** |
| Net cost of net debt (b) | (1,108) | (1,278) | (1,350) |
| Special items affecting net operating income | (1,384) | (17,559) | (3,388) |
| Gain (loss) on asset sales | 2,047 | 1,450 | (1,726) |
| Restructuring charges | (56) | (55) | (315) |
| Impairments | (2,297) | (15,759) | (932) |
| Other | (1,078) | (3,195) | (415) |
| After-tax inventory effect : FIFO vs. replacement cost | (694) | 531 | 1,532 |
| Effect of changes in fair value | 12 | 1,138 | (194) |
| **Total adjustments affecting net operating income (c)** | **(2,066)** | **(15,890)** | **(2,050)** |
| **Adjusted net operating income (a - b - c)** | **24,684** | **38,212** | **19,766** |

**C.    Reconciliation of net income (TotalEnergies share) to adjusted EBITDA**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Net income - TotalEnergies share** | **21,384** | **20,526** | **16,032** |
| Less: adjustment items to net income (TotalEnergies share) | 1,792 | 15,671 | 2,028 |
| **Adjusted net income - TotalEnergies share** | **23,176** | **36,197** | **18,060** |
| Adjusted items | | | |
| Add: non-controlling interests | 274 | 460 | 331 |
| Add: income taxes | 12,939 | 20,565 | 9,211 |
| Add: depreciation, depletion and impairment of tangible assets and mineral interests | 12,012 | 12,316 | 12,735 |
| Add: amortization and impairment of intangible assets | 394 | 400 | 401 |
| Add: financial interest on debt | 2,820 | 2,386 | 1,904 |
| Less: financial income and expense from cash & cash equivalents | (1,585) | (746) | (340) |
| **Adjusted EBITDA** | **50,030** | **71,578** | **42,302** |

**D.    Reconciliation of revenues from sales to adjusted EBITDA and net income (TotalEnergies share)**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| *Adjusted items* | | | |
| Revenues from sales | 218,945 | 263,206 | 184,678 |
| Purchases, net of inventory variation | (142,247) | (171,049) | (120,160) |
| Other operating expenses | (29,808) | (28,745) | (26,754) |
| Exploration costs | (575) | (574) | (632) |
| Other income | 504 | 1,349 | 1,300 |
| Other expense, excluding amortization and impairment of intangible assets | (288) | (1,142) | (543) |
| Other financial income | 1,221 | 812 | 762 |
| Other financial expense | (722) | (533) | (539) |
| Net income (loss) from equity affiliates | 3,000 | 8,254 | 4,190 |
| **Adjusted EBITDA** | **50,030** | **71,578** | **42,302** |
| *Adjusted items* | | | |
| Less: depreciation, depletion and impairment of tangible assets and mineral interests | (12,012) | (12,316) | (12,735) |
| Less: amortization of intangible assets | (394) | (400) | (401) |
| Less: financial interest on debt | (2,820) | (2,386) | (1,904) |
| Add: financial income and expense from cash & cash equivalents | 1,585 | 746 | 340 |
| Less: income taxes | (12,939) | (20,565) | (9,211) |
| Less: non-controlling interests | (274) | (460) | (331) |
| Add: adjustment - TotalEnergies share | (1,792) | (15,671) | (2,028) |
| **Net income - TotalEnergies share** | **21,384** | **20,526** | **16,032** |

**E. Investments – Divestments and reconciliation of cash flow used in investing activities to net investments, to net acquisition and to organic investments**

**(1)  Totalenergies share:**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Cash flow used in investing activities (a)** | **16,454** | **15,116** | **13,656** |
| Other transactions with non-controlling interests (b) | — | (50) | (757) |
| Organic loan repayment from equity affiliates (c) | (2) | 1,630 | 626 |
| Change in debt from renewable projects financing (d)* | 78 | (589) | (356) |
| Capex linked to capitalized leasing contracts (e) | 259 | 177 | 111 |
| Expenditures related to carbon credits (f) | 48 | 19 | 27 |
| **Net investments (a + b + c + d + e + f = g - i + h)** | **16,837** | **16,303** | **13,307** |
| of which net acquisitions (g-i) | (1,289) | 4,451 | 632 |
| Acquisitions (g) | 6,428 | 5,872 | 3,284 |
| Asset sales (i) | 7,717 | 1,421 | 2,652 |
| Change in debt from renewable projects (partner share) | (81) | 279 | 134 |
| of which organic investments (h) | 18,126 | 11,852 | 12,675 |
| Capitalized exploration | 1,094 | 669 | 841 |
| Increase in non-current loans | 1,845 | 954 | 1,231 |
| Repayment of non-current loans, excluding organic loan repayment from equity affiliates | (524) | (1,082) | (531) |
| Change in debt from renewable projects (TotalEnergies share) | (3) | (310) | (222) |

\*    Change in debt from renewable projects (TotalEnergies share and partner share).

**(2)  Exploration & Production:**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Cash flow used in investing activities (a)** | **7,260** | **9,839** | **6,382** |
| Other transactions with non-controlling interests (b) | — | — | — |
| Organic loan repayment from equity affiliates (c) | — | 22 | 39 |
| Change in debt from renewable projects financing (d)* | — | — | — |
| Capex linked to capitalized leasing contracts (e) | 218 | 147 | 86 |
| Expenditures related to carbon credits (f) | 48 | 19 | 16 |
| **Net investments (a + b + c + d + e + f = g - i + h)** | **7,526** | **10,027** | **6,523** |
| of which net acquisitions (g-i) | (2,706) | 2,520 | (167) |
| Acquisitions (g) | 2,320 | 3,134 | 497 |
| Asset sales (i) | 5,026 | 614 | 664 |
| Change in debt from renewable projects (partner share) | — | — | — |
| of which organic investments (h) | **10,232** | **7,507** | **6,690** |
| Capitalized exploration | 1,081 | 669 | 840 |
| Increase in non-current loans | 154 | 78 | 98 |
| Repayment of non-current loans, excluding organic loan repayment from equity affiliates | (92) | (171) | (191) |
| Change in debt from renewable projects (TotalEnergies share) | — | — | — |

\*    Change in debt from renewable projects (TotalEnergies share and partner share).

**(3)  Integrated LNG:**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Cash flow used in investing activities (a)** | **3,120** | **(1,052)** | **1,292** |
| Other transactions with non-controlling interests (b) | — | — | (757) |
| Organic loan repayment from equity affiliates (c) | 2 | 1,499 | 580 |
| Change in debt from renewable projects financing (d)* | — | — | — |
| Capex linked to capitalized leasing contracts (e) | 37 | 25 | 25 |
| Expenditures related to carbon credits (f) | — | — | 11 |
| **Net investments (a + b + c + d + e + f = g - i + h)** | **3,159** | **472** | **1,151** |
| of which net acquisitions (g-i) | 1,096 | (47) | (910) |
| Acquisitions (g) | 1,253 | 27 | 184 |
| Asset sales (i) | 157 | 74 | (1,094) |
| Change in debt from renewable projects (partner share) | — | — | — |
| of which organic investments (h) | **2,063** | **519** | **2,061** |
| Capitalized exploration | 13 | — | 1 |
| Increase in non-current loans | 570 | 328 | 658 |
| Repayment of non-current loans, excluding organic loan repayment from equity affiliates | (131) | (690) | (143) |
| Change in debt from renewable projects (TotalEnergies share) | — | — | — |

\*    Change in debt from renewable projects (TotalEnergies share and partner share).

(4) **Integrated Power:**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Cash flow used in investing activities (a)** | **4,836** | **4,100** | **3,699** |
| Other transactions with non-controlling interests (b) | — | — | — |
| Organic loan repayment from equity affiliates (c) | 27 | 5 | 12 |
| Change in debt from renewable projects financing (d)* | 78 | (589) | (356) |
| Capex linked to capitalized leasing contracts (e) | 4 | 5 | — |
| Expenditures related to carbon credits (f) | — | — | — |
| **Net investments (a + b + c + d + e + f = g - i + h)** | **4,945** | **3,521** | **3,355** |
| of which net acquisitions (g-i) | 2,363 | 2,136 | 2,075 |
| Acquisitions (g) | 2,739 | 2,661 | 2,462 |
| Asset sales (i) | 376 | 525 | (387) |
| Change in debt from renewable projects (partner share) | (81) | 279 | 134 |
| of which organic investments (h) | **2,582** | **1,385** | **1,280** |
| Capitalized exploration | | | |
| Increase in non-current loans | 870 | 397 | 316 |
| Repayment of non-current loans, excluding organic loan repayment from equity affiliates | (177) | (83) | (26) |
| Change in debt from renewable projects (TotalEnergies share) | (3) | (310) | (222) |

\*    Change in debt from renewable projects (TotalEnergies share and partner share).

(5) **Refining & Chemicals:**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Cash flow used in investing activities (a)** | **1,953** | **1,177** | **1,290** |
| Other transactions with non-controlling interests (b) | — | — | — |
| Organic loan repayment from equity affiliates (c) | (31) | 104 | (5) |
| Change in debt from renewable projects financing (d)* | — | — | — |
| Capex linked to capitalized leasing contracts (e) | — | — | — |
| Expenditures related to carbon credits (f) | — | — | — |
| **Net investments (a + b + c + d + e + f = g - i + h)** | **1,922** | **1,281** | **1,285** |
| of which net acquisitions (g-i) | (118) | (38) | (217) |
| Acquisitions (g) | 32 | 15 | 53 |
| Asset sales (i) | 150 | 53 | 270 |
| Change in debt from renewable projects (partner share) | — | — | — |
| of which organic investments (h) | **2,040** | **1,319** | **1,502** |
| Capitalized exploration | — | — | — |
| Increase in non-current loans | 79 | 53 | 42 |
| Repayment of non-current loans, excluding organic loan repayment from equity affiliates | (33) | (35) | (67) |
| Change in debt from renewable projects (TotalEnergies share) | — | — | — |

\*    Change in debt from renewable projects (TotalEnergies share and partner share).

(6) **Marketing & Services:**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Cash flow used in investing activities (a)** | **(859)** | **964** | **923** |
| Other transactions with non-controlling interests (b) | — | (50) | — |
| Organic loan repayment from equity affiliates (c) | — | — | — |
| Change in debt from renewable projects financing (d)* | — | — | — |
| Capex linked to capitalized leasing contracts (e) | — | — | — |
| Expenditures related to carbon credits (f) | — | — | — |
| **Net investments (a + b + c + d + e + f = g - i + h)** | **(859)** | **914** | **923** |
| of which net acquisitions (g-i) | (1,924) | (121) | (151) |
| Acquisitions (g) | 84 | 34 | 86 |
| Asset sales (i) | 2,008 | 155 | 237 |
| Change in debt from renewable projects (partner share) | — | — | — |
| of which organic investments (h) | **1,065** | **1,035** | **1,074** |
| Capitalized exploration | — | — | — |
| Increase in non-current loans | 152 | 83 | 105 |
| Repayment of non-current loans, excluding organic loan repayment from equity affiliates | (82) | (87) | (82) |
| Change in debt from renewable projects (TotalEnergies share) | — | — | — |

\*    Change in debt from renewable projects (TotalEnergies share and partner share).

**F. Reconciliation of cash flow from operating activities to cash flow from operations excluding working capital (CFFO), to DACF and to net cash flow**

**(1) Totalenergies share:**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Cash flow from operating activities (a)** | **40,679** | **47,367** | **30,410** |
| (Increase) decrease in working capital (b)* | 5,526 | 2,831 | 188 |
| Inventory effect (c) | (714) | 501 | 1,796 |
| Capital gain from renewable project sales (d) | 81 | 64 | 89 |
| Organic loan repayments from equity affiliates (e) | (2) | 1,630 | 626 |
| **Cash flow from operations excluding working capital (CFFO) (f = a - b - c + d + e)** | **35,946** | **45,729** | **29,140** |
| Financial charges | (505) | (1,296) | (1,520) |
| **Debt Adjusted Cash Flow (DACF)** | **36,451** | **47,025** | **30,660** |
| Organic investments (g) | 18,126 | 11,852 | 12,675 |
| **Free cash flow after organic investments (f - g)** | **17,820** | **33,877** | **16,465** |
| Net investments (h) | 16,837 | 16,303 | 13,307 |
| **Net cash flow (f - h)** | **19,109** | **29,426** | **15,833** |

\* Changes in working capital are presented excluding the mark-to-market effect of Integrated LNG and Integrated Power sectors' contracts.

**G. Reconciliation of cash flow from operating activities to cash flow from operations excluding working capital (CFFO)**

**(1) Exploration & Production**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Cash flow from operating activities (a)** | **18,531** | **27,654** | **22,009** |
| (Increase) decrease in working capital (b)* | (595) | 1,596 | 3,331 |
| Inventory effect (c) | — | — | — |
| Capital gain from renewable project sales (d) | — | — | — |
| Organic loan repayments from equity affiliates (e) | — | 22 | 39 |
| **Cash flow from operations excluding working capital (CFFO) (f = a - b - c + d + e)** | **19,126** | **26,080** | **18,717** |

**(2) Integrated LNG**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Cash flow from operating activities (a)** | **8,442** | **9,604** | **(2,765)** |
| (Increase) decrease in working capital (b)* | 1,151 | 1,319 | (7,590) |
| Inventory effect (c) | — | — | — |
| Capital gain from renewable project sales (d) | — | — | — |
| Organic loan repayments from equity affiliates (e) | 2 | 1,499 | 579 |
| **Cash flow from operations excluding working capital (CFFO) (f = a - b - c + d + e)** | **7,293** | **9,784** | **5,404** |

\* Changes in working capital are presented excluding the mark-to-market effect of Integrated LNG sectors' contracts.

**(3) Integrated Power**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Cash flow from operating activities (a)** | **3,573** | **66** | **3,592** |
| (Increase) decrease in working capital (b)* | 1,529 | (835) | 2,973 |
| Inventory effect (c) | — | — | — |
| Capital gain from renewable project sales (d) | 81 | 64 | 89 |
| Organic loan repayments from equity affiliates (e) | 27 | 5 | 12 |
| **Cash flow from operations excluding working capital (CFFO) (f = a - b - c + d + e)** | **2,152** | **970** | **720** |

\* Changes in working capital are presented excluding the mark-to-market effect of Integrated LNG sectors' contracts.

**(4) Refining & Chemicals**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Cash flow from operating activities (a)** | **7,957** | **8,663** | **6,473** |
| (Increase) decrease in working capital (b) | 2,641 | 823 | 2,041 |
| Inventory effect (c) | (568) | 240 | 1,481 |
| Capital gain from renewable project sales (d) | — | — | — |
| Organic loan repayments from equity affiliates (e) | (31) | 104 | (5) |
| **Cash flow from operations excluding working capital (CFFO) (f = a - b - c + d + e)** | **5,853** | **7,704** | **2,946** |

**(5) Marketing & Services**

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Cash flow from operating activities (a)** | **1,957** | **3,124** | **2,333** |
| (Increase) decrease in working capital (b) | (215) | 498 | (538) |
| Inventory effect (c) | (146) | 261 | 315 |
| Capital gain from renewable project sales (d) | — | — | — |
| Organic loan repayments from equity affiliates (e) | — | — | — |
| **Cash flow from operations excluding working capital (CFFO) (f = a - b - c + d + e)** | **2,318** | **2,365** | **2,556** |

## H. Gearing Ratio

| As of and for the year ended December 31 (in millions of dollars) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Current borrowings * | 7,869 | 14,065 | 13,645 |
| Other current financial liabilities | 446 | 488 | 372 |
| Current financial assets *. ** | (6,256) | (8,556) | (12,183) |
| Net financial assets classified as held for sale * | 17 | (38) | (4) |
| Non-current financial debt * | 32,722 | 36,987 | 41,868 |
| Non-current financial assets * | (1,229) | (1,303) | (1,557) |
| Cash and cash equivalents | (27,263) | (33,026) | (21,342) |
| **Net debt (a)** | **6,306** | **8,617** | **20,799** |
| Shareholders' equity - TotalEnergies share | 116,753 | 111,724 | 111,736 |
| Non-controlling interests | 2,700 | 2,846 | 3,263 |
| **Shareholders' equity (b)** | **119,453** | **114,570** | **114,999** |
| **Gearing = a / (a+b)** | **5.0%** | **7.0%** | **15.3%** |
| *Leases (c)* | *8,275* | *8,096* | *8,055* |
| *Gearing including leases (a+c) / (a+b+c)* | *10.9%* | *12.7%* | *20.1%* |

\* Excludes leases receivables and leases debts.
\*\* Including initial margins held as part of the Company's activities on organized markets.

## I. ROACE (Full-year 2023)

| In millions of dollars | Exploration & Production | Integrated LNG | Integrated Power | Refining & Chemicals | Marketing & Services | Company |
|---|---|---|---|---|---|---|
| Adjusted net operating income | 10,942 | 6,200 | 1,853 | 4,654 | 1,458 | 24,684 |
| Capital employed at 12/31/2022 | 65,784 | 33,671 | 16,225 | 7,438 | 7,593 | 128,811 |
| Capital employed at 12/31/2023 | 63,870 | 36,048 | 21,511 | 6,043 | 7,674 | 132,222 |
| **ROACE** | **16.9%** | **17.8%** | **9.8%** | **69.0%** | **19.1%** | **18.9%** |

## J. Reconciliation of capital employed (balance sheet) and calculation of ROACE

| In millions of dollars | Exploration & Production | Integrated LNG | Integrated Power | Refining & Chemicals | Marketing & Services | Corporate | Inter-Company | Company |
|---|---|---|---|---|---|---|---|---|
| **Adjusted net operating income 2023 (a)** | **10,942** | **6,200** | **1,853** | **4,654** | **1,458** | **(423)** | **—** | **24,684** |
| **Balance sheet as of December 31, 2023** | | | | | | | | |
| Property plant and equipment intangible assets net | 84,876 | 24,936 | 12,526 | 12,287 | 6,696 | 678 | — | 141,999 |
| Investments & loans in equity affiliates | 2,630 | 13,905 | 9,202 | 4,167 | 553 | — | — | 30,457 |
| Other non-current assets | 3,451 | 2,720 | 1,027 | 677 | 1,258 | 141 | — | 9,274 |
| *Inventories, net* | *1,463* | *1,784* | *689* | *11,582* | *3,798* | *1* | *—* | *19,317* |
| *Accounts receivable, net* | *6,849* | *10,183* | *7,601* | *20,010* | *9,024* | *683* | *(30,908)* | *23,442* |
| *Other current assets* | *6,218* | *9,782* | *6,963* | *2,383* | *3,465* | *1,817* | *(9,807)* | *20,821* |
| *Accounts payable* | *(6,904)* | *(11,732)* | *(8,114)* | *(33,864)* | *(10,693)* | *(798)* | *30,770* | *(41,335)* |
| *Other creditors and accrued liabilities* | *(9,875)* | *(11,653)* | *(6,985)* | *(6,152)* | *(5,707)* | *(6,300)* | *9,945* | *(36,727)* |
| *Working capital* | *(2,249)* | *(1,636)* | *154* | *(6,041)* | *(113)* | *(4,597)* | *—* | *(14,482)* |
| Provisions and other non-current liabilities | (25,152) | (3,877) | (1,790) | (3,706) | (1,267) | 854 | | (34,938) |
| Assets and liabilities classified as held for sale - Capital employed | 314 | — | 392 | 137 | 881 | — | — | 1,724 |
| **Capital Employed (Balance sheet)** | **63,870** | **36,048** | **21,511** | **7,521** | **8,008** | **(2,924)** | **—** | **134,034** |
| Less inventory valuation effect | — | — | — | (1,478) | (334) | — | — | (1,812) |
| **Capital Employed at replacement cost (b)** | **63,870** | **36,048** | **21,511** | **6,043** | **7,674** | **(2,924)** | **—** | **132,222** |
| **Balance sheet as of December 31, 2022** | | | | | | | | |
| Property plant and equipment intangible assets net | 87,833 | 24,189 | 6,696 | 11,525 | 8,120 | 669 | — | 139,032 |
| Investments & loans in equity affiliates | 2,138 | 12,065 | 8,804 | 4,431 | 451 | — | — | 27,889 |
| Other non-current assets | 3,069 | 3,342 | 327 | 570 | 1,050 | 130 | — | 8,488 |
| *Inventories, net* | *1,260* | *2,312* | *1,836* | *12,888* | *4,640* | *—* | *—* | *22,936* |
| *Accounts receivable, net* | *7,312* | *11,110* | *12,515* | *19,297* | *8,482* | *1,407* | *(35,745)* | *24,378* |
| *Other current assets* | *6,347* | *21,344* | *12,914* | *2,410* | *3,787* | *2,455* | *(13,187)* | *36,070* |
| *Accounts payable* | *(6,298)* | *(11,846)* | *(14,881)* | *(30,673)* | *(12,082)* | *(1,313)* | *35,747* | *(41,346)* |
| *Other creditors and accrued liabilities* | *(11,452)* | *(24,796)* | *(10,940)* | *(7,215)* | *(5,115)* | *(5,942)* | *13,185* | *(52,275)* |
| Working capital | (2,831) | (1,876) | 1,444 | (3,293) | (288) | (3,393) | — | (10,237) |
| Provisions and other non-current liabilities | (24,633) | (4,049) | (1,201) | (3,760) | (1,303) | 694 | — | (34,252) |
| Assets and liabilities classified as held for sale - Capital employed | 208 | — | 155 | — | — | — | — | 363 |
| **Capital Employed (Balance sheet)** | **65,784** | **33,671** | **16,225** | **9,473** | **8,030** | **(1,900)** | **—** | **131,283** |
| Less inventory valuation effect | — | — | — | (2,035) | (437) | — | — | (2,472) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Capital Employed at replacement cost (c)** | 65,784 | 33,671 | 16,225 | 7,438 | 7,593 | (1,900) | — | 128,811 |
| **ROACE 2023 as a percentage (a / average (b + c))** | 16.9% | 17.8% | 98.0% | 69.0% | 19.1% | | | 18.9% |

| In millions of dollars | Exploration & Production | Integrated LNG | Integrated Power | Refining & Chemicals | Marketing & Services | Corporate | Inter-Company | Company |
|---|---|---|---|---|---|---|---|---|
| **Adjusted net operating income 2022 (a)** | **17,479** | **11,169** | **975** | **7,302** | **1,550** | **(263)** | **—** | **38,212** |
| **Balance sheet as of December 31, 2022** | | | | | | | | |
| Property plant and equipment intangible assets net | 87,833 | 24,189 | 6,696 | 11,525 | 8,120 | 669 | — | 139,032 |
| Investments & loans in equity affiliates | 2,138 | 12,065 | 8,804 | 4,431 | 451 | — | — | 27,889 |
| Other non-current assets | 3,069 | 3,342 | 327 | 570 | 1,050 | 130 | — | 8,488 |
| Inventories, net | 1,260 | 2,312 | 1,836 | 12,888 | 4,640 | | — | 22,936 |
| Accounts receivable, net | 7,312 | 11,110 | 12,515 | 19,297 | 8,482 | 1,407 | (35,745) | 24,378 |
| Other current assets | 6,347 | 21,344 | 12,914 | 2,410 | 3,787 | 2,455 | (13,187) | 36,070 |
| Accounts payable | (6,298) | (11,846) | (14,881) | (30,673) | (12,082) | (1,313) | 35,747 | (41,346) |
| Other creditors and accrued liabilities | (11,452) | (24,796) | (10,940) | (7,215) | (5,115) | (5,942) | 13,185 | (52,275) |
| Working capital | (2,831) | (1,876) | 1,444 | (3,293) | (288) | (3,393) | — | (10,237) |
| Provisions and other non-current liabilities | (24,633) | (4,049) | (1,201) | (3,760) | (1,303) | 694 | — | (34,252) |
| Assets and liabilities classified as held for sale - Capital employed | 208 | — | 155 | — | — | — | — | 363 |
| **Capital Employed (Balance sheet)** | **65,784** | **33,671** | **16,225** | **9,473** | **8,030** | **(1,900)** | **—** | **131,283** |
| Less inventory valuation effect | — | — | — | (2,035) | (437) | — | — | **(2,472)** |
| **Capital Employed at replacement cost (c)** | **65,784** | **33,671** | **16,225** | **7,438** | **7,593** | **(1,900)** | **—** | **128,811** |
| **Balance sheet as of December 31, 2021** | | | | | | | | |
| Property plant and equipment intangible assets net | 86,418 | 24,901 | 6,624 | 11,884 | 8,578 | 638 | — | 139,043 |
| Investments & loans in equity affiliates | 6,337 | 15,891 | 4,610 | 3,729 | 486 | — | — | 31,053 |
| Other non-current assets | 4,441 | 2,504 | 855 | 608 | 1,105 | 309 | — | 9,822 |
| Inventories, net | 1,281 | 1,887 | 1,344 | 11,482 | 3,957 | 1 | — | 19,952 |
| Accounts receivable, net | 6,621 | 10,345 | 6,202 | 17,280 | 7,597 | 746 | (26,808) | 21,983 |
| Other current assets | 5,643 | 28,256 | 7,486 | 2,068 | 2,802 | 1,475 | (12,586) | 35,144 |
| Accounts payable | (6,116) | (12,446) | (6,923) | (28,055) | (9,291) | (857) | 26,851 | (36,837) |
| Other creditors and accrued liabilities | (8,645) | (21,547) | (9,546) | (5,333) | (4,687) | (5,585) | 12,543 | (42,800) |
| Working capital | (1,216) | 6,495 | (1,437) | (2,558) | 378 | (4,220) | — | (2,558) |
| Provisions and other non-current liabilities | (24,613) | (3,137) | (1,358) | (3,840) | (1,478) | 581 | — | (33,845) |
| Assets and liabilities classified as held for sale - Capital employed | 308 | — | **30** | — | — | — | — | 338 |
| **Capital Employed (Balance sheet)** | **71,675** | **46,654** | **9,324** | **9,823** | **9,069** | **(2,692)** | **—** | **143,853** |
| Less inventory valuation effect | — | — | — | (1,754) | (286) | — | — | (2,040) |
| **Capital Employed at replacement cost (b)** | **71,675** | **46,654** | **9,324** | **8,069** | **8,783** | **(2,692)** | **—** | **141,813** |
| | — | — | — | — | — | — | — | — |
| **ROACE 2022 as a percentage (a / average (b + c))** | **25.4%** | **27.8%** | **7.6%** | **94.2%** | **18.9%** | | | **28.2%** |

K.      Payout

| in millions of dollars | | | 2023 | 2022 | 2021 |
|---|---|---|---|---|---|
| Dividend paid (parent company shareholders) (a) | | | 7,517 | 9,986 | 8,228 |
| Repayment of treasury shares | | | 9,167 | 7,711 | 1,823 |
| of which buy-backs (b) | | | 9,000 | 7,019 | 1,500 |
| Cash flow from operations excluding working capital (CFFO) (c) | | | 35,946 | 45,729 | 29,140 |
| **Payout ratio = (a+b) / c** | | | **46.0%** | **37.2%** | **33.4%** |

## 5.4 Liquidity and capital resources

| in millions of dollars | 2023 | 2022 | 2021 |
|---|---|---|---|
| **Cash flow from operating activities** | **40,679** | **47,367** | **30,410** |
| Including (increase) decrease in working capital | 6,091 | 1,191 | (616) |
| **Cash flow used in investing activities** | **(16,454)** | **(15,116)** | **(13,656)** |
| Total expenditures | (24,860) | (19,802) | (16,589) |
| Total divestments | 8,406 | 4,686 | 2,933 |
| **Cash flow from/(used in) financing activities** | **(29,730)** | **(19,272)** | **(25,497)** |
| **Net increase (decrease) in cash and cash equivalents** | **(5,505)** | **12,979** | **(8,743)** |
| Effect of exchange rates | (258) | (1,295) | (1,183) |
| Cash and cash equivalents at the beginning of the period | 33,026 | 21,342 | 31,268 |
| **Cash and cash equivalents at the end of the period** | **27,263** | **33,026** | **21,342** |

TotalEnergies' cash requirements for working capital, capital expenditures, acquisitions and dividend payments over the past three years were financed primarily by a combination of funds generated from operations, net borrowings and divestments of assets. In the current environment, TotalEnergies expects its external debt to be principally financed from the international debt capital markets. TotalEnergies continually monitors the balance between cash flow from operating activities and net expenditures. In TotalEnergies SE's opinion, its working capital is sufficient for its present requirements.

### 5.4.1 Cash flow

Cash flow from operating activities in 2023 was $40,679 million compared to $47,367 million in 2022 and $30,410 million in 2021, a decrease of $6,688 million from 2022 to 2023.

Cash flow used in investing activities in 2023 was $16,454 million compared to $15,116 million in 2022 and $13,656 million in 2021. The increase of $1,338 million from 2022 to 2023 was mainly due to higher expenditures in the Integrated LNG and in the Integrated Power segments. The increase of $1,460 million from 2021 to 2022 was mainly due to higher expenditures in the Exploration & Production segment. TotalEnergies expenditures in 2023 were $24,860 million compared to $19,802 million in 2022 and $16,589 million in 2021. During 2023, 50% of the expenditures were made by the Exploration & Production segment (as compared to 54% in 2022 and 44% in 2021), 14% by the Integrated LNG segment (as compared to 6% in 2022 and 14% in 2021), 22% by the Integrated Power segment (as compared to 26% in 2022 and 24% in 2021), 9% by the Refining & Chemicals segment (compared to 7% in 2022 and 10% in 2021) and 5% by the Marketing & Services segment (compared to 6% in 2022 and 7% in 2021). The main source of funding for the expenditures was cash from operating activities in 2023, cash from operating activities and issuances of non-current debt in 2022 and cash from operating activities and net repayment in 2021.

For additional information on expenditures, please refer to the discussions in "Item 5.- 5.1 Overview", "Item 5.- 5.2 TotalEnergies results 2021-2023" and "Item 5.- 5.2.2 Business segment reporting" above, and point 1.6 of chapter 1 of the Universal Registration Document 2023 (starting on page 34), incorporated herein by reference and Note 15.1.D to the Consolidated Financial Statements on page F-73.

Divestments, based on selling price and net of cash sold, in 2023 were $8,406 million compared to $4,686 million in 2022 and $2,933 million in 2021. In 2023, TotalEnergies' principal divestments were assets sales of $7,717 million compared to $1,421 million in 2022 and $2,652 million in 2021, consisting mainly of the sales described in "Item 5.- 5.2.1 TotalEnergies results 2021-2023" above.

Cash flow from/(used in) financing activities in 2023 was $(29,730) million compared to $(19,272) million in 2022 and $(25,497) million in 2021. The increase of $(10,458) million in cash flow used in financing activities in 2023 compared to 2022 was mainly due to a decrease in current borrowings of $(14,289) million in 2023 compared to $(6,073) million in 2022. The decrease in cash flow used in financing activities in 2022 compared to 2021 was mainly due to the decrease in the net issuance of non-current debt of $1,108 million in 2022 compared to a net repayment of (359) million in 2021, to a significant decrease in current financial assets and liabilities ($3,944 million in 2022 compared to $(8,075) million in 2021) due to a decrease in initial margins held as part of TotalEnergies' activities on organized markets partially compensated by an increase in buyback of shares ($7,711 million in 2022 compared to $1,823 million in 2021).

### 5.4.2 Indebtedness

TotalEnergies' non-current financial debt at year-end 2023 was $40,478 million, compared to $45,264 million at year-end 2022 and $49,512 million at year-end 2021. For further information on the level of borrowing and the type of financial instruments, including maturity profile of debt and currency and interest rate structure, see point 1.9.2 of chapter 1 in the Universal Registration Document 2023 (starting on page 63), incorporated herein by reference and Note 15 ("Financial structure and financial costs") to the Consolidated Financial Statements starting on page F-69. For further information on the treasury policies, including the use of instruments for hedging purposes and the currencies in which cash and cash equivalents are held, see "Item 11. Quantitative and Qualitative Disclosures About Market Risk".

Cash and cash equivalents at year-end 2023 were $27,263 million compared to $33,026 million at year-end 2022 and $21,342 million at year-end 2021.

### 5.4.3 Shareholders' equity

Shareholders' equity at year-end 2023 was $119,453 million, compared to $114,570 million million at year-ended 2022 and $114,999 million at year-end 2021.

- − Changes in shareholders' equity in 2023 were primarily due to the impacts of comprehensive income, dividend payments, the buy-back of TotalEnergies SE shares, and the repurchase of €1 billion notional amount of perpetual subordinated notes issued in 2016.

- − Changes in shareholders' equity in 2022 were primarily due to the impacts of comprehensive income, dividend payments, and the buy-back of TotalEnergies SE shares.

- − Changes in shareholders' equity in 2021 were primarily due to the impacts of comprehensive income, dividend payments, the buy-back of TotalEnergies SE shares and the issuance of perpetual subordinated notes issued by TotalEnergies SE in January 2021, in two tranches of €1.5 billion (callable in 2027 and 2032), recorded as equity for approximately €3.3 billion (or approximately $3.6 billion using the €/$ exchange rate on January 29, 2021 of €1=$1.2135 as released by the Board of Governors of the Federal Reserve System February 1, 2021).

**Variation of the number of shares composing the share capital**

| | | |
|---|---|---:|
| **As of December 31, 2021**[a] | | **2,640,429,329** |
| | *Capital reduction by cancellation of treasury shares*[b] | *(30,665,526)* |
| | *Deferred contribution pursuant to the 2017 capital increase reserved for employees* | *9,471* |
| | *2022 Capital increase reserved for employees* | *9,358,011* |
| **As of December 31, 2022**[c] | | **2,619,131,285** |
| | *Capital reduction by cancellation of treasury shares*[b] | *(214,881,605)* |
| | *2023 Capital increase reserved for employees* | *8,002,155* |
| **As of December 31, 2023**[d] | | **2,412,251,835** |

[a] Including 33,841,104 treasury shares deducted from consolidated shareholders' equity.

[b] These transactions had no impact on the consolidated financial statements of TotalEnergies SE, the number of fully-diluted weighted-average shares or on the earnings per share

[c] Including 137,187,667 treasury shares deducted from consolidated shareholders' equity.

[d] Including 60,543,213 treasury shares deducted from consolidated shareholders' equity.

**TotalEnergies share buyback**

| Fiscal year | Total number of shares purchased | Shares repurchased for cancellation (Units/$) | Shares allocated to performance share plans |
|---|---|---|---|
| 2023 | 144,700,577 | 142,569,920 / 9.00 billion | 2,130,657 |
| 2022 | 140,207,743 | 128,869,261 / 7.02 billion | 11,338,482 |
| 2021 | 37,306,005 | 30,665,526 / 1.5 billion | 6,640,479 |

## 5.4.4  Net-debt-to-capital ratio

As of December 31, 2023, TotalEnergies' net-debt-to-capital ratio excluding leases[1] and including initial margins held as part of its activities on organized markets was 5.0% compared to 7.0% and 15.3% at year-ends 2022 and 2021, respectively. The decreases from 2022 to 2023 and from 2021 to 2022 were mostly due to the change in net debt. For additional information, please refer to the Notes to the Consolidated Financial Statements (starting on page F-14).

For information on committed credit facilities and liquidity risk, please refer to Note 15.3 to the Consolidated Financial Statements (starting on page F-79).

## 5.4.5  Material cash requirements

In 2023, the largest part of TotalEnergies' capital expenditures of $24,860 million was made up of additions to intangible assets and property, plant and equipment (approximately 70%), with the remainder attributable to equity-method affiliates and to acquisitions of subsidiaries.

- In the Exploration & Production segment, as described in more detail under point 9.1.6 and 9.1.7 of chapter 9 of the Universal Registration Document 2023 (beginning on page 549), incorporated herein by reference, capital expenditures in 2023 were principally development costs (approximately 77%), exploration expenditures (successful and unsuccessful, approximately 4%) and acquisitions (approximately 19%).

- In the Integrated LNG segment, approximately 71% of capital expenditures were related mainly to facilities investments with the balance being related mainly to acquisitions.

- In the Integrated Power segment, approximately 50% of capital expenditures were related to acquisitions in renewables with the balance being related mainly to investments.

- In the Refining & Chemicals segment, approximately 79% of capital expenditures in 2023 were related to refining and petrochemical activities (essentially 62% for existing units including maintenance and major turnarounds and 38% for business development), the balance being related to Hutchinson and investments in low carbon activities.

- In the Marketing & Services segment, approximately 99% of capital expenditures in 2023 were focused on development expenditures, mainly in Europe and Africa.

For additional information on capital expenditures, refer to the discussion above in "Item 5.- 5.1 Overview", "Item 5.- 5.2 TotalEnergies results 2021-2023" and "Item 5.- 5.3 Business segment reporting", above, as well as point 1.5 of chapter 1 (on page 31) of the Universal Registration Document 2023, incorporated herein by reference.

As of December 31, 2023, TotalEnergies' material contractual obligations include debt obligations net of hedging instruments, purchases obligations, asset retirement obligations and lease obligations. For additional information on TotalEnergies' contractual obligations, refer to Note 13 to the Consolidated Financial Statements (starting on page F-63). TotalEnergies has other obligations in connection with pension plans that are described in Note 10 ("Payroll, staff and employee benefits obligations") to the Consolidated Financial Statements (starting on page F-55). These obligations are not contractually fixed as to timing and amount. Other non-current liabilities, detailed in Note 12 ("Provisions and other non-current liabilities") to the Consolidated Financial Statements (starting on page F-60), are liabilities related to risks that are probable and amounts that can be reasonably estimated. However, no contractual agreements exist related to the settlement of such liabilities, and the timing of the settlement is not known.

[1] For additional information, refer to Note 15.1(E) to the Consolidated Financial Statements (starting on page F-76).

TotalEnergies estimates the combination of its sources of capital will continue to be adequate to fund its short- and long- term contractual obligations.

Information on TotalEnergies' guarantees and other commitments and contingencies are presented in Note 13 ("Off balance sheet commitments and contractual obligations") to the Consolidated Financial Statements (starting on page F-63). TotalEnergies does not currently consider that these guarantees, or any other off-balance sheet arrangements of TotalEnergies or any other members of TotalEnergies, have or are reasonably likely to have, currently or in the future, a material effect on the TotalEnergies' financial condition, changes in financial condition, revenues or expenses, results of operation, liquidity, capital expenditures or capital resources.

## 5.5 Research and development

For a discussion of TotalEnergies' R&D policies and activities, refer to points 1.5.2 and 1.6 of chapter 1 (starting on pages 33 and 34, respectively) of the Universal Registration Document 2023, incorporated herein by reference.

## 5.6 Situation of the Company in Russia at March 24, 2024

The Company presents in the section below an update on the situation since the invasion of Ukraine by Russia on February 24, 2022 and its impact on its activities carried out by TotalEnergies in connection with Russia.

**Principal activities of TotalEnergies in connection with Russia and principles of conduct**

On **March 1, 2022**, TotalEnergies announced that it condemns Russia's military aggression against Ukraine, supports the scope and strength of the sanctions put in place by Europe that will be implemented by the Company regardless of the consequences on its asset management, and that it will no longer provide capital for new projects in Russia.

On **March 22, 2022**, considering the worsening conflict, TotalEnergies reaffirmed its firmest condemnation of Russia's military aggression against Ukraine, which has tragic consequences for the Ukrainian population and threatens peace in Europe. To act responsibly, as a European company and in accordance with its values, **the Company defined clear principles of conduct for managing its Russian related business:**

- Ensure strict compliance with current and future European sanctions, no matter what the consequences on the management of its assets in Russia, and gradually suspend its activities in Russia, while assuring its workforce's safety;

- Provide no further capital of TotalEnergies SE for the development of projects in Russia;

- Do not reverse the purpose of sanctions against Russia: do not unwarrantedly transfer value to Russian interests by withdrawing from assets;

- Help ensure the security of the European continent's energy supply within the framework defined by European authorities; and

- No longer enter into or renew contracts to purchase Russian oil and petroleum products, in order to halt all its purchases of Russian oil and petroleum products as soon as possible and by the end of 2022 at the latest. TotalEnergies announced that since February 25, 2022, it would not trade Russian oil or oil products on the spot markets, including spot trading of Russian natural gas or LNG.

TotalEnergies restated that it did not operate any oil or gas field, or Liquefied Natural Gas (LNG) plant, in Russia and that was a minority shareholder, at that time, in a number of non-state-owned Russian companies: Novatek (19.4%)[2], Yamal LNG (20%)[3], Arctic LNG 2 (10%)[4], TernefteGaz (49%)[5] and partner with 20% in the Kharyaga joint venture operated by Zarubezhneft[6], without any activity or operational responsibility on those sites.

On the same day, concerning the Arctic LNG 2 project in particular, given the uncertainty created by technological and financial sanctions on the ability to carry out the Arctic LNG 2 project currently under construction and their probable tightening with the worsening conflict, TotalEnergies SE decided no longer to record proven reserves for Arctic LNG 2 in its accounts.

On **April 27, 2022**, considering the new sanctions adopted by the European authorities on April 8, 2022, notably prohibiting export from European Union countries of goods and technology for use in the liquefaction of natural gas benefitting a Russian company, it appeared that these new prohibitions constituted additional risks on the execution of the Arctic LNG 2 project. As a result, TotalEnergies decided to record in its accounts, as of March 31, 2022, an impairment of $4.1 billion, concerning notably Arctic LNG 2.

On **July 28, 2022**, in the context of its second quarter and first half 2022 results, TotalEnergies announced that had recorded in its accounts a new $3.5 billion impairment charge related mainly to the potential impact of international sanctions on the value of its Novatek stake.

On **August 26, 2022**, TotalEnergies restated that in the context of the implementation of its principles of conduct, it would continue its duty to contribute toward securing Europe's gas supply from the Yamal LNG plant within the framework of long-term contracts that it must honor as long as Europe's governments do not impose sanctions on Russian gas.

TotalEnergies had also announced the gradual suspension of its activities in Russia that do not contribute to the security of energy supply of Europe. This included assets producing oil (Kharyaga field) and gas for the local Russian market (Termokarstovoye field) as well as other local businesses (lubricants, batteries) which were mothballed in the first half of 2022.

In accordance with these principles, TotalEnergies had announced on July 6, 2022 the sale of its remaining 20% interest in the Kharyaga oil project to Zarubezhneft. This sale was finalized on August 3, 2022. The Company also announced that it had agreed on July 18, 2022, to sell to Novatek TotalEnergies' 49% interest in Terneftegaz, which operates the Termokarstovoye gas and condensates field in Russia, on economic terms enabling TotalEnergies to recover the outstanding amounts invested in the field. This sale was finalized on September 15, 2022.

On **October 27, 2022**, in the context of its third quarter 2022 results, TotalEnergies announced that had recorded in its accounts a new $3.1 billion impairment charge related mainly to the potential impact of international sanctions on the value of its Novatek stake.

On **December 9, 2022**, TotalEnergies reiterated that it holds a 19.4% stake in Novatek, that it cannot sell given the shareholders' agreements in effect, as it is forbidden for TotalEnergies to sell any asset to one of Novatek's main shareholders who is under sanctions.

The Company highlighted that in view of the European sanctions in force since the beginning of the war, the two directors representing TotalEnergies on the board of directors of Novatek have to abstain from voting in meetings of the board of directors of this company, in particular on financial matters and that they are therefore no longer in a position to fully carry out their duties on the board, which might become an issue for the governance of this company.

---

[2] Novatek is a Russian company listed on the Moscow stock exchange, and in which TotalEnergies held an interest of 19.4% as of December 31, 2023.
[3] Yamal LNG is a Russian company jointly owned by Novatek, TotalEnergies EP Yamal (20.02%), YAYM Limited, and China National Oil and Gas Exploration Development Company (CNODC), a subsidiary of CNPC, as of December 31, 2023.
[4] Arctic LNG 2 is a Russian company jointly owned by Novatek, TotalEnergies EP Salmanov (10%), CNODC Dawn Light Limited, CEPR Limited and Japan Arctic LNG, as of December 31, 2023.
[5] Terneftegas is a company jointly owned by Novatek, and TotalEnergies EP Termokarstovoye SAS (49%) before the sale of its interest finalized on September 15, 2022.
[6] Kharyaga is a non-incorporated joint venture with Zarubezhneft (operator, 40%), Equinor (30%) and Nenets Oil Company (10%). TotalEnergies finalized on August 3, 2022 the sale of its 20% interest in Kharyaga à Zarubezhneft.

Under these circumstances, the Board of Directors of TotalEnergies decided to withdraw the representatives of the Company from the board of Novatek with immediate effect. As a result, as the criteria for significant influence within the meaning of the accounting regulations that apply to the Company are not met, TotalEnergies will no longer equity account for its 19.4% stake in Novatek in the Company's accounts. In addition, TotalEnergies will no longer book reserves for its interest in Novatek.

On **February 8, 2023**, TotalEnergies announced that it had recorded in its accounts for the fourth quarter results a new $4.1 billion impairment charge related to the deconsolidation of Novatek.

Russian assets were fully impaired in 2022, with the exception of the shares held in the Yamal LNG company. In total, the impact of impairments and provisions recorded in 2022 due to the Russian-Ukrainian conflict amounted to $(14,756) million in TotalEnergies' net result.

On **November 2, 2023**, the Arctic LNG 2 company was placed under sanctions by the US authorities. TotalEnergies initiated the contractual suspension procedure provided for in the Arctic LNG 2 shareholders' agreement and that of force majeure for the LNG purchase contract from Arctic LNG 2. These procedures, upon their notification, resulted in the suspension of TotalEnergies' rights and obligations under these agreements, thus implying in particular the suspension of the participation of TotalEnergies' representatives in the governance bodies of Arctic LNG 2. As a result, the 10% interest held by TotalEnergies in Arctic LNG 2 is no longer accounted for using the equity method in the Company's accounts as of December 31, 2023 but is recorded under "other investments". As mentioned above, as the shares in Arctic LNG 2 were fully impaired in 2022, this deconsolidation had no impact on the 2023 financial statements.

The Company has also ensured the absence of depreciation to be accounted for on Yamal LNG, by testing the value of its equity accounted investment which amounts to $4,560 million as of December 31, 2023.

With regard to the participation in Novatek, in the absence of any new event, the assessments and judgments taken into account on December 31, 2022 in the accounting and valuation method remain unchanged at December 31, 2023. As the criteria for significant influence are no longer met within the meaning of IAS 28 "Investments in associates and joint ventures", TotalEnergies' 19.4% interest in Novatek has no longer been accounted for using the equity method in the Company's financial statements since the end of the fourth quarter of 2022.

Depending on the developments of the Russian-Ukrainian conflict and the measures that the European and American authorities may take, the activities of TotalEnergies in Russia, in particular those relating to the Yamal LNG asset, could be affected in the future.

The table below presents TotalEnergies' producing assets and entities in Russia as of December 31, 2023, the interest held in the asset or entities (TotalEnergies share in %).

**Producing assets as of December 31, 2023 in Russia**

| Exploration & Production segment | Integrated LNG segment |
|---|---|
| **Non operated**: None. | **Non operated**: Yamal LNG (20.02%) |
| TotalEnergies no longer equity account for its 19.4% stake in Novatek as of December 31, 2022. | |

The tables below present the average daily production of liquids and natural gas of TotalEnergies in Russia, as well as the Upstream Capital Employed per project in Russia as of December 31, 2023.

**TotalEnergies' average daily liquids and natural gas production in Russia in 2023**

| | Liquids kb/d(a) | Natural gas Mcf/d(b) | Total kboe/d |
|---|---|---|---|
| **Russia** | 5 | 577 | 111 |
| including production share of equity affiliates | 5 | 577 | 111 |
| Yamal LNG | 5 | 575 | 110.5 |

(a) Liquids include crude oil, bitumen, condensates, and natural gas liquids (NGL).
(b) Including fuel gas.

**Upstream Capital Employed in Russia as of and for the year ended December 31 (M$)**

| | 2023 | 2022 | 2021 |
|---|---|---|---|
| Novatek | 0 | 0 | 6,243 |
| Yamal LNG | 4,560 | 4,626 | 4,333 |
| Arctic LNG 2 | 0 | 0 | 2,450 |
| Provisions | (1,822) | (1,752) | — |
| **Total Upstream Capital Employed** | **2,738** | **2,874** | **13,026** |

**Activities in Russia in 2023**

In the Integrated LNG segment, LNG production in Russia was from the Yamal LNG project. This development project of the onshore South Tambey field (gas and condensates) located on the Yamal peninsula was launched in 2013 by the company Yamal LNG. TotalEnergies holds a direct 20.02% interest in the project through its subsidiary TotalEnergies EP Yamal. The project includes a four-train gas liquefaction plant with a nominal capacity of 17.4 Mt/y of LNG.

In addition, TotalEnergies holds a 10% direct interest in the Arctic LNG 2 project (19.8 Mt/y, under construction) since 2019 through its subsidiary TotalEnergies EP Salmanov.

Since July 2021, TotalEnergies has also held a direct interest of 10% via TotalEnergies EP Transshipment in Arctic Transshipment[7], which was established to serve Arctic LNG 2 in order to enable the transfer of LNG cargoes from Arctic LNG carriers (icebreakers) to conventional LNG carriers at transshipment terminals in Murmansk and Kamchatka.

Given the uncertainties that technological and financial sanctions pose on the ability to complete the Arctic LNG 2 project, TotalEnergies has ceased to recognize as proved reserves the resources associated with the Arctic LNG 2 project since December 31. 2021, and has provisioned in its accounts the value of its investments as of March 31, 2022. TotalEnergies no longer recorded reserves from its interest in Novatek.

---

[7] Arctic Transshipment is a Russian company jointly owned by Novatek (90%) and TotalEnergies EP Transshipment (10%) at December 31, 2023.

The American Office of Foreign Assets Control (OFAC) designated, on September 14, 2023 and November 2, 2023, respectively, Arctic Transshipment and Arctic LNG 2 as Specially Designated Nationals with immediate effect subject to temporary exceptions under licenses issued by the OFAC. As a consequence of these designations, US persons are prohibited to deal with these two entities. All non-US persons are exposed to the risk of US secondary sanctions if they provide material support to these entities. Since April 18, 2023, TotalEnergies EP Transshipment has not participated in any governance body and has not paid any cash calls to Arctic Transshipment. The Company is party to an LNG purchase contract with Arctic LNG 2, for which the Company had indicated that it could not terminate it early without exposing itself financially to significant consequences in the absence of economic sanctions, and that it would exercise the force majeure clauses provided for in the contract to interrupt it if sanctions were imposed. On November 2, 2023, Arctic LNG 2 was placed under sanctions by the US authorities. As a result, in accordance with what it announced, on November 7, 2023, TotalEnergies initiated the contractual suspension procedure provided for in the Arctic LNG 2 shareholders' agreement and the force majeure procedure for the LNG purchase contract with Arctic LNG 2. Upon notification of these procedures, TotalEnergies' rights and obligations under these contracts were suspended (refer to point 3.2. of Chapter 3 of the Universal Registration Document 2023).

In the Marketing & Services segment, TotalEnergies stopped producing lubricants in Russia at the end of May 2022, in accordance with its principles of conduct published on March 22, 2022, and announced the sale of these activities in March 2023 to a company created by the Russian management team of the subsidiary TotalEnergies Marketing Russia.

For more detailed information on economic sanctions against Russia, see Section 3.2 of Chapter 3 of the Universal Registration Document 2023 (starting on page 140), incorporated herein by reference.

# ITEM 6. DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES

The following information concerning directors and senior management from the Universal Registration Document 2023 is incorporated herein by reference:

- composition of the Board of Directors (introduction and point 4.1.1 of chapter 4, starting on page 190); and
- information concerning the General Management (point 4.1.5 of chapter 4, starting on page 230).

The following information concerning compensation from the Universal Registration Document 2023 is incorporated herein by reference:

- responsible compensation policy (point 5.6.1.2 of chapter 5, starting on page 336); and
- compensation for the administration and management bodies (point 4.3 of chapter 4, starting on page 238).

The following information concerning Board practices and corporate governance from the Universal Registration Document 2023 is incorporated herein by reference:

- functioning of the Board of Directors (point 4.1.2 of chapter 4, starting on page 215);
- report of the Lead Independent Director on her mandate (point 4.1.3 of chapter 4, starting on page 227);
- assessment of the Board of Directors practices (point 4.1.4 of chapter 4, on page 229); and
- statement regarding corporate governance (point 4.2 of chapter 4, on page 238).

The following information concerning employees and share ownership from the Universal Registration Document 2023 is incorporated herein by reference:

- responsible management of the company's workforce (point 5.6.1.1 of chapter 5, starting on page 334);
- shares held by the administration and management bodies (point 4.1.6 of chapter 4, starting on page 236); and
- employee shareholding (point 6.4.2 of chapter 6, on page 402).

TotalEnergies believes that the relationship between its management and labor unions is, in general, satisfactory.

# ITEM 6F. DISCLOSURE OF A REGISTRANT'S ACTION TO RECOVER ERRONEOUSLY AWARDED COMPENSATION

Not applicable.

# ITEM 7. MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS

The following information concerning shareholders from the Universal Registration Document 2023 is incorporated herein by reference:

- major shareholders (point 6.4.1 of chapter 6, starting on page 401); and
- shareholding structure (point 6.4.3 of chapter 6, on page 403).

TotalEnergies' main transactions with related parties (principally all the investments carried under the equity method) and the balances receivable from and payable to them are shown in point 8.3 of Note 8 ("Equity affiliates, other investments and related parties") to the Consolidated Financial Statements (on page F-48). In the ordinary course of its business, TotalEnergies enters into transactions with various organizations with which certain of its directors or executive officers may be associated, but no such transactions of a material or unusual nature have been entered into during the period commencing on January 1, 2021 and ending on the date of this document. For further information on regulated agreement and undertakings and related-party transactions, refer to point 4.4.1 of chapter 4 of the Universal Registration Document 2023 (on page 267), incorporated herein by reference.

# ITEM 8. FINANCIAL INFORMATION

The following information from the Universal Registration Document 2023 is incorporated herein by reference:

- legal and arbitration proceedings (point 3.5 of chapter 3, on page 152);
- dividend policy and other related information (point 6.2 of chapter 6, starting on page 395);
- supplemental oil and gas information (points 9.1 and 9.2 of chapter 9, starting on page 536);
- report on payments made to governments (point 9.3 of chapter 9, starting on page 553); and
- reporting of payments to governments for purchases of oil, gas and minerals (EITI reporting) (point 9.4 of chapter 9, starting on page 584).

The Consolidated Financial Statements and Notes thereto are included in pages F-9 et seq. attached hereto.

Except for certain events mentioned in "Item 5. Operating and financial review and prospects " and point 3.5 of chapter 3 (on page 152) of the Universal Registration Document 2023, incorporated herein by reference and Note 17 to the Consolidated Financial Statements (on page F-87), no significant changes to TotalEnergies' financial or commercial situation have occurred since the date of the Consolidated Financial Statements.

Refer to "Item 18. Financial statements" for the reports of the statutory auditors.

# ITEM 9. THE OFFER AND LISTING

## 9.1 Markets

The main trading markets for the TotalEnergies shares are the following: Euronext Paris (France) and the New York Stock Exchange ("NYSE", United States). The shares are also listed on Euronext Brussels (Belgium) and the London Stock Exchange (United Kingdom).

## 9.2 Offer and listing details

Provided below is certain information on trading on Euronext Paris and the NYSE. For additional information on listing details and share performance, refer to point 6.1 in chapter 6 of the Universal Registration Document 2023 (starting on page 392), incorporated herein by reference.

### 9.2.1 Trading on Euronext Paris

Official trading of listed securities on Euronext Paris, including the TotalEnergies shares, is transacted through EU investment service providers that are members of Euronext Paris and takes place continuously on each business day in Paris from 9:00 a.m. to 5:30 p.m. (Paris time), with a fixing of the closing price at 5:35 p.m. (Paris time). Euronext Paris may suspend or resume trading in a security listed on Euronext Paris if the quoted price of the security exceeds certain price limits defined by the regulations of Euronext Paris. The Euronext Paris ticker symbol for TotalEnergies SE is TTE.

The markets of Euronext Paris settle and transfer ownership two trading days after a transaction (T+2). Highly liquid shares, including those of TotalEnergies SE, are eligible for deferred settlement (Service de Règlement Différé - SRD). Payment and delivery for shares under the SRD occurs on the last trading day of each month. Use of the SRD service requires payment of a commission.

In France, the TotalEnergies shares are included in the principal index published by Euronext Paris (the "CAC 40 Index"). The CAC 40 Index is derived daily by comparing the total market capitalization of forty stocks traded on Euronext Paris to the total market capitalization of the stocks that made up the CAC 40 Index on December 31, 1987. Adjustments are made to allow for expansion of the sample due to new issues. The CAC 40 Index indicates trends in the French stock market as a whole and is one of the most widely followed stock price indices in France. In the UK, the shares are included in both FTSE Eurotop 100 and FTSEurofirst 100 indices. As a result of the creation of Euronext, the TotalEnergies shares are included in Euronext 100, the index representing Euronext's blue chip companies based on market capitalization. The TotalEnergies shares are also included in the Stoxx Europe 50 and Euro Stoxx 50, blue chip indices comprised of the fifty most highly capitalized and most actively traded equities throughout Europe and within the European Monetary Union, respectively.

### 9.2.2 Trading on the New York Stock Exchange

American Depositary Shares ("ADSs") evidenced by American Depositary Receipts ("ADRs") have been listed on the NYSE since October 25, 1991. JPMORGAN CHASE BANK, N.A. serves as depositary with respect to the ADSs evidenced by ADRs traded on the NYSE. One ADS corresponds to one TotalEnergies share.

The NYSE ticker symbol for TotalEnergies SE is TTE.

# ITEM 10. ADDITIONAL INFORMATION

## 10.1 Share capital

The following information from the Universal Registration Document 2023 is incorporated herein by reference:

- – information concerning the share capital (point 7.1 of chapter 7, starting on page 408);
- – the use of delegations of authority and power granted to the Board of Directors with respect to share capital increases and authorization for share cancellation (point 4.4.2 of chapter 4, starting on page 268);
- – information on share buybacks (point 6.3 of chapter 6, starting on page 398); and
- – factors likely to have an impact in the event of a public takeover or exchange offer (point 4.4.4 of chapter 4, starting on page 270).

## 10.2 Memorandum and articles of association

The following information from the Universal Registration Document 2023 is incorporated herein by reference:

- – information concerning the articles of incorporation and bylaws, and other information (point 7.2 of chapter 7, starting on page 409); and
- – participation of shareholders at shareholders' meetings (point 4.4.3 of chapter 4, on page 269).

## 10.3 Material contracts

There have been no material contracts (not entered into in the ordinary course of business) entered into by members of TotalEnergies since March 29, 2022.

## 10.4 Exchange controls

Under current French exchange control regulations, no limits exist on the amount of payments that TotalEnergies may remit to residents of the United States. Laws and regulations concerning foreign exchange controls do require, however, that an accredited intermediary must handle all payments or transfer of funds made by a French resident to a non-resident.

## 10.5    Taxation

### 10.5.1    General

This section generally summarizes the material U.S. federal income tax and French tax consequences of owning and disposing of shares or ADSs of TotalEnergies SE to U.S. Holders that hold their shares or ADSs as capital assets for tax purposes. A U.S. Holder is a beneficial owner of shares or ADSs that is (i) a citizen or resident of the United States for U.S. federal income tax purposes, (ii) a domestic corporation or other domestic entity treated as a corporation for U.S. federal income tax purposes, (iii) an estate whose income is subject to U.S. federal income tax regardless of its source, or (iv) a trust if (1) a U.S. court can exercise primary supervision over the trust's administration and one or more U.S. persons are authorized to control all substantial decisions of the trust or (2) it has a valid election in effect under applicable U.S. Treasury regulations to be treated as a United States person.

This section does not address the Medicare tax on net investment income, the application of special accounting rules under Section 451(b) of the Internal Revenue Code of 1986, as amended ("IRC"), U.S. federal estate or gift taxes or any taxes from jurisdictions other than the United States and France. This section does not apply to members of special classes of holders subject to special rules, including without limitation:

- broker-dealers;
- traders in securities that elect to use a mark-to-market method of accounting for their securities holdings;
- tax-exempt organizations;
- certain financial institutions;
- insurance companies;
- U.S. pension funds;
- U.S. Regulated Investment Companies (RICs), Real Estate Investment Trusts (REITs), and Real Estate Mortgage Investment Conduits (REMICs);
- persons who are liable for the alternative minimum tax;
- persons that actually or constructively own 10% or more of the shares of TotalEnergies SE (by vote or value);
- persons who acquired the shares or ADSs pursuant to the exercise of any employee share option or otherwise as consideration;
- persons that purchase or sell shares or ADSs as part of a wash sale for U.S. federal income tax purposes;
- persons holding offsetting positions in respect of the shares or ADSs (including as part of a straddle, hedging, conversion or integrated transaction);
- U.S. expatriates; and
- persons whose functional currency is not the U.S. dollar.

If a partnership or other entity or arrangement treated as a partnership for U.S. federal income tax purposes holds shares or ADSs, the tax treatment of a partner will generally depend upon the status of the partner and upon the activities of the partnership. Partners of a partnership holding these shares or ADSs should consult their tax advisors as to the tax consequences of owning or disposing of shares or ADSs, as applicable.

Under French law, specific rules apply to trusts, in particular specific tax and filing requirements; additionally, specific rules apply to wealth, estate and gift taxes as they apply to trusts. Given the complex nature of these rules and the fact that their application varies depending on the status of the trust, the grantor, the beneficiary and the assets held in the trust, the following summary does not address the tax treatment of shares or ADSs held in a trust. If shares or ADSs are held in trust, the grantor, trustee and beneficiary are urged to consult their own tax advisor regarding the specific tax consequences of acquiring, owning and disposing of shares or ADSs.

In addition, the discussion below is limited to U.S. Holders that (i) are residents of the United States for purposes of the Treaty (as defined below), (ii) do not maintain a permanent establishment or fixed base in France to which the shares or ADSs are attributable and through which the respective U.S. Holders carry on, or have carried on, a business (or, if the holder is an individual, performs or has performed independent personal services), and (iii) are otherwise eligible for the benefits of the Treaty in respect of income and gain from the shares or ADSs (in particular, under the "Limitation on Benefits" provision of the Treaty). In addition, this section is based in part upon the representations of the Depositary and the assumption that each obligation in the Deposit Agreement and any related agreement will be performed in accordance with its terms.

The discussions below of the material U.S. federal income tax consequences to U.S. Holders of owning and disposing of shares or ADSs of TotalEnergies SE are based on the IRC, Treasury regulations promulgated thereunder and judicial and administrative interpretations thereof, as well as on the Convention Between the Government of the United States of America and the Government of the French Republic for the Avoidance of Double Taxation and the Prevention of Fiscal Evasion with respect to Taxes on Income and Capital dated August 31, 1994, as amended (the "Treaty"), all as in effect on the date hereof and all of which are subject to change, which change could apply retroactively and could affect the tax consequences described below. The description of the material French tax consequences is based on the laws of the Republic of France and French tax regulations, all as currently in effect, as well as the Treaty, as currently in effect. These laws, regulations and the Treaty are subject to change, possibly on a retroactive basis.

In general, and taking into account the earlier assumptions, for U.S. federal income tax purposes, a U.S. Holder of ADRs evidencing ADSs will be treated as the owner of the shares represented by those ADRs. Exchanges of shares for ADRs, and ADRs for shares, generally will not be subject to U.S. federal income tax. The U.S. Treasury has expressed concerns that intermediaries in the chain of ownership between the holder of an ADS and the issuer of the security underlying the ADS may be taking actions that are inconsistent with the beneficial ownership of the underlying security. Accordingly, the creditability of any French taxes and the availability of the reduced tax rate for any dividends received by certain non-corporate U.S. Holders (as discussed below), could be affected by actions taken by intermediaries in the chain of ownership between the holders of the ADSs and TotalEnergies if as a result of such actions the U.S. Holders of the ADSs are not properly treated as beneficial owners of underlying shares.

This discussion is intended only as a descriptive summary and does not purport to be a complete analysis or listing of all potential tax effects of the ownership or disposition of the shares and ADSs and is not intended to substitute competent professional advice. Individual situations of holders of shares and ADSs may vary from the description made below. The following summary does not address the French tax treatment applicable to dividends paid in certain so-called "Non Cooperative Countries and Territories" ("NCCT") within the meaning of Article 238-0 A of the French Code général des impôts ("French Tax Code") (i.e., States other than the ones mentioned in Article 238-0 A 2 bis 2° of the same code) as such provision or list may be amended from time to time or replaced by any other provision or list having a similar purpose. It does not apply to dividends paid to persons established or domiciled in such a NCCT, or paid to a bank account opened in a financial institution located in such a NCCT, nor does it apply to capital gains realized by persons established or domiciled in such a NCCT. Furthermore, the following summary does not address the tax treatment applicable to temporary transfers and other similar transactions which could, under certain conditions, fall within the scope of the anti-abuse measure set forth in Article 119 bis A of the French Tax Code.

Holders are urged to consult their own tax advisors regarding the U.S. federal, state and local, and the French and other tax consequences of owning and disposing shares or ADSs of TotalEnergies in their respective circumstances. In particular, a holder is encouraged to confirm with its advisor whether the holder is a U.S. Holder eligible for the benefits of the Treaty.

### 10.5.2   Taxation of dividends

## French taxation

The term "dividends" used in the following discussion means dividends within the meaning of the Treaty.

Dividends paid to non-residents of France who are U.S. Holders are in principle subject to a French withholding tax regardless of whether they are paid in cash, in shares or a mix of both. The French withholding tax is levied (i) at a rate of 12.8% for dividends paid to U.S. Holders who are individuals and (ii) at a rate of 25% for dividends paid to U.S. Holders that are legal entities (the "Legal Entities U.S. Holders") subject to more favorable provisions of the Treaty as described below and certain more favorable French domestic law provisions.

The withholding tax is in principle levied on the gross amount of dividends. However, Article 235 quinquies of the French tax code allows, under certain conditions, for non-residents legal entities to compute the withholding tax on a net basis and to recover the excess of the tax initially withheld on a gross amount.

Under the Treaty, a U.S. Holder is generally entitled to a reduced rate of French withholding tax of 15% with respect to dividends, provided that certain requirements are satisfied. This reduced rate is, in practice, only of interest to Legal Entities U.S. Holders subject to the withholding tax at a rate of 25%.

Administrative guidelines (Bulletin Officiel des Finances Publiques, BOI-INT-DG-20-20-20-20-12/09/2012) (the "Administrative Guidelines") set forth the conditions under which the reduced French withholding tax at the rate of 15% may be available. The immediate application of the reduced 15% rate is available to those U.S. Holders that may benefit from the so-called "simplified procedure" (within the meaning of the Administrative Guidelines).

Under the "simplified procedure", U.S. Holders may claim the immediate application of withholding tax at the rate of 15% on the dividends to be received by them, provided that:

(i)   they furnish to the U.S. financial institution managing their securities account a certificate of residence conforming with form No. 5000 FR. The immediate application of the 15% withholding tax will be available only if the certificate of residence is sent to the U.S. financial institution managing their securities account no later than the dividend payment date. Furthermore, each financial institution managing the U.S. Holders' securities account must also send to the French paying agent the figure of the total amount of dividends to be received which are eligible to the reduced withholding tax rate before the dividend payment date; and

(ii)   the U.S. financial institution managing the U.S. Holders' securities account provides the French paying agent with a list of the eligible U.S. Holders and other pieces of information set forth in the Administrative Guidelines. Furthermore, the financial institution managing the U.S. Holders' securities account should certify that the U.S. Holder is, to the best of its knowledge, a United States resident within the meaning of the Treaty. These documents must be sent to the French paying agent after the dividend payment date and within a time frame that will allow the French paying agent to file them no later than the end of the third month computed as from the end of the month of the dividend payment date.

Where the U.S. Holder's identity and tax residence are known by the French paying agent, the latter may release such U.S. Holder from furnishing to (i) the financial institution managing its securities account, or (ii) as the case may be, the U.S. Internal Revenue Service ("IRS"), the abovementioned certificate of residence, and apply the 15% withholding tax rate to dividends it pays to such U.S. Holder.

For a U.S. Holder that is not entitled to the "simplified procedure" and whose identity and tax residence are not known by the paying agent at the time of the payment, the French withholding tax at the domestic rate will be levied at the time the dividends are paid. Such U.S. Holder, however, may be entitled to a refund of the withholding tax in excess of the 15% rate under the "standard procedure", as opposed to the "simplified procedure", provided that the U.S. Holder furnishes to the French paying agent an application for refund on forms No. 5000 FR and 5001 FR (or any other relevant form to be issued by the French tax authorities) certified by the U.S. financial institution managing the U.S. Holder's securities account (or, if not, by the competent U.S. tax authorities) before December 31 of the second year following the date of payment of the withholding tax at the domestic rate to the French tax authorities, according to the requirements provided by the Administrative Guidelines.

Copies of forms No. 5000 FR and 5001 FR (or any other relevant form to be issued by the French tax authorities) as well as the form of the certificate of residence and the U.S. financial institution certification, together with instructions, are available from the IRS and the French tax authorities.

These forms, together with instructions, are to be provided by the Depositary to all U.S. Holders of ADRs registered with the Depositary. The Depositary is to use reasonable efforts to follow the procedures established by the French tax authorities for U.S. Holders to benefit from the immediate application of the 15% French withholding tax rate or, as the case may be, to recover the portion in excess over 15% of the French withholding tax initially withheld.

To effect such benefit or recovery, the Depositary shall advise such U.S. Holder to return the relevant forms to it, properly completed and executed. Upon receipt of the relevant forms properly completed and executed by such U.S. Holder, the Depositary shall cause them to be filed with the appropriate French tax authorities, and upon receipt of any resulting remittance, the Depositary shall distribute to the U.S. Holder entitled thereto, as soon as practicable, the proceeds thereof in U.S. dollars.

The identity and address of the French paying agent are available from TotalEnergies.

In addition, subject to certain specific filing obligations, there is no withholding tax on dividend payments made by French companies to:

(i)   non-French collective investment funds formed under foreign law and established in a Member State of the European Union or in another State or territory, such as the United States, that has entered with France into an administrative assistance agreement for the purpose of combating fraud and tax evasion, and which fulfill the two following conditions: (a) the fund raises capital among a number of investors for the purpose of investing in accordance with a defined investment policy, in the interest of its investors, and (b) the fund has characteristics similar to those of collective investment funds organized under French law fulfilling the conditions set forth in Article 119 bis 2, 2 of the French Tax Code and the Administrative Guidelines Bulletin Officiel des Finances Publiques, BOI-RPPM-RCM-30-30-20-70-06/10/2021 (i.e., among others, open-end mutual fund (OPCVM), open-end real estate fund (OPCI) and closed-end investment companies (SICAF)); and

(ii)   companies whose effective place of management is, or which have a permanent establishment receiving the dividends, in a Member State of the European Union or in another State or territory that has entered with France into an administrative assistance agreement for the purpose of combating fraud and tax evasion, such as the United States, that are in a loss-making position and subject, at the time of the distribution, to insolvency proceedings similar to the one set out in Article L. 640-1 of the French Commercial Code (or where there is no such procedure available, in a situation of cessation of payments with recovery being manifestly impossible) and that meet the other conditions set out in Article 119

quinquies of the French Tax Code as specified by the Administrative Guidelines Bulletin Officiel des Finances Publiques, BOI-RPPM-RCM-30-30-20-80-29/06/2022.

Collective investment funds and companies mentioned above are urged to consult their own tax advisors to confirm whether they are eligible to such provisions and under which conditions.

Finally, companies having their seat in a Member State of the European Union or in another Member State of the European Economic Area Agreement or any third country that has concluded with France a tax treaty including an administrative assistance provision to tackle tax evasion and avoidance and which is not a NCCT, such as the United States, and being in a tax loss position might, provided that the conditions set forth in Article 235 *quater* of the French Tax Code are met, benefit from a temporary reimbursement of the withholding tax applicable on dividend payments, the corresponding amount having to be refunded to the French treasury, in particular, at the time they become in a profitable tax position.

## U.S. taxation

For U.S. federal income tax purposes and subject to the passive foreign investment company rules discussed below, the gross amount of any dividend that a U.S. Holder must include in gross income equals the amount paid by TotalEnergies (i.e., the net distribution received plus any tax withheld therefrom) from its current or accumulated earnings and profits (as determined for U.S. federal income tax purposes). Dividends will not be eligible for the dividends-received deduction allowed to a U.S. corporation under IRC section 243. Distributions, if any, in excess of such current and accumulated earnings and profits (as determined for U.S. federal income tax purposes) will constitute a non-taxable return of capital to a U.S. Holder and will be applied against and reduce such U.S. Holder's tax basis in such shares or ADSs, but not below zero. To the extent that such distributions are in excess of such basis, the distributions will constitute capital gain. Because TotalEnergies does not currently maintain calculations of earnings and profits for U.S. federal income tax purposes, a U.S. Holder of shares or ADSs of TotalEnergies should expect to treat the entire amount of distributions paid with respect to the shares or ADSs as dividends.

Dividends paid to a non-corporate U.S. Holder that constitute "qualified dividend income" will be taxable to the holder at the preferential rates applicable to long-term capital gains provided (1) TotalEnergies is neither a passive foreign investment company nor treated as such with respect to the U.S. Holder for the taxable year in which the dividend was paid and the preceding taxable year and (2) certain holding period requirements are met. TotalEnergies believes that dividends paid by TotalEnergies with respect to its shares or ADSs will be qualified dividend income. The dividend is taxable to the U.S. Holder when the holder, in the case of shares, or the Depositary, in the case of ADSs, receives the dividend, actually or constructively.

The amount of any dividend distribution includible in the income of a U.S. Holder equals the U.S. dollar value of the euro payment made, determined at the spot euro/dollar exchange rate on the date the dividend distribution is includible in the U.S. Holder's income, regardless of whether the payment is in fact converted into U.S. dollars. Any gain or loss resulting from currency exchange fluctuations during the period from the date the dividend payment is includible in the U.S. Holder's income to the date the payment is converted into U.S. dollars will generally be treated as ordinary income or loss and, for foreign tax credit limitation purposes, from sources within the United States and will not be eligible for the special tax rate applicable to qualified dividend income. The U.S. federal income tax rules governing the availability and computation of foreign tax credits are complex. U.S. Holders should consult their own tax advisors concerning the implications of these rules in light of their particular circumstances.

Subject to certain conditions and limitations, U.S. Holders may elect to claim a credit against their U.S. federal income tax liability for the net amount of French taxes withheld in accordance with the Treaty and paid over to the French tax authorities. The limitation on foreign taxes eligible for credit is calculated separately with respect to specific classes of income. In addition, special rules apply in determining the foreign tax credit limitation with respect to dividends that are subject to the preferential tax rates. To the extent a refund of the tax withheld is available to a U.S. Holder under French law or under the Treaty, the amount of tax withheld that is refundable will not be eligible for credit against such holder's U.S. federal income tax liability. For this purpose, dividends distributed by TotalEnergies will generally constitute "passive income" for purposes of computing the foreign tax credit allowable to the U.S. Holder.

If a U.S. Holder has the option to receive a distribution in shares (or ADSs) instead of cash, the distribution of shares (or ADSs) will be taxable as if the holder had received an amount equal to the fair market value of the distributed shares (or ADSs), and such holder's tax basis in the distributed shares (or ADSs) will be equal to such amount.

### 10.5.3 Taxation of disposition of shares

A U.S. Holder will not be subject to French tax on any capital gain from the sale or exchange of the shares or ADSs or redemption of the underlying shares that the ADSs represent.

Pursuant to Article 235 ter ZD of the French tax code, a financial transaction tax applies, under certain conditions, to the acquisition of shares of publicly traded companies registered in France having a market capitalization over €1 billion on December 1 of the year preceding the acquisition. A list of the companies within the scope of the financial transaction tax for 2024 is published in the Administrative guidelines Bulletin Officiel des Finances Publiques, BOI-ANNX-000467-20/12/2023. TotalEnergies is included in this list, although it cannot be excluded that this list might be amended in the future. The tax also applies to the acquisition of ADRs evidencing ADSs. The financial transaction tax is due at a rate of 0.3% on the price paid to acquire the shares. The person or entity liable for the tax is generally the provider of investment services defined in Article L. 321-1 of the French Monetary and Financial Code (prestataire de services d'investissement). Investment service providers providing equivalent services outside France are subject to the tax under the same terms and conditions. Taxable transactions are broadly construed but several exceptions may apply. In general, non-income taxes, such as this financial transaction tax, paid by a U.S. Holder are not eligible for a foreign tax credit for U.S. federal income tax purposes. U.S. Holders should consult their own tax advisors as to the tax consequences and creditability of such financial transaction tax.

For U.S. federal income tax purposes and subject to the passive foreign investment company rules discussed below, a U.S. Holder will generally recognize capital gain or loss upon the sale or other disposition of shares or ADSs equal to the difference between the U.S. dollar value of the amount realized on the sale or other disposition and the holder's tax basis, determined in U.S. dollars, in the shares or ADSs. The gain or loss will generally be U.S. source gain or loss and will be long-term capital gain or loss if the U.S. Holder's holding period of the shares or ADSs is more than one year at the time of the disposition. Long-term capital gain of a non-corporate U.S. Holder is generally taxed at preferential rates if specified minimum holding periods are met. The deductibility of capital losses is subject to limitation.

### 10.5.4 Passive foreign investment company status

TotalEnergies believes that the shares and ADSs are not treated as stock of a passive foreign investment company (PFIC) for U.S. federal income tax purposes, and TotalEnergies does not expect that it will be treated as a PFIC in the current or future taxable years. This conclusion is a factual determination that is made annually and thus is subject to uncertainty and change. In general, a non-U.S. corporation will be a PFIC for a taxable year if either (i) at least 75% of its gross income for such year is passive income or (ii) at least 50% of the value of its assets (based on an average of the quarterly values of the assets) during such year is attributable to assets that produce passive income or are held for the production of passive income. If TotalEnergies were treated as a PFIC with respect to a U.S. Holder for any taxable year, the U.S. Holder generally would suffer adverse tax consequences, that may include having gains realized on the disposition of the shares or ADSs treated as ordinary income rather than capital gain and being subject to punitive interest charges on the receipt of certain distributions and on the proceeds of the sale or other disposition of the shares or ADSs. U.S. Holders would also be subject to information reporting requirements on an annual basis. U.S. Holders should consult their tax advisors about the potential application of the PFIC rules to shares or ADSs.

### 10.5.5 French estate and gift taxes

In general, a transfer of shares or ADSs by gift or by reason of the death of a U.S. Holder that would otherwise be subject to French gift or inheritance tax, respectively, will not be subject to such French tax by reason of Article 8 of the Convention between the United States of America and the French Republic for the Avoidance of Double Taxation and the Prevention of Fiscal Evasion with Respect to Taxes on Estates, Inheritances and Gifts, dated November 24, 1978, as amended, unless the donor or the transferor is domiciled in France at the time of the gift, or at the time of the transferor's death, or if the shares or ADSs were used in, or held for use in, the conduct of a business through a permanent establishment or a fixed base in France.

### 10.5.6 U.S. state and local taxes

In addition to U.S. federal income tax, U.S. Holders of shares or ADSs may be subject to U.S. state and local taxes with respect to their shares or ADSs. U.S. Holders should consult their own tax advisors.

## 10.6 Dividends and paying agents

The information set forth in points 6.2.2 and 6.2.3 of chapter 6 of the Universal Registration Document 2023 (starting on page 395) is incorporated herein by reference.

## 10.7 Documents on display

TotalEnergies files annual, periodic and other reports and information with the SEC. All of its SEC filings made after December 31, 2001 are available to the public at the SEC website at www.sec.gov and from certain commercial document retrieval services.

## ITEM 10J. ANNUAL REPORT TO SECURITY HOLDERS

Not applicable.

## ITEM 11. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

Please refer to Notes 15.3 ("Financial risks management") (starting on page F-79) and 16.2 ("Oil, Gas and Power markets related risks management") (on page F-87) to the Consolidated Financial Statements, for a qualitative and quantitative discussion of TotalEnergies' exposure to market risks. Please also refer to Notes 15.2 ("Fair value of financial instruments (excluding commodity contracts)") (starting on page F-74) and 16 ("Financial instruments related to commodity contracts") (starting on page F-84) to the Consolidated Financial Statements, for details of the different derivatives owned by TotalEnergies in these markets.

As part of its financing and cash management activities, TotalEnergies uses derivative instruments to manage its exposure to changes in interest rates and foreign exchange rates. These instruments are mainly interest rate and currency swaps. TotalEnergies may also occasionally use futures contracts and options. These operations and their accounting treatment are detailed in Notes 15.2 and 16 to the Consolidated Financial Statements.

The financial performance of TotalEnergies is sensitive to a number of factors; the most significant being oil and gas prices, generally expressed in dollars, and exchange rates, in particular that of the dollar versus the euro. Generally, a rise in the price of crude oil has a positive effect on earnings as a result of an increase in revenues from oil and gas production. Conversely, a decline in crude oil prices reduces revenues. The impact of changes in crude oil prices on the activities of the Refining & Chemicals and Marketing & Services segments depends upon the speed at which the prices of finished products adjust to reflect these changes. All of TotalEnergies' activities are, to various degrees, sensitive to fluctuations in the dollar/euro exchange rate.

# ITEM 12. DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES

## 12.1 ADRs fees and charges

JPMORGAN CHASE BANK, N.A., as depositary for the TotalEnergies ADR program, collects its fees for delivery and surrender of ADRs directly from investors depositing shares or surrendering ADRs for the purpose of withdrawal or from intermediaries acting for them. The depositary collects fees for making distributions to investors by deducting those fees from the amounts distributed or by selling a portion of distributable property to pay the fees. The depositary may generally refuse to provide fee-attracting services until its fees for those services are paid. A copy of the deposit agreement is attached as Exhibit (a) to the registration statement on Form F 6 (Reg. No. 333-199737) filed with the SEC on October 31, 2014 as amended on July 30, 2021.

| Investors must pay: | | For: |
|---|---|---|
| $5.00 (or less) per 100 ADSs (or portion of 100 ADSs) | - | Issuance of ADRs, including issuances resulting from a distribution of shares or rights or other property, stocks splits or mergers |
| | - | Cancellation of ADRs for the purpose of withdrawal, including if the deposit agreement terminates |
| A fee equivalent to the fee that would be payable if securities distributed to the investor had been shares and the shares had been deposited for issuance of ADSs | - | Distribution, by the depositary, of deposited securities to ADS registered holders |
| Registration or transfer fees | - | Transfer and registration of shares on TotalEnergies' share register to or from the name of the depositary or its agent when the investor deposits or withdraws shares |
| Expenses of the depositary | - | Cable, telex and facsimile transmissions (when expressly provided in the deposit agreement) |
| | - | Converting foreign currency to U.S. dollars |
| Taxes and other governmental charges the depositary or the custodian have to pay on any ADS or share underlying an ADS, for example, stock transfer taxes, stamp duty or withholding taxes | - | As necessary |
| Any charges incurred by the depositary or its agents for servicing the deposited securities | - | As necessary |

**Fees paid to TotalEnergies SE by the depositary**

In consideration for acting as depositary for the TotalEnergies ADR program, JPMORGAN CHASE BANK, N.A. has agreed to share, on an annual basis, with TotalEnergies SE portions of certain fees collected, less ADS program expenses paid by the depositary. For example, these expenses include the depositary's annual program fees, transfer agency fees, custody fees, legal expenses, postage and envelopes for mailing annual and interim financial reports, printing and distributing dividend checks, electronic filing of U.S. federal tax information, mailing required tax forms, stationery, postage, facsimile and telephone calls and the standard out-of-pocket maintenance costs for the ADSs.

In the year ended December 31, 2023, the ADR depositary paid aggregate fees to TotalEnergies SE in an amount of $13.7 million.

For additional information on TotalEnergies SE shares and the ADRs, please refer to Exhibit 2.2 "Description of securities registered under Section 12 of the Exchange Act".

# ITEM 13. DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES

None.

# ITEM 14. MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS

None.

# ITEM 15. CONTROLS AND PROCEDURES

## 15.1 Disclosure controls and procedures

An evaluation was carried out under the supervision and with the participation of TotalEnergies' management, including the Chief Executive Officer and the Chief Financial Officer, of the effectiveness, as of the end of the period covered by this Annual Report, of the design and operation of TotalEnergies' disclosure controls and procedures, which are defined as those controls and procedures designed to ensure that information required to be disclosed in reports filed under the Securities Exchange Act of 1934, as amended, is recorded, summarized and reported within specified time periods. There are inherent limitations to the effectiveness of any system of disclosure controls and procedures, including the possibility of human error and the circumvention or overriding of the controls and procedures. Accordingly, even effective disclosure controls and procedures can provide only reasonable assurance of achieving their control objectives.

Based on this evaluation, the Chief Executive Officer and the Chief Financial Officer concluded that the design and operation of these disclosure controls and procedures were effective to provide reasonable assurance that information required to be disclosed in the reports that TotalEnergies SE files under the Exchange Act is recorded, processed, summarized and reported, within the time periods specified in the applicable rules and forms, and that it is accumulated and communicated to management, including themselves, as appropriate to allow timely decisions regarding required disclosure.

## 15.2 Management's annual report on internal control over financial reporting

TotalEnergies' management is responsible for establishing and maintaining adequate internal control over financial reporting. Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements and even when determined to be effective, can only provide reasonable assurance with respect to financial statement preparation and presentation. Also, the effectiveness of an internal control system may change over time.

TotalEnergies' management, including the Chief Executive Officer and the Chief Financial Officer, conducted an evaluation of the effectiveness of internal control over financial reporting using the criteria set forth in *Internal Control - Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO"). Based on the results of this evaluation, TotalEnergies' management concluded that its internal control over financial reporting was effective as of December 31, 2023.

The effectiveness of internal control over financial reporting as of December 31, 2023, was audited by ERNST & YOUNG Audit and PricewaterhouseCoopers Audit, independent registered public accounting firms, as stated in their report included starting on page F-2 attached hereto.

## 15.3 Changes in internal control over financial reporting

There were no changes in TotalEnergies' internal control over financial reporting that occurred during the period covered by this Annual Report that have materially affected, or that were reasonably likely to materially affect, TotalEnergies' internal control over financial reporting.

## 15.4 Internal control and risk management procedures

For additional information, refer to points 3.3 and 3.6 of chapter 3 of the Universal Registration Document 2023 (starting on pages 144 and 153, respectively), incorporated herein by reference.

# ITEM 16A. AUDIT COMMITTEE FINANCIAL EXPERT

Mrs. Lise Croteau is the Audit Committee financial expert. She is an independent member of the Board of Directors in accordance with the NYSE listing standards applicable to TotalEnergies.

# ITEM 16B. CODE OF ETHICS

At its meeting on October 27, 2016, the Board of Directors adopted a revised code of ethics that applies to its Chief Executive Officer, Chief Financial Officer, Chief Accounting Officer and the financial and accounting officers for its principal activities. A copy of this code of ethics is included as an exhibit to this Annual Report. TotalEnergies will promptly disclose to its shareholders, if required by applicable laws or stock exchange requirements, any amendments to or waivers from the code of ethics applicable to its directors or officers by posting such information on TotalEnergies' website. The Company has elected to comply with home country practice and disclose any waivers to its code of ethics in its Annual Report on Form 20-F instead of disclosing such waivers to shareholders within four business days pursuant to the NYSE rules. No waivers were given during 2023.

# ITEM 16C. PRINCIPAL ACCOUNTANT FEES AND SERVICES

## 16C.1 Fees for accountants' services

The information set forth in point 4.4.5.2 of chapter 4 of the Universal Registration Document 2023 (on page 273) is incorporated herein by reference.

## 16C.2 Audit Committee pre-approval policy

The Audit Committee has adopted an Audit and Non-Audit Services Pre-Approval Policy that sets forth the procedures and the conditions pursuant to which services proposed to be performed by the statutory auditors may be pre-approved and that are not prohibited by regulatory or other professional requirements. This policy provides for both pre-approval of certain types of services through the use of an annual budget approved by the Audit Committee for these types of services and special pre-approval of services by the Audit Committee on a case-by-case basis. The Audit Committee reviews on an annual basis the services provided by the statutory auditors. During 2023, no audit-related fees, tax fees or other non-audit fees were approved by the Audit Committee pursuant to the de minimis exception to the pre-approval requirement provided by paragraph (c)(7)(i) (C) of Rule 2-01 of Regulation S-X.

## 16C.3 Auditor's term of office

French law provides that the statutory and alternate auditors are appointed for renewable 6 fiscal-year terms. The terms of office of the statutory auditors and of the alternate auditors will expire at the end of the Shareholders' Meeting to be convened in 2028 to approve the financial statements for fiscal year 2027. The information set forth in point 4.4.5.1 of chapter 4 of the Universal Registration Document 2023 (on page 271) is incorporated herein by reference.

# ITEM 16D. EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES

TotalEnergies' Audit Committee consists of five directors, including four directors who meet the independence requirements under Rule 10A-3 of the Securities Exchange Act of 1934, as amended, and one who is exempt under such requirements pursuant to the Rule 10A-3(b)(1)(iv)(C) exemption for non-executive officer employees. The Audit Committee member exempt from the independence requirements under this rule is Mr. Romain Garcia-Ivaldi, appointed as the director representing employees pursuant to Article L.225-27-1 of the French Commercial Code (see "Item 6 — Directors, Senior Management and Employees"). TotalEnergies' reliance on such exemption does not materially adversely affect the ability of the Audit Committee to act independently.

## ITEM 16E. PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS

| Period (in 2023) | Total Number of Shares (or Units) Purchased | Average Price Paid per Share (or Units) ($)[i] | Total Number of Shares (or Units) Purchased, as part of Publicly Announced Plans or Programs[ii] | Maximum Number of Shares (or Units) that may yet be purchased under the Plans or Programs[iii] |
|---|---|---|---|---|
| January | 13,875,072 | 63.29 | 13,875,072 | 110,850,539 |
| February | 9,876,681 | 62.28 | 9,876,681 | 216,956,193 |
| March | 10,091,105 | 59.77 | 10,091,105 | 213,311,322 |
| April | 8,870,771 | 63.60 | 8,870,771 | 204,440,989 |
| May | 13,454,853 | 60.94 | 13,454,853 | 191,000,370 |
| June | 10,479,370 | 58.33 | 10,479,370 | 181,321,415 |
| July | 10,256,566 | 58.33 | 10,256,566 | 171,066,609 |
| August | 12,320,347 | 61.47 | 12,320,347 | 158,746,452 |
| September | 11,287,018 | 65.19 | 11,287,018 | 224,870,764 |
| October | 13,478,930 | 65.79 | 13,478,930 | 211,391,834 |
| November | 19,246,147 | 67.30 | 19,246,147 | 192,145,687 |
| December | 11,463,717 | 67.41 | 11,463,717 | 180,681,970 |

(i)   Based on the daily European Central Bank exchange rate of each transaction.

(ii)  The Annual Shareholders' Meeting of May 26, 2023, cancelled and superseded the previous resolution (for any unused portion) from the Annual Shareholders' Meeting of May 25, 2022, authorizing the Board of Directors to trade in the Company's own shares on the market for a period of 18 months within the framework of the stock purchase program. The maximum number of shares that may be purchased by virtue of this authorization or under the previous authorization may not exceed 10% of the total number of shares constituting the share capital, this amount being periodically adjusted to take into account operations modifying the share capital after each shareholders' meeting. Under no circumstances may the total number of shares held by the Company, either directly or indirectly through its subsidiaries, exceed 10% of the share capital. This authorization will be renewed subject to the approval of the Annual Shareholders' Meeting of May 24, 2024.

(iii) Based on 10% of the Company's share capital, and after deducting the shares held by the Company for cancellation and the shares held by the Company to cover the share subscription or purchase option plans and the performance share plans for Company employees.

## ITEM 16F. CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT

There has been no change in independent accountants of the Company during the two most recent fiscal years or any subsequent interim period except as previously reported in our Annual Report on Form 20-F for the year ended December 31, 2022 filed with the SEC on March 24, 2023. In addition, there have been no disagreements of the type required to be disclosed by Item 16F(b).

## ITEM 16G. CORPORATE GOVERNANCE

This section presents a summary of significant differences between French corporate governance practices and the NYSE corporate governance standards, as required by section 303A.11 of the NYSE Listed Company Manual.

### 16G.1   Overview

The following paragraphs provide a brief, general summary of significant ways in which the corporate governance practices of TotalEnergies differ from those required by the listing standards of the NYSE for U.S. companies that have common stock listed on the NYSE. While TotalEnergies' management believes that the Company's corporate governance practices are similar in many respects to those of U.S. domestic NYSE listed companies and provide investors with protections that are comparable in many respects to those established by the NYSE Listed Company Manual, certain significant differences are described below.

The principal sources of corporate governance standards in France are the French Commercial Code (*Code de commerce*), the French Financial and Monetary Code (*Code monétaire et financier*) and the regulations and recommendations provided by the French Financial Markets Authority (*Autorité des marchés financiers,* AMF), as well as a number of general recommendations and guidelines on corporate governance, most notably the Corporate Governance Code of Listed Corporations (the "AFEP-MEDEF Code") published by the two main French business confederations, the *Association Française des Entreprises Privées* (AFEP) and the *Mouvement des Entreprises de France* (MEDEF), the latest version of which was published in December 2022.

The AFEP-MEDEF Code includes, among other things, recommendations relating to the role and operation of the board of directors (creation, composition and evaluation of the board of directors and the audit, compensation and nominations committees) and the independence criteria for board members. Articles L. 820-1 et seq. of the French Commercial Code authorize statutory auditors to provide certain non-audit services if in compliance with provisions of the French Commercial Code, the European legislation and the Code of ethics of the auditors. It also defines certain criteria for the independence of statutory auditors. In France, the independence of statutory auditors is also monitored by an independent body, the High Council for statutory auditors (*Haut Conseil du Commissariat aux Comptes*).

For an overview of certain of TotalEnergies' corporate governance policies, refer to points 4.1 and 4.2 of chapter 4 of the Universal Registration Document 2023 (starting on page 190), incorporated herein by reference.

### 16G.2   Composition of Board of Directors; Independence

The NYSE listing standards provide that the board of directors of a U.S.-listed company must include a majority of independent directors and that the audit committee, the nominating/corporate governance committee and the compensation committee must be composed entirely of independent directors. A director qualifies as independent only if the board affirmatively determines that the director has no material relationship with the company, either directly or as a partner, shareholder or officer of an organization that has a relationship with the company. Furthermore, as discussed below, the listing standards require additional procedures in regards to the independence of directors who sit on the audit committee and the compensation committee. In addition, the listing standards enumerate a number of relationships that preclude independence.

French law does not contain any independence requirement for the members of the board of directors of a French company, except for the audit committee, as described below. The AFEP-MEDEF Code recommends, however, that (i) the independent directors should account for half of the members of the board of directors of widely-held corporations without controlling shareholders, and (ii) independent directors should account for at least one-third of board members in controlled companies. Members of the board representing employees and employee shareholders are not taken into account in calculating these percentages. The AFEP-MEDEF Code states that a director is independent when "he or she has no relationship of any kind whatsoever with the corporation, its group or the management that may interfere with his or her freedom of judgment. Accordingly, an independent director is understood to be any non-executive director of the corporation or the group who has no particular bonds of interest (significant shareholder, employee, other) with them". The AFEP-MEDEF Code also enumerates specific criteria for determining independence, which are on the whole consistent with the goals of the NYSE listing standards, although the specific tests under the two standards may vary on some points.

As noted in the AFEP-MEDEF Code, "qualification as an independent director should be discussed by the appointments committee […] and decided on by the board on the occasion of the appointment of a director, and annually for all directors".

For an overview of TotalEnergies SE's Board of Directors' assessment of the independence of its members, including a description of the Board of Directors' independence criteria, refer to point 4.1.1.4 of chapter 4 of the Universal Registration Document 2023 (starting on page 209), incorporated herein by reference.

## 16G.3    Representation of women on corporate boards

The French Commercial Code provides for legally binding quotas to balance gender representation on boards of directors of French listed companies, requiring that each gender represents at least 40%. Directors representing the employees and directors representing the employee shareholders are not taken into account in calculating this percentage. When the board of directors consists of a maximum of eight members, the difference between the number of directors of each gender should not be higher than two. Any appointment of a director made in violation of these rules will be declared null and void and payment of the directors' compensation will be suspended until the board composition is compliant with the required quota (the suspension of the directors' compensation will also be disclosed in the management report). However, if a director whose appointment is null and void takes part in decisions of the board of directors, such decisions are not declared automatically null and void by virtue thereof. As of March 13, 2024, TotalEnergies SE's Board of Directors consisted of eight male members and six female members. Excluding the directors representing employees and the director representing employee shareholders in accordance with French law, the proportion of women on the Board of Directors was 45.5%.

## 16G.4    Board committees

### 16G.4.1   Overview

The NYSE listing standards require that a U.S.-listed company have an audit committee, a nominating/corporate governance committee and a compensation committee. Each of these committees must consist solely of independent directors and must have a written charter that addresses certain matters specified in the listing standards. Furthermore, the listing standards require that, in addition to the independence criteria referenced above under "Composition of Board of Directors; Independence", certain enumerated factors be taken into consideration when making a determination on the independence of directors on the compensation committee or when engaging advisors to the compensation committee.

With the exception of an audit committee, as described below, French law currently requires neither the establishment of board committees nor the adoption of written charters.

The AFEP-MEDEF Code recommends, however, that the board of directors sets up, in addition to the audit committee required by French law, a nominations committee, a compensation committee and a corporate social responsibility (CSR) committee. The AFEP-MEDEF Code also recommends that at least two-thirds of the audit committee members and a majority of the members of each of the compensation committee and the nominations committee be independent directors. It is recommended that the chairman of the compensation committee be independent and that one of its members be an employee director. None of those three committees should include any Executive Officer[8].

TotalEnergies SE has established an Audit Committee, a Governance and Ethics Committee, a Compensation Committee and a Strategy & CSR Committee. As of March 13, 2024, the composition of these Committees was as follows:

- the Audit Committee had five members, 75% of whom have been deemed independent by the Board of Directors (according to point 10.3 of the AFEP-MEDEF Code, directors representing the employee shareholders and directors representing employees are not taken into account when determining the independence rate);

- the Governance and Ethics Committee had five members, 80% of whom have been deemed independent by the Board of Directors;

- the Compensation Committee had four members, 100% of whom have been deemed independent by the Board of Directors (according to point 10.3 of the AFEP-MEDEF Code, directors representing the employee shareholders and directors representing employees are not taken into account when determining the independence rate); and

- the Strategy & CSR Committee had six members, 60% of the members of this Committee have been deemed independent by the Board of Directors (according to point 10.3 of the AFEP-MEDEF Code, directors representing the employee shareholders and directors representing employees are not taken into account when determining the independence rate).

For a description of the independence assessment of each member of the Board of Directors, see point 4.1.1.4 of chapter 4 of the Universal Registration Document 2023 (starting on page 209), incorporated herein by reference. For a description of the scope of each Committee's activity, see point 4.1.2.3 of chapter 4 of the Universal Registration Document 2023 (starting on page 222), incorporated herein by reference.

The NYSE listing standards also require that the audit, nominating/corporate governance and compensation committees of a U.S.-listed company be vested with decision-making powers on certain matters. Under French law, however, those committees are advisory in nature and have no decision-making authority. Board committees are responsible for examining matters within the scope of their charter and making recommendations thereon to the board of directors. Under French law, the board of directors has the final decision-making authority.

### 16G.4.2   Audit Committee

The NYSE listing standards contain detailed requirements for the audit committees of U.S.-listed companies. Some, but not all, of these requirements also apply to non U.S.-listed companies, such as TotalEnergies SE. French law and the AFEP-MEDEF Code share the NYSE listing standards' goal of establishing a system for overseeing the company's accounting process that is independent from management and that ensures auditor independence. As a result, they address similar topics, with some overlap.

Article L. 823-19 of the French Commercial Code requires the board of directors of companies listed in France to establish an audit committee, at least one member of which must be an independent director and must be competent in finance, accounting or statutory audit procedures.

---

[8] As defined by the AFEP-MEDEF Code, Executive Officers "include the Chairman and Chief Executive Officer, the Deputy chief executive officer(s) of public limited companies with a Board of Directors, the Chairman and members of the Management Board in public limited companies having a Management Board and Supervisory Board and the statutory managers of partnerships limited by shares".

The AFEP-MEDEF Code provides that at least two-thirds of the directors on the audit committee be independent and that the audit committee should not include any Executive Officer. Under NYSE rules, in the absence of an applicable exemption, audit committees are required to satisfy the independence requirements under Rule 10A-3 of the Exchange Act. TotalEnergies SE's Audit Committee consists of five directors, four of whom meet independence requirements under Rule 10A-3 and one (a director representing employees) who is relying on Rule 10A-3(b)(1)(iv)(C) exemption for non-executive officer employees (see "Item 6 – Directors, Senior Management and Employees").

The duties of TotalEnergies SE's Audit Committee, in line with French law and the AFEP-MEDEF Code, are described in point 4.1.2.3 of chapter 4 of the Universal Registration Document 2023 (starting on page 222), incorporated herein by reference. The Audit Committee regularly reports to the Board of Directors on the fulfillment of its tasks, the results of the financial statements certification process and the contribution of such process to guaranteeing the financial information's integrity.

One structural difference between the legal status of the audit committee of a U.S.-listed company and that of a French-listed company concerns the degree of the committee's involvement in managing the relationship between the company and the auditors. French law requires French companies that publish consolidated financial statements, such as TotalEnergies SE, to have two co-statutory auditors, while the NYSE listing standards require that the audit committee of a U.S.-listed company to have direct responsibility for the appointment, compensation, retention and oversight of the work of the auditor. French law provides that the election of the co-statutory auditors is the sole responsibility of the shareholders duly convened at a shareholders' meeting. In making their decision, the shareholders may rely on proposals submitted to them by the board of directors based on recommendations from the audit committee. The shareholders elect the statutory auditors for an audit period of six financial years. The statutory auditors may only be revoked by a court order and only on grounds of professional negligence or incapacity to perform their mission.

## 16G.5    Meetings of non-management directors

The NYSE listing standards require that the non-management directors of a U.S.-listed company meet at regularly scheduled executive sessions without management. French law does not contain such a requirement. The AFEP-MEDEF Code recommends, however, that a meeting not attended by the Executive Officers be organized at least once a year.

Since December 16, 2015, the rules of procedure of the board of directors provide that, with the agreement of the Governance and Ethics Committee, the Lead Independent Director may hold meetings of the directors who do not hold executive or salaried positions on the Board of Directors. He or she reports to the Board of Directors on the conclusions of such meetings.

In December 2023, the Lead Independent Director held a meeting of the independent directors. He subsequently presented a summary of this meeting to the Board of Directors.

Thus, the Board of Directors' practice is in line with the recommendation made in the AFEP-MEDEF Code.

## 16G.6    Shareholder approval of compensation

Pursuant to the provisions of the French Commercial Code, as amended, the compensation of the chairman of the board of directors, the members of the board of directors, the chief executive officer and, as the case may be, the deputy chief executive officer(s) in French listed companies shall each year be submitted to the approval of their shareholders. Articles L. 22-10-8 and L. 22-10-34 of the French Commercial Code provide, respectively, for an ex ante vote and two ex post votes:

- ex ante vote: the shareholders shall each year approve the compensation policy of the above-mentioned directors and officers for the current fiscal year. Such policy shall describe all components of fixed and variable compensation and shall explain the decision process followed for its determination, review and implementation. In the event a resolution is rejected by the shareholders, the preceding already-approved compensation policy for the concerned director(s) and officer(s) will be applicable; in the absence of a preceding already-approved compensation policy, the compensation is determined in line with compensation granted the preceding year if any, or in line with existing practices in the company; and

- two ex post votes, the shareholders shall each year approve:

  - the fixed, variable and extraordinary components of the aggregate compensation and benefit of any kinds due or attributable to the chief executive officer and the chairman of the board for the preceding fiscal year. In the event a resolution is rejected by the shareholders, the variable and extraordinary components of the compensation will not be paid to the chief executive officer and the chairman of the board;

  - the total annual compensation of all the above-mentioned directors and officers. In the event a resolution is rejected by the shareholders, such compensation will not be paid to the directors and officers.

## 16G.7    Disclosure

The NYSE listing standards require US-listed companies to adopt, and post on their websites, a set of corporate governance guidelines. The guidelines must address, among other things: director qualification standards, director responsibilities, director access to management and independent advisers, director compensation, director orientation and continuing education, management succession and an annual performance evaluation of the board. In addition, the chief executive officer of a U.S.-listed company must certify to the NYSE annually that he or she is not aware of any violations by the company of the NYSE's corporate governance listing standards.

French law requires neither the adoption of such guidelines nor the provision of such certification. The AFEP-MEDEF Code recommends, however, that the board of directors of a French-listed company review its operation annually and perform a formal evaluation at least once every three years, under the leadership of the appointments or nominations committee or an independent director, assisted by an external consultant. TotalEnergies SE's Board of Directors' most recent formal self-evaluation took place in late 2023. The AFEP-MEDEF Code also recommends that shareholders be informed of these evaluations each year in the annual report. In addition, Article L. 225-37 of the French Commercial Code requires the board of directors to present to the shareholders a corporate governance report appended to the management report, notably describing the composition of the board and the balanced representation of men and women on the board, the preparation and organization of the board's work, the offices and positions of each TotalEnergies SE executive officer and the compensation attributable and received by each such officer as well as the compensation attributable and received by the members of the board of directors. The AFEP-MEDEF Code also includes ethical rules concerning which directors are expected to comply.

The NYSE listing standards require each U.S.-listed company to adopt, and post on its website, a code of business conduct and ethics for its directors, officers and employees. Under Article 17 of Law n° 2016/1691 of December 9, 2016, top management (such as the chairman of the board or chief executive officer) of large French companies is required to adopt a code of conduct proscribing the different types of behavior being likely to characterize acts of corruption, bribery or influence peddling. This code must be included in the rules of procedure of the company and be submitted to employee representatives. Under the SEC's rules and regulations, all companies required to submit periodic reports to the SEC, including TotalEnergies SE, must disclose in their annual reports whether they have adopted a code of ethics for their principal executive officers and senior financial officers. In addition, they must file a copy of the code with the SEC, post the text of the code on their website or undertake to provide a copy upon request to any person without charge. There is significant, though not complete, overlap between the code of ethics required by the NYSE listing standards and the code of ethics for senior financial officers required by the SEC's rules. For a description of the code of ethics adopted by TotalEnergies, refer to point 3.3.2 of chapter 3 of the Universal Registration Document 2023 (starting on page 144), incorporated herein by reference, and "Item 16B. Code of ethics".

# ITEM 16H. MINE SAFETY DISCLOSURE

Not applicable.

# ITEM 16I. DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS

Not applicable.

# ITEM 16K. CYBERSECURITY

Cybersecurity Risk Management and Strategy:

We have developed and implemented a cybersecurity risk management program intended to protect the confidentiality, integrity, and availability of our critical systems and information.

We design and assess our program based on the National Institute of Standards and Technology's Cybersecurity Framework (NIST CSF), the specific oversight of the national agency of cyber security (*Agence nationale de la sécurité des systèmes d'information* - ANSSI) in France for specific perimeters, and ISO 27001 for Information Security Management Systems (ISMS). This does not imply that we meet any particular technical specifications or requirements at all times but that the aforementioned frameworks help us identify, assess, and manage cybersecurity risks relevant to our business.

Our cybersecurity risk management program is integrated into our overall enterprise risk management program, and shares common methodologies, reporting channels and governance processes that apply across the enterprise risk management program to other legal, compliance, strategic, operational, and financial risk areas.

Key elements of our cybersecurity risk management program include, but are not limited to the following:

- risk assessments designed to help identify material cybersecurity risks to our critical systems, information, products, services, and our broader enterprise IT environment;
- a security team principally responsible for managing (1) our cybersecurity risk assessment processes, (2) our security controls, and (3) our response to cybersecurity incidents;
- the use of external service providers, where appropriate, to assess, test or otherwise assist with aspects of our security controls;
- cybersecurity awareness training of our employees, incident response personnel, and senior management;
- a cybersecurity incident response plan that includes procedures for responding to cybersecurity incidents; and
- a third-party risk management process for key service providers, suppliers, and vendors who access critical systems and data based on risk profile.

We have not identified risks from known cybersecurity threats, including as a result of any prior cybersecurity incidents, that have materially affected us, including our operations, business strategy, results of operations, or financial condition. We face certain ongoing risks from cybersecurity threats that, if realized, are reasonably likely to materially affect us, including our operations, business strategy, results of operations, or financial condition (see point 3.1.3 of chapter 3 of the Universal Registration Document 2023 (starting on page 135)).

Cybersecurity Governance:

Our Board considers cybersecurity risk as part of its risk oversight function and has delegated to the Audit Committee (Committee) oversight of cybersecurity and other information technology risks. The Committee oversees management's implementation of our cybersecurity risk management program. Cybersecurity issues are the subject of a strong commitment by the General Management, which is reflected in a structured governance to address the risks related to external threats.

The Committee receives a report annually from management on our cybersecurity activity, including our cybersecurity risks. In addition, management updates the Committee, as necessary, regarding any significant cybersecurity incidents. The TotalEnergies Cybersecurity & Risk Management Division periodically submits a cybersecurity strategy and roadmap for the Company's corporate and industrial information systems to the Committee for approval. The TotalEnergies Information Systems Division develops and disseminates governance and security rules describing items such as the infrastructure, organizational structure, and new or revised operating methods that are recommended. These rules are designed to be implemented across the Company by the various business segments.

The Committee periodically reports to the full Board regarding its activities, including those related to cybersecurity. The full Board also receives briefings from the Committee on our cyber risk management program.

Our management team, including the Chief Security Officer (CSO), the Chief Information Officer (CIO), the C-CISO, and the Branch - Chief Information Security Officers (B-CISOs), are responsible for assessing and managing our material risks from cybersecurity threats. The team has primary responsibility for our overall cybersecurity risk management program and supervises both our internal cybersecurity personnel and our retained external cybersecurity consultants. Our management team's experience includes the following:

- The Company CSO was a former French general of the National Gendarmerie, who previously served as the head of the *Groupe d'intervention de la Gendarmerie nationale* (GIGN) directing anti-terrorist operations.
- The CIO has more than 19 years of experience at TotalEnergies.
- The C-CISO is the former head of EUROPOL (11 years), a former colonel of the French Gendarmerie, and head of the National Criminal Intelligence Service.

Our management team is informed about and monitors the prevention, detection, mitigation, and remediation of cybersecurity risks and incidents through various means, which may include briefings from internal security personnel; threat intelligence and other information obtained from governmental, public, or private sources, including external consultants engaged by us; and alerts and reports produced by security tools deployed in the IT environment.

## ITEM 17. FINANCIAL STATEMENTS

See "Item 18. Financial Statements".

## ITEM 18. FINANCIAL STATEMENTS

The Consolidated Financial Statements and Notes thereto are included in pages F-9 et seq. attached hereto.

The reports of the statutory auditors, ERNST & YOUNG Audit and PricewaterhouseCoopers Audit, are included in pages F-2 to F-8 attached hereto.

# ITEM 19. EXHIBITS

The following documents are filed as part of this Annual Report:

| | |
|---|---|
| 1 | Articles of Associations (*Statuts*) of TotalEnergies SE (as amended through February 12, 2024). |
| 2.1 | The total amount of long-term debt securities authorized under any instrument does not exceed 10% of the total assets of TotalEnergies SE and its subsidiaries on a consolidated basis. We hereby agree to furnish to the SEC, upon its request, a copy of any instrument defining the rights of holders of long-term debt of TotalEnergies SE or of its subsidiaries for which consolidated or unconsolidated financial statements are required to be filed. |
| 2.2 | Description of TotalEnergies securities registered under section 12 of the Exchange Act. |
| 8 | List of Subsidiaries (see Note 18 to the Consolidated Financial Statements, starting on page F-88). |
| 11 | Code of Ethics (incorporated by reference to exhibit 11 of TotalEnergies' annual report on Form 20-F for the year ended December 31, 2016, filed on March 17, 2017). |
| 12.1 | Certification of Chief Executive Officer. |
| 12.2 | Certification of Chief Financial Officer. |
| 13.1* | Certification of Chief Executive Officer. |
| 13.2* | Certification of Chief Financial Officer. |
| 15.1 | Excerpt of the pages and sections of the Universal Registration Document 2023 incorporated herein by reference. |
| 15.2 | Consent of ERNST & YOUNG Audit and of PricewaterhouseCoopers Audit. |
| 15.3 | Consent of ERNST & YOUNG Audit and of KPMG Audit, a division of KPMG S.A. |
| 97 | Clawback Policy |
| 101.INS | Inline XBRL Instance Document. |
| 101.SCH | Inline XBRL Taxonomy Extension Schema Document. |
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase Document. |
| 101.LAB | Inline XBRL Taxonomy Extension Label Linkbase Document. |
| 101.PRE | Inline XBRL Taxonomy Extension Presentation Linkbase Document. |
| 104 | Cover Page Interactive Data File (formatted as Inline XBRL and included in Exhibit 101). |

* Furnished herewith.

# SIGNATURE

The registrant hereby certifies that it meets all of the requirements for filing on Form 20-F and that it has duly caused and authorized the undersigned to sign this annual report on its behalf.

TotalEnergies SE

By: /s/ PATRICK POUYANNÉ

Name:   Patrick Pouyanné
Title:      Chairman and Chief Executive Officer

Date: March 29, 2024

**Report of independent registered public accounting firms on the internal control over financial reporting**

PricewaterhouseCoopers Audit
Neuilly sur Seine
PCAOB ID : 1347

ERNST & YOUNG Audit
Paris-La Défense
PCAOB ID : 1692 — F-2

**Report of independent registered public accounting firms on the consolidated financial statements** — F-4

**Consolidated statement of income** — F-9

**Consolidated statement of comprehensive income** — F-10

**Consolidated balance sheet** — F-11

**Consolidated statement of cash flow** — F-12

**Consolidated statement of changes in shareholder's equity** — F-13

**Notes to the Consolidated Financial Statements** — F-14

**PricewaterhouseCoopers Audit**

63, rue de Villiers
92208 Neuilly-sur-Seine
S.A.S. au capital de € 2 510 460
672 006 483 R.C.S. Nanterre

Commissaire aux Comptes
Membre de la compagnie
régionale de Versailles et du Centre

**ERNST & YOUNG Audit**

Tour First
TSA 14444
92037 Paris-La Défense cedex
S.A.S. à capital variable
344 366 315 R.C.S. Nanterre

Commissaire aux Comptes
Membre de la compagnie
régionale de Versailles et du Centre

**TotalEnergies SE**

**Report of Independent Registered Public Accounting Firms on Internal Control Over Financial Reporting**

To the Shareholders and the Board of Directors,

***Opinion on Internal Control Over Financial Reporting***

We have audited TotalEnergies SE and its subsidiaries' (the "Company") internal control over financial reporting as of December 31, 2023, based on criteria established in Internal Control – Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) (the "COSO criteria"). In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2023, based on the COSO criteria.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated balance sheets of the Company as of December 31, 2023 and 2022 and the related consolidated statements of income, comprehensive income, changes in shareholders' equity and cash flows for each of the two years in the period ended December 31, 2023, and the related notes (collectively referred to as the "consolidated financial statements"), and our report dated March 28, 2024 expressed an unqualified opinion thereon.

***Basis for Opinion***

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting included in the accompanying Management's Annual Report on Internal Control Over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are public accounting firms registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects.

Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audit also included performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

### *Definition and Limitations of Internal Control Over Financial Reporting*

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Neuilly-sur-Seine and Paris-La Défense, France, March 28, 2024

/s/ PricewaterhouseCoopers Audit                    /s/ ERNST & YOUNG Audit

| | |
|---|---|
| **PricewaterhouseCoopers Audit** | **ERNST & YOUNG Audit** |
| 63, rue de Villiers | Tour First |
| 92208 Neuilly-sur-Seine cedex | TSA 14444 |
| France | 92037 Paris-La Défense cedex |
| SAS au capital de € 2 510 460 | France |
| 672 006 483 R.C.S. Nanterre | SAS à capital variable |
| | 344 366 315 R.C.S Nanterre |
| | |
| Commissaire aux Comptes | Commissaire aux comptes |
| Membre de la compagnie | Membre de la compagnie |
| régionale de Versailles et du Centre | régionale de Versailles et du Centre |

TotalEnergies SE

**Report of Independent Registered Public Accounting Firms on the Consolidated Financial Statements**

To the Shareholders and the Board of Directors,

*Opinion on the Consolidated Financial Statements*

We have audited the accompanying consolidated balance sheets of TotalEnergies SE and its subsidiaries (the "Company") as of December 31, 2023 and 2022, the related consolidated statements of income, comprehensive income, changes in shareholders' equity and cash flows for each of the two years in the period ended December 31, 2023, and the related notes (collectively referred to as the "consolidated financial statements"). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2023 and 2022, and the results of its operations and its cash flows for each of the two years in the period ended December 31, 2023 in conformity with International Financial Reporting Standards as adopted by the European Union and in conformity with International Financial Reporting Standards as issued by the International Accounting Standards Board.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of December 31, 2023, based on criteria established in Internal Control - Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework), and our report dated March 28, 2024 expressed an unqualified opinion thereon.

*Basis for Opinion*

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audits. We are public accounting firms registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud.

Our audits included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

**Critical Audit Matters**

The critical audit matters communicated below are matters arising from the current period audit of the consolidated financial statements that were communicated or required to be communicated to the audit committee and that: (1) relate to accounts or disclosures that are material to the consolidated financial statements and (2) involved our especially challenging, subjective or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matters below, providing separate opinions on the critical audit matters or on the accounts or disclosures to which they relate.

**Evaluation of the impairment of non-current assets used in exploration and production activities in the Exploration and Production (E&P) and the Integrated LNG (iLNG) segments**

*Description of the Matter*

As stated in Notes 7.1 "Intangible assets", 7.2 "Property, plant and equipment" and 8.1 "Equity affiliates: investments and loans" to the consolidated financial statements as at December 31, 2023, the non-current assets used in exploration and production activities in the E&P and iLNG segments are mainly comprised of proved mineral interests (M$ 8,009 - net amount), unproved mineral interests (M$ 12,352 – net amount), proved properties (M$ 57,879 – net amount), work in progress (M$ 23,286 - net amount) and a portion of the M$ 30,457 value of investments and loans in equity affiliates. The principles applied in determining the recoverable amounts of these assets are described in Notes 7.1, 7.2, 3.C "Asset impairment" and "Major judgments and accounting estimates" to the consolidated financial statements.

The recoverable amount of these assets is tested for impairment as soon as any indication for impairment exists, these tests being carried out at the level of the related cash-generating units (CGUs), that include the hydrocarbon sites and industrial assets enabling the production, processing and extraction of hydrocarbons. The value in use of a CGU is determined by reference to the discounted expected future cash flows of these assets, based upon Management's expectation of future economic and operating conditions. The main assumptions considered by the Company in assessing the value in use include hydrocarbon prices scenarios, future $CO_2$ price, operating costs, estimates of hydrocarbon reserves and discount rate.

As described in the Notes "Major judgments and accounting estimates" and 3.C to the consolidated financial statements, the Company retains an oil price trajectory that converges in the long term towards the price retained in 2050 by the International Energy Agency (IEA) Net Zero Emissions (NZE) scenario, i.e. $25.52023/b. The prices retained for gas, stabilize by 2027 and until 2040 at lower levels than the current prices, and then converge towards the IEA's NZE scenario prices in 2050. The determination of value in use takes also into account the impact of the assets $CO_2$ emissions. Future scope 1 and 2 emissions over the life of the assets are valued at $100/t or the applicable price in a country if higher. Beyond 2029, the $CO_2$ price is inflated by 2% per year.

Finally, as described in Notes 7.1, 7.2 and "Major judgments and accounting estimates" to the consolidated financial statements, exploration costs capitalized in unproved mineral interests or in work in progress are subject to specific impairment tests to ensure that the exploratory wells have found a sufficient quantity of hydrocarbons and sufficient progress is made in the assessment of the reserves and the economic and operating viability of the project.

Impairments of non-current assets of exploration and production activities in the E&P and iLNG segments for 2023 amounted to M$ 1,005 in net income (TotalEnergies share).

As described in the "Major judgments and accounting estimates - Russian-Ukrainian conflict" note to the consolidated financial statements, Russian assets were fully impaired in 2022, with the exception of the shares held in Yamal LNG. An impairment test of the investment in Yamal LNG was carried out, which confirmed the absence of impairment to be recorded as at December 31, 2023.

Depending on the developments of the Russian-Ukrainian conflict and the measures that the European and American authorities may take, the activities of TotalEnergies in Russia, in particular those relating to the Yamal LNG asset, could be impacted in the future.

In order to assess the resilience of the portfolio to different parameters, sensitivity analyses to several assumptions were carried out by Management, including a 10% and 20% decrease in the hydrocarbon prices over the duration of the price scenario, as well as considering a $CO_2$ price of $200/t, inflated by 2% per year beyond 2029.

We considered the evaluation of the impairment of non-current assets used in exploration and production activities in the E&P and iLNG segments to be a critical audit matter as evaluating the Company's assumptions described above involves a high degree of judgment, notably forecasts relating to future events.

*How We Addressed the Matter in Our Audit*

We obtained an understanding, evaluated the design and tested the operating effectiveness of certain controls implemented by the Company to address the risk of material misstatement relating to the evaluation of the impairment of non-current assets used in exploration and production activities in the E&P and iLNG segments. Our work included testing control activities linked to the identification of triggering events and the assessment of key assumptions by Management supporting the recoverable value of the assets tested.

The procedures we performed consisted mainly in assessing whether an indication of impairment exists for these assets, such as the Russian-Ukrainian conflict, a significant decline in production, the enactment of a new tax law, the impact of new assumptions on hydrocarbon prices or CO2 price, in connection with the Company's ambition to achieve carbon neutrality by 2050 together with society.

For the impairment tests:

- we confronted the hydrocarbon price scenarios applied by the Company, prepared within the Strategy & Markets Division, with publicly available industry information (from the IEA, brokers and consultants as applicable), in particular the price scenarios relating to the Announced Pledges Scenario (APS) and NZE, considered by the IEA to be compatible with the objective of the Paris Agreement to limit the temperature increase to "well below 2°C";

- we analyzed the $CO_2$ price assumptions included in the future cash flows, notably by comparing them with current market data and publicly available industry information (in particular IEA);

- we assessed the consistency of the production end-dates used in the future cash flows with those included in the contracts for license expiration;

- we compared the main assumptions (hydrocarbon prices, future $CO_2$ price, operating costs, hydrocarbon reserves estimates, discount rates and expected future dividends) to those included in the analyses, budget and long-term plan approved by the Executive Committee and the Board of Directors;

- we assessed the consistency of the assumptions on operating costs by calculating cost-to-production ratios and comparing them year over year;

- we compared production profiles to the proved and probable hydrocarbon reserves produced as part of the Company's internal procedures;

- with the assistance of our valuation specialists, we re-performed the calculation of the discount rate used by management and confronted it to the rates calculated by market analysts;

- we assessed the consistency of the tax rates used with the applicable tax schemes and oil agreements in place;

- we assessed the information disclosed in Note 3.C "Asset impairment" to the consolidated financial statements, including the sensitivity analysis of net income to the oil and gas prices and $CO_2$ price.


For exploration costs capitalized as unproved mineral interests or work in progress, we inspected the documentation supporting sufficient quantity of hydrocarbons (as further described in our critical audit matter below) or that sufficient progress is made in the assessment of the reserves and the economic and operating viability of the project.

Finally, for Russian assets, we assessed the consolidation methods applied as at December 31, 2023 by the Company for its investments in Novatek, Yamal LNG and Arctic LNG 2, and related value in a particular and evolving context, notably given sanctions.

**Effect of estimated proved and proved developed hydrocarbon reserves on the depreciation of the oil and gas assets used in production activities in the Exploration & Production (E&P) and integrated LNG (iLNG) segments**

*Description of the Matter*

As discussed in the "Estimation of hydrocarbon reserves" paragraph of the "Major judgments and accounting estimates" Note to the consolidated financial statements, the estimation of proved and proved developed hydrocarbon reserves is a key factor in the Successful Efforts method used to account for the Company's oil and gas activities. Notes 7.1 "Intangible Assets" and 7.2 "Property, Plant and Equipment" to the consolidated financial statements outline that under this method oil and gas assets are depreciated using the unit-of-production method based on either proved hydrocarbon reserves or proved developed hydrocarbon reserves. Those reserves are estimated by the Company's petroleum engineers in accordance with industry practice and Securities and Exchange Commission (SEC) regulations.

The main assumptions used by the Company to estimate the proved and proved developed hydrocarbon reserves in order to calculate the depreciation of the oil and gas assets used in production activities in the E&P and iLNG segments for the year ended December 31, 2023, include the following: geoscience and engineering data used to determine deposit quantities, the contractual arrangements that determine the Company's share of the reserves and hydrocarbon prices.

We considered the effect of estimated proved and proved developed hydrocarbon reserves on the depreciation of oil and gas assets used in production activities in the E&P and iLNG segments to be a critical audit matter as Management's assessment of the Company's assumptions used involves a high degree of judgment due to their uncertain nature.

*How We Addressed the Matter in Our Audit*

We obtained an understanding, evaluated the design and tested the operating effectiveness of certain controls, implemented by the Company, to address the risk of material misstatement relating to the depreciation of oil and gas assets used in production activities in the E&P and iLNG segments, depending on proved and proved developed hydrocarbon reserves. Our work included testing certain controls on the determination and evaluation of deposit quantities and the modeling of the contractual arrangements that determine the Company's share of proved and proved developed hydrocarbon reserves.

The procedures we performed on the estimation of the reserves by the Company consisted mainly in:

- assessing the qualifications and experience of the Company's petroleum engineers responsible for estimating reserves;

- analyzing the main changes in proved and proved developed hydrocarbon reserves compared to the previous year;

- comparing previously forecasted production to actual 2023 production;

- inspecting evidence from contractual arrangements that determine the Company's share of proved and proved developed hydrocarbon reserves until the term of the contracts and evaluating, where appropriate, the reasons leading the Company to believe that the renewal of the contractual arrangements is reasonably certain;

- assessing the consistency of the end of production dates used to calculate depreciation with those provided for in the contracts concerning license expiration and in the cash flow forecasts used for the impairment tests;

- assessing the absence of significant residual proved and proved developed hydrocarbon reserves to be produced after 2040 on the basis of the current portfolio of oil and gas assets;

- assessing the methodology applied by the Company to estimate these proved and proved developed hydrocarbon reserves, in light of SEC regulations and the 12-month average price for 2023.

Neuilly-sur-Seine and Paris-La Défense, France, March 28, 2024

| | |
|---|---|
| /s/ PricewaterhouseCoopers Audit | /s/ ERNST & YOUNG Audit |
| We have served as the Company's auditor since 2022. | We have served as the Company's auditor since 2004. |

TotalEnergies SE

**Report of Independent Registered Public Accounting Firms on the Consolidated Financial Statements**

To the Shareholders and the Board of Directors,

Opinion on the Consolidated Financial Statements

We have audited, before the effects of the adjustments to retrospectively reflect the change in segment composition, and present the details of the adjustment items to net operating income, as described in Note 3, the accompanying consolidated balance sheet of TotalEnergies SE and its subsidiaries (the "Company") as of December 31, 2021, the related consolidated statements of income, comprehensive income, changes in shareholders' equity, and cash flows for the year then ended, and the related notes (collectively referred to as the " consolidated financial statements"). The 2021 consolidated financial statements before the effects of the adjustments to retrospectively reflect the change in segment composition, and present the details of the adjustment items to net operating income, as described in Note 3 are not presented herein.

In our opinion, the 2021 consolidated financial statements, before the effects of the adjustments to retrospectively reflect the change in segment composition, and present the details of the adjustment items to net operating income, as described in Note 3, present fairly, in all material respects, the financial position of the Company as of December 31, 2021, and the results of its operations and its cash flows for the year then ended, in conformity with International Financial Reporting Standards as adopted by the European Union and in conformity with International Financial Reporting Standards as issued by the International Accounting Standards Board.

KPMG Audit was not engaged to audit, review, or apply any procedures to the adjustments to retrospectively reflect the change in segment composition, and present the details of the adjustment items to net operating income, as described in Note 3, and, accordingly, KPMG Audit does not express an opinion or any other form of assurance about whether such adjustments are appropriate and have been properly applied. Those adjustments were audited by Ernst & Young Audit in 2023.

Basis for Opinion

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audit. We are public accounting firms registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud.

Our audit included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audit also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audit provides a reasonable basis for our opinion.

|  |  |
|---|---|
| KPMG Audit<br>*A division of KPMG S.A.*<br>Represented by | ERNST & YOUNG Audit |
| /s/ Jacques-François, Georges, Marie Lethu<br>Jacques-François, Georges, Marie Lethu<br>Partner | /s/ ERNST & YOUNG Audit |
| /s/ Eric, Valéry, Jean-Yves Jacquet<br>Eric, Valéry, Jean-Yves Jacquet<br>Partner | |

We or our predecessor firms have served as the Company's auditor from 1996 to 2022.
Paris-La Défense, France
March 16, 2022

We have served as the Company's auditor since 2004.
Paris-La Défense, France, March 16, 2022, except for Note 3, as to which the date is March 28, 2024

# Consolidated statement of income

**TotalEnergies**

| For the year ended December 31, (M$)[a] | | 2023 | 2022 | 2021 |
|---|---|---|---|---|
| **Sales** | *(Notes 3, 4, 5)* | **237,128** | **280,999** | **205,863** |
| Excise taxes | *(Notes 3 & 5)* | (18,183) | (17,689) | (21,229) |
| Revenues from sales | *(Notes 3 & 5)* | 218,945 | 263,310 | 184,634 |
| Purchases, net of inventory variation | *(Note 5)* | (143,041) | (169,448) | (118,622) |
| Other operating expenses | *(Note 5)* | (30,419) | (29,789) | (26,894) |
| Exploration costs | *(Note 5)* | (573) | (1,299) | (740) |
| Depreciation, depletion and impairment of tangible assets and mineral interests | *(Note 5)* | (12,762) | (12,221) | (13,556) |
| Other income | *(Note 6)* | 3,677 | 2,849 | 1,312 |
| Other expense | *(Note 6)* | (2,396) | (7,344) | (2,317) |
| Financial interest on debt | | (2,820) | (2,386) | (1,904) |
| Financial income and expense from cash & cash equivalents | | 1,801 | 1,143 | 379 |
| Cost of net debt | *(Note 15)* | (1,019) | (1,243) | (1,525) |
| Other financial income | *(Note 6)* | 1,285 | 896 | 762 |
| Other financial expense | *(Note 6)* | (731) | (533) | (539) |
| Net income (loss) from equity affiliates | *(Note 8)* | 1,845 | (1,892) | 3,438 |
| Income taxes | *(Note 11)* | (13,301) | (22,242) | (9,587) |
| **CONSOLIDATED NET INCOME** | | **21,510** | **21,044** | **16,366** |
| TotalEnergies share | | 21,384 | 20,526 | 16,032 |
| Non-controlling interests | | 126 | 518 | 334 |
| Earnings per share ($) | | 8.72 | 7.91 | 5.95 |
| Fully-diluted earnings per share ($) | | 8.67 | 7.85 | 5.92 |

(a) Except for per share amounts.

# Consolidated statement of comprehensive income

**TotalEnergies**

| For the year ended December 31, (M$) | | 2023 | 2022 | 2021 |
|---|---|---|---|---|
| **Consolidated net income** | | **21,510** | **21,044** | **16,366** |
| **Other comprehensive income** | | | | |
| Actuarial gains and losses | *(Note 10)* | (114) | 574 | 1,035 |
| Change in fair value of investments in equity instruments | *(Note 8)* | (11) | 112 | 66 |
| Tax effect | | (11) | (96) | (411) |
| Currency translation adjustment generated by the parent company | *(Note 9)* | 2,573 | (4,976) | (7,202) |
| **Items not potentially reclassifiable to profit and loss** | | **2,437** | **(4,386)** | **(6,512)** |
| Currency translation adjustment | *(Note 9)* | (3,277) | 1,734 | 4,216 |
| Cash flow hedge | *(Notes 15 & 16)* | 2,898 | (5,452) | 278 |
| Variation of foreign currency basis spread | *(Note 15)* | (11) | 65 | 2 |
| Share of other comprehensive income of equity affiliates, net amount | *(Note 8)* | (208) | 3,497 | 706 |
| Other | | (2) | (16) | (1) |
| Tax effect | | (730) | 1,449 | (135) |
| **Items potentially reclassifiable to profit and loss** | | **(1,330)** | **1,277** | **5,066** |
| **Total other comprehensive income (net amount)** | | **1,107** | **(3,109)** | **(1,446)** |
| **COMPREHENSIVE INCOME** | | **22,617** | **17,935** | **14,920** |
| *- TotalEnergies share* | | *22,534* | *17,419* | *14,616* |
| *- Non-controlling interests* | *(Note 9)* | *83* | *516* | *304* |

# Consolidated balance sheet

**TotalEnergies**

| As of December 31, (M$) | | 2023 | 2022 | 2021 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Non-current assets** | | | | |
| Intangible assets, net | *(Notes 4 & 7)* | 33,083 | 31,931 | 32,484 |
| Property, plant and equipment, net | *(Notes 4 & 7)* | 108,916 | 107,101 | 106,559 |
| Equity affiliates: investments and loans | *(Note 8)* | 30,457 | 27,889 | 31,053 |
| Other investments | *(Note 8)* | 1,543 | 1,051 | 1,625 |
| Non-current financial assets | *(Note 15)* | 2,395 | 2,731 | 2,404 |
| Deferred income taxes | *(Note 11)* | 3,418 | 5,049 | 5,400 |
| Other non-current assets | *(Note 6)* | 4,313 | 2,388 | 2,797 |
| **Total non-current assets** | | **184,125** | **178,140** | **182,322** |
| **Current assets** | | | | |
| Inventories, net | *(Note 5)* | 19,317 | 22,936 | 19,952 |
| Accounts receivable, net | *(Note 5)* | 23,442 | 24,378 | 21,983 |
| Other current assets | *(Note 5)* | 20,821 | 36,070 | 35,144 |
| Current financial assets | *(Note 15)* | 6,585 | 8,746 | 12,315 |
| Cash and cash equivalents | *(Note 15)* | 27,263 | 33,026 | 21,342 |
| Assets classified as held for sale | *(Note 2)* | 2,101 | 568 | 400 |
| **Total current assets** | | **99,529** | **125,724** | **111,136** |
| **TOTAL ASSETS** | | **283,654** | **303,864** | **293,458** |
| | | | | |
| **LIABILITIES & SHAREHOLDERS' EQUITY** | | | | |
| **Shareholders' equity** | | | | |
| Common shares | | 7,616 | 8,163 | 8,224 |
| Paid-in surplus and retained earnings | | 126,857 | 123,951 | 117,849 |
| Currency translation adjustment | | (13,701) | (12,836) | (12,671) |
| Treasury shares | | (4,019) | (7,554) | (1,666) |
| **Total shareholders' equity - TotalEnergies share** | *(Note 9)* | **116,753** | **111,724** | **111,736** |
| **Non-controlling interests** | | **2,700** | **2,846** | **3,263** |
| **Total shareholders' equity** | | **119,453** | **114,570** | **114,999** |
| **Non-current liabilities** | | | | |
| Deferred income taxes | *(Note 11)* | 11,688 | 11,021 | 10,904 |
| Employee benefits | *(Note 10)* | 1,993 | 1,829 | 2,672 |
| Provisions and other non-current liabilities | *(Note 12)* | 21,257 | 21,402 | 20,269 |
| Non-current financial debt | *(Note 15)* | 40,478 | 45,264 | 49,512 |
| **Total non-current liabilities** | | **75,416** | **79,516** | **83,357** |
| **Current liabilities** | | | | |
| Accounts payable | | 41,335 | 41,346 | 36,837 |
| Other creditors and accrued liabilities | *(Note 5)* | 36,727 | 52,275 | 42,800 |
| Current borrowings | *(Note 15)* | 9,590 | 15,502 | 15,035 |
| Other current financial liabilities | *(Note 15)* | 446 | 488 | 372 |
| Liabilities directly associated with the assets classified as held for sale | *(Note 2)* | 687 | 167 | 58 |
| **Total current liabilities** | | **88,785** | **109,778** | **95,102** |
| **TOTAL LIABILITIES & SHAREHOLDERS' EQUITY** | | **283,654** | **303,864** | **293,458** |

# Consolidated statement of cash flow

**TotalEnergies**

| For the year ended December 31, (M$) | | 2023 | 2022 | 2021 |
|---|---|---|---|---|
| **CASH FLOW FROM OPERATING ACTIVITIES** | | | | |
| Consolidated net income | | 21,510 | 21,044 | 16,366 |
| Depreciation, depletion, amortization and impairment | *(Note 5.3)* | 13,818 | 13,680 | 14,343 |
| Non-current liabilities, valuation allowances, and deferred taxes | *(Note 5.5)* | 813 | 4,594 | 962 |
| (Gains) losses on disposals of assets | | (3,452) | 369 | (454) |
| Undistributed affiliates' equity earnings | | 649 | 6,057 | (667) |
| (Increase) decrease in working capital | *(Note 5.5)* | 6,091 | 1,191 | (616) |
| Other changes, net | | 1,250 | 432 | 476 |
| **Cash flow from operating activities** | | **40,679** | **47,367** | **30,410** |
| **CASH FLOW USED IN INVESTING ACTIVITIES** | | | | |
| Intangible assets and property, plant and equipment additions | *(Note 7)* | (17,722) | (15,690) | (12,343) |
| Acquisitions of subsidiaries, net of cash acquired | | (1,772) | (94) | (321) |
| Investments in equity affiliates and other securities | | (3,477) | (3,042) | (2,678) |
| Increase in non-current loans | | (1,889) | (976) | (1,247) |
| **Total expenditures** | | **(24,860)** | **(19,802)** | **(16,589)** |
| Proceeds from disposals of intangible assets and property, plant and equipment | | 3,789 | 540 | 770 |
| Proceeds from disposals of subsidiaries, net of cash sold | | 3,561 | 835 | 269 |
| Proceeds from disposals of non-current investments | | 490 | 577 | 722 |
| Repayment of non-current loans | | 566 | 2,734 | 1,172 |
| **Total divestments** | | **8,406** | **4,686** | **2,933** |
| **Cash flow used in investing activities** | | **(16,454)** | **(15,116)** | **(13,656)** |
| **CASH FLOW FROM FINANCING ACTIVITIES** | | | | |
| Issuance (repayment) of shares: | | | | |
| – Parent company shareholders | | 383 | 370 | 381 |
| – Treasury shares | | (9,167) | (7,711) | (1,823) |
| Dividends paid: | | | | |
| – Parent company shareholders | | (7,517) | (9,986) | (8,228) |
| – Non-controlling interests | | (311) | (536) | (124) |
| Net issuance of perpetual subordinated notes | *(Note 9)* | (1,081) | – | 3,248 |
| Payments on perpetual subordinated notes | *(Note 9)* | (314) | (339) | (313) |
| Other transactions with non-controlling interests | | (126) | (49) | 652 |
| Net issuance (repayment) of non-current debt | *(Note 15)* | 130 | 1,108 | (359) |
| Increase (decrease) in current borrowings | | (14,289) | (6,073) | (10,856) |
| Increase (decrease) in current financial assets and liabilities | *(Note 15)* | 2,562 | 3,944 | (8,075) |
| **Cash flow from / (used in) financing activities** | | **(29,730)** | **(19,272)** | **(25,497)** |
| **NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS** | | **(5,505)** | **12,979** | **(8,743)** |
| Effect of exchange rates | | (258) | (1,295) | (1,183) |
| Cash and cash equivalents at the beginning of the period | | 33,026 | 21,342 | 31,268 |
| **CASH AND CASH EQUIVALENTS AT THE END OF THE PERIOD** | *(Note 15)* | **27,263** | **33,026** | **21,342** |

# Consolidated statement of changes in shareholders' equity

**TotalEnergies**

| (M$) | Common shares issued Number | Amount | Paid-in surplus and retained earnings | Currency translation adjustment | Treasury shares Number | Amount | Shareholders' equity - TotalEnergies share | Non-controlling interests | Total shareholders' equity |
|---|---|---|---|---|---|---|---|---|---|
| **As of January 1, 2021** | **2,653,124,025** | **8,267** | **107,078** | **(10,256)** | **(24,392,703)** | **(1,387)** | **103,702** | **2,383** | **106,085** |
| Net income 2021 | – | – | 16,032 | – | – | – | 16,032 | 334 | 16,366 |
| Other comprehensive income | – | – | 991 | (2,407) | – | – | (1,416) | (30) | (1,446) |
| **Comprehensive income** | **–** | **–** | **17,023** | **(2,407)** | **–** | **–** | **14,616** | **304** | **14,920** |
| Dividend | – | – | (8,200) | – | – | – | (8,200) | (124) | (8,324) |
| Issuance of common shares | 10,589,713 | 31 | 350 | – | – | – | 381 | – | 381 |
| Purchase of treasury shares | – | – | – | – | (37,306,005) | (1,823) | (1,823) | – | (1,823) |
| Sale of treasury shares(a) | – | – | (216) | – | 4,573,195 | 216 | – | – | – |
| Share-based payments | – | – | 143 | – | – | – | 143 | – | 143 |
| Share cancellation | (23,284,409) | (74) | (1,254) | – | 23,284,409 | 1,328 | – | – | – |
| Net issuance (repayment) of perpetual subordinated notes | – | – | 3,254 | – | – | – | 3,254 | – | 3,254 |
| Payments on perpetual subordinated notes | – | – | (368) | – | – | – | (368) | – | (368) |
| Other operations with non-controlling interests | – | – | 30 | (6) | – | – | 24 | 689 | 713 |
| Other items | – | – | 9 | (2) | – | – | 7 | 11 | 18 |
| **As of December 31, 2021** | **2,640,429,329** | **8,224** | **117,849** | **(12,671)** | **(33,841,104)** | **(1,666)** | **111,736** | **3,263** | **114,999** |
| Net income 2022 | – | – | 20,526 | – | – | – | 20,526 | 518 | 21,044 |
| Other comprehensive income | – | – | (2,933) | (174) | – | – | (3,107) | (2) | (3,109) |
| **Comprehensive income** | **–** | **–** | **17,593** | **(174)** | **–** | **–** | **17,419** | **516** | **17,935** |
| Dividend | – | – | (9,989) | – | – | – | (9,989) | (536) | (10,525) |
| Issuance of common shares | 9,367,482 | 26 | 344 | – | – | – | 370 | – | 370 |
| Purchase of treasury shares | – | – | – | – | (140,207,743) | (7,711) | (7,711) | – | (7,711) |
| Sale of treasury shares(a) | – | – | (318) | – | 6,195,654 | 318 | – | – | – |
| Share-based payments | – | – | 229 | – | – | – | 229 | – | 229 |
| Share cancellation | (30,665,526) | (87) | (1,418) | – | 30,665,526 | 1,505 | – | – | – |
| Net issuance (repayment) of perpetual subordinated notes | – | – | (44) | – | – | – | (44) | – | (44) |
| Payments on perpetual subordinated notes | – | – | (331) | – | – | – | (331) | – | (331) |
| Other operations with non-controlling interests | – | – | 45 | 9 | – | – | 54 | 37 | 91 |
| Other items | – | – | (9) | – | – | – | (9) | (434) | (443) |
| **As of December 31, 2022** | **2,619,131,285** | **8,163** | **123,951** | **(12,836)** | **(137,187,667)** | **(7,554)** | **111,724** | **2,846** | **114,570** |
| Net income 2023 | – | – | 21,384 | – | – | – | 21,384 | 126 | 21,510 |
| Other comprehensive income | – | – | 1,987 | (837) | – | – | 1,150 | (43) | 1,107 |
| **Comprehensive income** | **–** | **–** | **23,371** | **(837)** | **–** | **–** | **22,534** | **83** | **22,617** |
| Dividend | – | – | (7,611) | – | – | – | (7,611) | (311) | (7,922) |
| Issuance of common shares | 8,002,155 | 22 | 361 | – | – | – | 383 | – | 383 |
| Purchase of treasury shares | – | – | – | – | (144,700,577) | (9,167) | (9,167) | – | (9,167) |
| Sale of treasury shares(a) | – | – | (396) | – | 6,463,426 | 396 | – | – | – |
| Share-based payments | – | – | 291 | – | – | – | 291 | – | 291 |
| Share cancellation | (214,881,605) | (569) | (11,737) | – | 214,881,605 | 12,306 | – | – | – |
| Net issuance (repayment) of perpetual subordinated notes | – | – | (1,107) | – | – | – | (1,107) | – | (1,107) |
| Payments on perpetual subordinated notes | – | – | (294) | – | – | – | (294) | – | (294) |
| Other operations with non-controlling interests | – | – | 30 | (28) | – | – | 2 | 85 | 87 |
| Other items | – | – | (2) | – | – | – | (2) | (3) | (5) |
| **AS OF DECEMBER 31, 2023** | **2,412,251,835** | **7,616** | **126,857** | **(13,701)** | **(60,543,213)** | **(4,019)** | **116,753** | **2,700** | **119,453** |

(a) Treasury shares related to the performance share grants.

Changes in equity are detailed in Note 9.

**TotalEnergies**

# Notes to the Consolidated Financial Statements

| | |
|---|---|
| **Basis of preparation of the consolidated financial statements** | **F-15** |
| **Major judgments and accounting estimates** | **F-15** |
| **Judgments in case of transactions not addressed by any accounting standard or interpretation** | **F-20** |
| **NOTE 1 General accounting principles** | **F-21** |
| **NOTE 2 Changes in TotalEnergies' perimeter** | **F-22** |
| **NOTE 3 Business segment information** | **F-23** |
| **NOTE 4 Segment information by geographical area** | **F-31** |
| **NOTE 5 Main items related to operating activities** | **F-32** |
| **NOTE 6 Other items from operating activities** | **F-37** |
| **NOTE 7 Intangible and tangible assets** | **F-39** |
| **NOTE 8 Equity affiliates, other investments and related parties** | **F-43** |
| **NOTE 9 Shareholders' equity and share-based payments** | **F-48** |
| **NOTE 10 Payroll, staff and employee benefits obligations** | **F-55** |
| **NOTE 11 Income taxes** | **F-58** |
| **NOTE 12 Provisions and other non-current liabilities** | **F-60** |
| **NOTE 13 Off balance sheet commitments and lease contracts** | **F-63** |
| **NOTE 14 Financial assets and liabilities analysis per instrument class and strategy** | **F-67** |
| **NOTE 15 Financial structure and financial costs** | **F-69** |
| **NOTE 16 Financial instruments related to commodity contracts** | **F-84** |
| **NOTE 17 Post closing events** | **F-87** |
| **NOTE 18 Consolidation scope** | **F-88** |

On February 6, 2024, the Board of Directors established and authorized the publication of the Consolidated Financial Statements of TotalEnergies SE for the year ended December 31, 2023, which will be submitted for approval to the Shareholders' Meeting to be held on May 24, 2024.

# Basis of preparation of the consolidated financial statements

The Consolidated Financial Statements of TotalEnergies SE and its subsidiaries (the Company) are presented in U.S. dollars and have been prepared on the basis of IFRS (International Financial Reporting Standards) as adopted by the European Union and IFRS as issued by the IASB (International Accounting Standard Board) as of December 31, 2023.

The accounting principles applied for the consolidated financial statements at December 31, 2023, were the same as those that were used for the financial statements at December 31, 2022, except for amendments and interpretations of IFRS which were mandatory for the periods beginning after January 1, 2023. Their application did not have a significant impact on the financial statements as of December 31, 2023.

The international tax reform Pillar 2, which will be applicable in France from January 1, 2024, introduces a minimum tax rate of 15% on the profits of companies in each of their operating countries. TotalEnergies has set up a working group to assess the expected impacts of this reform. Given the high tax rates in its operating countries and the anticipated legislative and regulatory changes in some host countries, the Company does not expect the application of this minimum tax to result in the payment of additional tax in France.

# Major judgments and accounting estimates

The preparation of financial statements in accordance with IFRS for the closing as of December 31, 2023 requires the General Management to make estimates, assumptions and judgments that affect the information reported in the Consolidated Financial Statements and the Notes thereto.

These estimates, assumptions and judgments are based on historical experience and other factors believed to be reasonable at the date of preparation of the financial statements. They are reviewed on an on-going basis by General Management and therefore could be revised as circumstances change or as a result of new information.

Different estimates, assumptions and judgments could significantly affect the information reported, and actual results may differ from the amounts included in the Consolidated Financial Statements and the Notes thereto.

The following summary provides further information about the key estimates, assumptions and judgments that are involved in preparing the Consolidated Financial Statements and the Notes thereto. It should be read in conjunction with the sections of the Notes mentioned in the summary.

> ➤ **Estimation of hydrocarbon reserves**

The estimation of oil and gas reserves is a key factor in the Successful Efforts method used by TotalEnergies to account for its oil and gas activities.

TotalEnergies' oil and gas reserves are estimated by TotalEnergies' petroleum engineers in accordance with industry standards and SEC (*U.S. Securities and Exchange Commission*) regulations.

Proved oil and gas reserves are those quantities of oil and gas, which, by analysis of geosciences and engineering data, can be determined with reasonable certainty to be recoverable (from a given date forward, from known reservoirs, and under existing economic conditions, operating methods, and government regulations), prior to the time at which contracts providing the rights to operate expire, unless evidence indicates that renewal is reasonably certain, regardless of whether deterministic or probabilistic methods are used for the estimation.

Proved oil and gas reserves are calculated using a 12-month average price determined as the unweighted arithmetic average of the first-day-of-the-month price for each month of the relevant year unless prices are defined by contractual arrangements, excluding escalations based upon future conditions. TotalEnergies reassesses its oil and gas reserves at least once a year on all its properties.

The Successful Efforts method and the mineral interests and property, plant and equipment of exploration and production are presented in Note 7 "Intangible and tangible assets".

> ➤ **Impairment of property, plant and equipment, intangible assets and goodwill**

As part of the determination of the recoverable value of assets for impairment (IAS 36), the estimates, assumptions and judgments mainly concern hydrocarbon prices scenarios, operating costs, production volumes and oil and gas proved and probable reserves, refining margins and product marketing conditions (mainly petroleum, petrochemical and chemical products as well as renewable industry products). The estimates and assumptions used by the executive management are determined in specialized internal departments in light of economic conditions and external expert analysis. The discount rate is reviewed annually.

In 2020, in line with its new Climate Ambition announced on May 5, 2020, which aims at carbon neutrality, TotalEnergies had reviewed its oil assets that could be qualified as "stranded", and therefore had decided to impair its oil sands assets in Canada sold in 2023.

Impairment of assets and the method applied are described in Note 3 "Business segment information".

> ➤ **Asset retirement obligations**

Asset retirement obligations, which result from a legal or constructive obligation, are recognized based on a reasonable estimate in the period in which the obligation arises.

This estimate is based on information available in terms of costs and work program. It is regularly reviewed to take into account the changes in laws and regulations, the estimates of reserves and production, the analysis of site conditions and technologies.

The discount rate is reviewed annually.

Asset retirement obligations and the method used are described in Note 12 "Provisions and other non-current liabilities".

➢ **Climate change and energy transition**

Climate change and the energy transition were considered in preparing the Consolidated Financial Statements. They may have significant impacts on the value of TotalEnergies's assets and liabilities mentioned below, and on similar assets and liabilities that may be recognized in the future.

TotalEnergies supports the goals of the 2015 Paris Agreement, which calls for reducing greenhouse gas emissions in the context of sustainable development and the fight against poverty, and which aims to keep the increase in average global temperatures well below 2°C compared to pre-industrial levels.

TotalEnergies wants to rise to the dual challenge of meeting the energy needs of a growing world population while reducing global warming, and play an active role in the ongoing energy transition of the word. The Company is thus implementing its transition strategy aimed at ensuring the growth of its energy production to reach a sales mix of 30% oil, 50% gas and 20% electricity and low-carbon molecules by 2030, with carbon intensity (scope 1+2+3) decreasing by 25% compared to 2015.

TotalEnergies has embedded the changing energy markets into its strategy by investing in renewables and electricity, developing the production of biofuels, biogas and low-carbon hydrogen, favoring the use of natural gas, the transition fuel whose flexibility offers a lower carbon alternative to coal for electricity production and helps to mitigate the intermittency of solar and wind energies, targeting its investments in low-cost and low-emission oil, and developing nature-based carbon storage solutions as well as $CO_2$ capture and sequestration.

TotalEnergies is committed to reducing its carbon footprint caused by the production, processing and supply of energy to its customers. Although the pace of the transition will depend on public policy, consumption patterns and resulting demand, TotalEnergies has set itself the mission to offer its customers energy products that are affordable and generate less $CO_2$ and to support its partners and suppliers in their own low-carbon strategies.

TotalEnergies' ambition is to get to Net Zero by 2050, together with society. As in 2021 and 2022, the Board of Directors submitted a Sustainability & Climate - Progress Report 2023 to a consultative vote of the Shareholders of TotalEnergies at the Combined Shareholders' Meeting. This report gives an account of the progress made in the implementation of the Company's ambition in terms of sustainable development and energy transition towards carbon neutrality, and with regards to its related objectives for 2030, and it also completes this ambition (resolution approved by 89% of votes).

TotalEnergies evaluates the solidity of its portfolio, particularly new material capital expenditure investments, on the basis of relevant scenarios and sensitivity tests. Each material capex investment, including in the exploration, acquisition or development of oil and gas resources, as well as in other energies and technologies, is subject to an evaluation that takes into consideration the objectives of the Paris Agreement, each new investment thus enhancing the resilience of the Company's portfolio.

Economic criteria are analyzed as part of a price scenario for oil and gas that is compatible with the Paris agreement goals (Brent at 50$/b under the IEA APS scenario and Henry Hub at $3 per Mbtu). Even if $CO_2$ pricing does not currently apply in all of the Company's host countries, TotalEnergies includes as a base case in its investment criteria a minimum $CO_2$ price of 100$/t (or the applicable price in a given country, if it is higher), and beyond 2029, the $CO_2$ price is inflated by 2% per year. For investments in upstream oil & gas projects, TotalEnergies focuses on value creation and cash generation over volume, and the Company prioritizes projects with low technical costs (less than $20/b for operating costs plus investment costs) or low-breakeven points (less than $30/b, taxes included) and a profitability that exceeds an internally defined threshold. Carbon Capture and Storage (CCS) and Nature Based Solutions (NBS) projects are evaluated on the basis of the actual cost of one ton of $CO_2$ (internal threshold in $/tCO_2$). As for projects in renewable energies, they are evaluated on their ability to generate a return on equity higher than 10%.

All oil and gas projects must help to lower the average intensity of greenhouse gas emissions (Scope 1+2) in their respective category. Currently, that means:

– for new oil and gas projects (greenfield and acquisitions), the intensity of Scope 1+2 greenhouse gas emissions is compared, depending on their nature, to the intensity of the average greenhouse gas emissions of the Company's upstream production assets or that of various downstream units (LNG plants, refineries).
– for additional investments in existing assets (brownfield projects), the investment must lower the Scope 1+2 emissions intensity of the asset in question.
– for projects involving other energies and technologies (biofuels, biogas, CCS, etc.), the greenhouse-gas emissions reductions are assessed based on their contribution to reducing the Company's emissions.

Besides, as described in Note 3.C "Asset impairment", in order to ensure the resilience of its assets recognized on the balance sheet, the oil price trajectory retained by the Company for the computation of its impairments converges in the long term towards the price retained in 2050 by the IEA's NZE scenario, i.e. $25.5_{2023}$/b; the prices retained for gas, the transition fuel, stabilize between now and 2027 and until 2040 at lower levels than current prices and converge towards the IEA's NZE scenario prices in 2050.

The strategy is implemented in the long-term plan of the Company, which is forecasted for a 5-year period, updated every year, and approved by the Board of Directors.

It reflects the economic environment, the ambition of the Company on carbon neutrality (Net Zero emissions) together with society, the related targets by 2030 and the current dynamics of energy transition, knowing that there is still significant uncertainty on the path to energy transition that the various countries will take.

The financial statements of TotalEnergies are prepared in coherence with the main technical and economic assumptions of the long-term plan and the objectives stated above.

They are also sensitive to various environmental considerations, including oil & gas prices and refining margins, as well as technical parameters, such as the estimation of hydrocarbons reserves. In particular, the selected assumptions and estimates have an impact on hydrocarbons reserves, the useful life of assets, the impairment of assets and provisions.

*Asset impairment*

The energy transition is likely to have an impact on future oil and gas prices and therefore on the recoverable amount of intangible assets and property, plant and equipment in the oil and gas industry.

The principles applied in determining the recoverable amounts are as follows:

- The future cash flows were determined using the assumptions included in the 2024 budget and in the long-term plan of the Company approved by the Executive Committee and the Board of Directors. These assumptions, in particular including operational costs, estimation of oil and gas reserves, future volumes produced and marketed, represent the best estimate from the Company Management of economic and technical conditions over the remaining life of the assets.

- The Company, notably relying on data on global energy demand from the "World Energy Outlook" issued by the IEA since 2016, and on its own supply and demand assessments, determines oil & gas prices scenarios based on assumptions about the evolution of core indicators of the upstream activity (demand for hydrocarbons in different markets, investment forecasts, decline in production fields, changes in oil & gas reserves and supply by area and by nature of oil & gas products), of the downstream activity (changes in refining capacity and demand for petroleum products) and by integrating "climate" challenge.

- These price scenarios, first prepared within the Strategy & Markets Division, are also reviewed with the Company segments which bring their own expertise. They also integrate studies issued by international agencies, banks and independent consultants. They are then approved by the Executive Committee and the Board of Directors.

- The IEA 2023 World Energy Outlook anticipates three scenarios that are key references for the Company: the STEPS (Stated Policies Scenario) and APS (Announced Pledges Scenario) for the short/mid-term and the NZE (Net Zero Emissions by 2050) for the long-term.

- The STEPS only includes climate actions already implemented to date around the world and those under development. The APS also takes into account climate ambitions declared to date in the world, including the NDCs (Nationally Determined Contributions) and carbon neutrality ambitions. According to the IEA, it is associated with a temperature increase of around 1.7°C. This scenario is compatible with the objective of the Paris Agreement to limit the temperature increase to "well below 2°C".

   The IEA's NZE is understood as the set of actions to be compatible with a 1.5°C scenario in 2050 (without overshooting). This normative scenario does not predict oil demand in the short and medium term, and therefore the price scenarios it proposes, particularly in the short and medium term, do not include a "realistic" evolution of demand. In fact, this scenario predicts that oil demand will peak in 2023 and fall by 20% between 2022 and 2030, whereas, according to the latest projections from the IEA, oil demand in 2024 will be higher than in 2023 and will continue to grow until 2028. According to the projections of other energy companies and consultants, demand would rather being to decline toward 2030 (the Oil peak at Wood MacKenzie in 2032, at HIS inflections in 2028).

- Beyond the 2020-2030 decade, the oil price trajectory retained by the Company converges in the long term, to the price retained in 2050 by the IEA's NZE scenario, i.e $25.5_{2023}$/b. The prices retained for gas, the transition fuel, stabilize until 2040 at lower levels than the current prices and converge towards the IEA's NZE scenario prices in 2050.

The oil price trajectories adopted by the Company are based on the following assumptions:

- Oil demand has experienced sustained growth after the Covid crisis as the global economic recovery generated strong tensions on energy prices from mid-2021 onwards, which exacerbated in 2022 by the war in Ukraine. Despite the risks of recession in Europe in particular, global liquid demand in 2024 should be higher than in 2019 pre-crisis, notably due to the end of lockdown measures in China which allowed the restart of industrial activity. It should continue to grow until 2030, in a context of sustained growth in global energy demand. Indeed, population growth and rising living standards, particularly in emerging countries, should sustain oil consumption, despite the gradual electrification of transport and efficiency gains in combustion engines, mainly in developed countries.

   In this context, prices would remain supported in the short term by historic production cuts decided (and implemented) by OPEC+ members. In the United States, production in 2023 is expected to be higher than in 2019, and capacities for further growth in shale oil in subsequent years seem to be a consensus. However, recent sector consolidation (Permian, DJ and Bakken) should strengthen discipline on the profitability of these investments and thus contain growth.

- The price trajectory used reflects the Company's analysis that the weakness of investment oil upstream since 2015 oil crisis and accentuated by the health and economic crisis of 2020 (-30% according to the IEA), and the natural decline of fields currently in production, leads to a global supply-demand balance that will remain tight until 2030. Thus in the scenario used, the Brent price stabilizes at $70_{2023}$/b from 2025 to 2030. The developments observed in 2023, in particular the post-Covid demand recovery in China and the production cuts of OPEC+, justify this price level from 2025.

- Beyond 2030, given technological developments, particularly in the transport sector, oil demand should have reached its peak and the selected price scenario decreases linearly to reach $50_{2023}$/b in 2040 and then $25.5_{2023}$/b in 2050, in line with the NZE scenario.

   The average Brent prices over the period 2024-2050 thus stands at $53.8_{2023}$/b.

For natural gas, the transition fuel, the price trajectory adopted by the Company is based on the following assumptions:

- Natural gas demand in 2021 has exceeded its pre-crisis level with very strong tensions on prices in Europe and, by extension, in Asia through LNG prices, as a result of the cuts in Russian pipe gas importation that began at the end of 2021 and continued in 2022 with the complete shutdown of the Nordstrom. Global gas demand in 2022 was almost at the same level as in 2021. Global demand in 2023 is expectd to be at the same level as in 2022 with the recourse to American LNG to replace Russian gas in Europe, still in competition with Asia. Gas prices in Asia and Europe have returned to much lower levels than the exceptionally high prices reached in the third quarter of 2022 but remain higher than before the crisis. The price of gas in the United States did not experience such a sharp increase in 2022 and has since stabilized.

   The Company anticipates in 2024 higher prices than before the crisis on the Asia, Europe and slightly on the USA hubs. Thereafter, natural gas demand would be driven by the same fundamentals as oil (decrease in Europe but resistance in Asia-Pacific), plus its substitution for coal in power generation and by its role as a flexible and controllable source to mitigate the intermittent use and seasonality of renewable energies. The abundant global supply and the growth of liquefied natural gas would, however, limit the potential for higher gas prices. Beyond 2040, with the development of renewables including storage and hydrogen, gas demand is expected to stabilize.

In this context, the gas price level used to determine the value in use of the CGUs concerned is as follows:

On the NBP quotation (Europe): $14.7$_{2023}$/Mbtu in 2024, $12.5$_{2023}$/Mbtu in 2025, $10.2$_{2023}$/Mbtu in 2026, then $8$_{2023}$/Mbtu between 2027 and 2040.

On the Henry Hub quotation (United States): $3$_{2023}$/Mbtu between 2024 and 2040.

On the DES Japan (Asia) quotation: $15.7$_{2023}$/Mbtu in 2024, $13.5$_{2023}$/Mbtu in 2025, $11.2$_{2023}$/Mbtu in 2026, then $9$_{2023}$/Mbtu between 2027 and 2040.

From 2040 onwards, the price trajectory converges towards the price retained in 2050 by the NZE scenario, i.e. $4.2$_{2023}$/Mbtu for NBP, $2.0$_{2023}$/Mbtu for Henry Hub and $5.4$_{2023}$/Mbtu DES Japan (Asia).

The future operational costs were determined by taking into account the existing technologies, the fluctuation of prices for petroleum services in line with market developments and the internal cost reduction programs effectively implemented.

The determination of value in use also takes into account on all identified assets the impact of their $CO_2$ emissions. Future scope 1 and 2 emissions of the assets concerned over the life of the assets are valued at $100/t or the applicable price in a given country, if it is higher. Beyond 2029, the $CO_2$ price is inflated by 2% per year.

The future cash flows are estimated over a period consistent with the life of the assets of the CGUs. They are prepared post-tax and take into account specific risks related to the CGUs' assets. They are discounted using an 8% post-tax discount rate, this rate being the weighted-average cost of TotalEnergies capital estimated from historical market data. This rate was 8% in 2022 and 7% in 2021. The value in use calculated by discounting the above post-tax cash flows using an 8% post-tax discount rate is not materially different from the value in use calculated by discounting pre-tax cash flows using a pre-tax discount rate determined by an iterative computation from the post-tax value in use. These pre-tax discount rates generally range from 7% to 14%.

Asset impairments are subject to sensitivity testing. In particular, upstream assets are tested as follows:

- Decreases of -10% and -20% in the hydrocarbon's prices, over the duration of the price scenario.

- Consideration of a $CO_2$ cost of $200/t, inflated by 2% per year beyond 2029 for all assets.

- Increase or decrease of 1% in the discount rate of future cash flows.

Finally, TotalEnergies also reviewed its upstream assets that can be qualified as "stranded", meaning with reserves beyond 20 years and high production costs, whose overall reserves may therefore not be produced by 2050. The only projects concerned were the Fort Hills and Surmont oil sands projects in Canada that TotalEnergies sold in 2023.

The Company's strategy of focusing new oil investments on low carbon intensity projects and low cost of production also led it to exit from extra heavy crude oil assets in Venezuela's Orinoco Belt in 2021.

The characteristics of TotalEnergies' portfolio mitigate the risk of having stranded assets in the future if a structural decline in demand for hydrocarbons occurs due to stricter global environmental regulations and constraints and a resulting change in consumer preferences.

The Company will continue to review price assumptions as the energy transition progresses and this may result in additional impairment charges in the future.

The effect of asset impairments on TotalEnergies' financial statements and the associated sensitivity calculations are detailed in Note 3.C "Asset impairment".

*Exploration assets*

The energy transition could affect the future development or economic viability of certain exploration assets.

TotalEnergies applies IFRS 6 "Exploration for and Evaluation of Mineral Resources". Oil and gas exploration and production properties and assets are accounted for in accordance with the Successful Efforts method.

Exploratory wells are capitalized and tested for impairment on an individual basis as follows:

- Costs of exploratory wells which result in proved reserves are capitalized and then depreciated using the unit-of-production method based on proved developed reserves;

- Costs of exploratory wells are capitalized as work in progress until proved reserves have been found, if both of the following conditions are met:

  - The well has found a sufficient quantity of reserves to justify, if appropriate, its completion as a producing well, assuming that the required capital expenditures are made.

  - TotalEnergies is making sufficient progress assessing the reserves and the economic and operating viability of the project. This progress is evaluated on the basis of indicators such as whether additional exploratory works are under way or firmly planned (wells, seismic or significant studies), whether costs are being incurred for development studies and whether TotalEnergies is waiting for governmental or other third-party authorization on a proposed project, or availability of capacity on an existing transport or processing facility.

Costs of exploratory wells not meeting these conditions are charged to exploration costs.

These assets will continue to be carefully reviewed as the energy transition progresses, in line with the resulting capital expenditure allocation policy.

The effect of exploration activities on the financial statements of TotalEnergies is detailed in Note 7.2 "Property, plant and equipment".

*Intangible and tangible assets - depreciation and useful lives*

The energy transition may curtail the useful life of oil and gas assets, thereby increasing the annual depreciation charges related to these assets.

The following accounting principles are applied to the hydrocarbon production assets of exploration and production activities:

- Unproved mineral interests are tested for impairment based on the results of the exploratory activity or as part of the impairment tests of the cash-generating units to which they are allocated.

- Unproved mineral interests are transferred to proved mineral interests at their net book value as soon as proved reserves are booked.

- Proved mineral interests are depreciated using the unit-of-production method based on proved reserves. The corresponding expense is recorded as depreciation of tangible assets and mineral interests.

- Development costs of oil and gas production facilities are capitalized. These costs include borrowing costs incurred during the period of construction and the present value of estimated future costs of asset retirement obligations.

- The depletion rate of development wells and of production assets is equal to the ratio of oil and gas production for the period to proved developed reserves (unit-of-production method).

In the event that, due to the price effect on reserves evaluation, the unit-of-production method does not reflect properly the useful life of the asset, an alternative depreciation method is applied based on the reserves evaluated with the price of the previous year. As of December 31, 2023, 2022 and 2021, this alternative method is not applied as, given the price used to assess the reserves, the unit-of-production method correctly reflects the useful life of the assets.

With respect to phased development projects or projects subject to progressive well production start-up, the fixed assets' depreciable amount, excluding production or service wells, is adjusted to exclude the portion of development costs attributable to the undeveloped reserves of these projects.

With respect to production sharing contracts, the unit-of-production method is based on the portion of production and reserves assigned to TotalEnergies taking into account estimates based on the contractual clauses regarding the reimbursement of exploration, development and production costs (cost oil/gas) as well as the sharing of hydrocarbon rights after deduction of cost oil (profit oil/gas).

Hydrocarbon transportation and processing assets are depreciated using the unit-of-production method based on throughput or by using the straight-line method whichever best reflects the economic life of the asset.

Given the characteristics of the Company's portfolio of oil & gas assets, its current value on the balance sheet will be almost entirely depreciated by 2040.

Consequently, TotalEnergies does not anticipate significant changes in the useful life of its existing oil and gas assets that would represent an element of significant judgment impacting its consolidated accounts in the future.

The impact of the depreciation of oil and gas assets on the financial statements of TotalEnergies is detailed in Notes 7.1 "Intangible assets" and 7.2 "Property, plant and equipment".

***Asset retirement obligations***

The energy transition may bring forward asset retirement obligations of certain oil and gas assets, thereby increasing the present value of the associated provisions.

Asset retirement obligations, which result from a legal or constructive obligation, are recognized based on a reasonable estimate in the period in which the obligation arises.

The associated asset retirement costs are capitalized as part of the carrying amount of the underlying asset and depreciated over the useful life of this asset.

An entity is required to measure changes in the liability for an asset retirement obligation due to the passage of time (accretion) by applying a discount rate to the amount of the liability. Given the long-term nature of expenditures related to our asset retirement obligations, the rate is determined by reference to the rates of high quality AA-rated corporate bonds on the USD area for a long-term horizon. The increase of the provision due to the passage of time is recognized as "Other financial expense".

The discount rate used for the valuation of asset retirement obligation is 5% in 2023, it was 4% in 2022 and 3% in 2021 (the expenses are estimated at current currency values with an inflation rate of 2% in 2023 and 2022 and 1.5% in 2021).

In upstream activities, in application of its internal procedures, TotalEnergies regularly reviews, on an asset-by-asset basis, the estimate of its future asset retirement costs, as well as the date at which work will be performed. The assets and liabilities recognized in respect of retirement obligations under these rules as described in Note 12.1 "Provisions and other non-current liabilities" are adjusted accordingly.

The Company will continue to review its estimates of both costs and the maturity of commitments on a regular basis and will take into account any significant impact that may result from changes in these parameters in the future.

The effect of the asset retirement obligations on the financial statements of TotalEnergies and the associated sensitivity calculations are detailed in Note 12.1 "Provisions and other non-current liabilities". A maturity schedule of these obligations is presented in Note 13.1 "Off-balance sheet commitments and contractual obligations".

➢ **Income Taxes**

A tax liability is recognized when in application of a tax regulation, a future payment is considered probable and can be reasonably estimated. The exercise of judgment is required to assess the impact of new events on the amount of the liability.

Deferred tax assets are recognized in the accounts to the extent that their recovery is considered probable. The amount of these assets is determined after taking into account deferred tax liabilities with comparable maturity, arising from the same entities and tax regimes. It takes into account existing taxable profits and future taxable profits which estimation is inherently uncertain and subject to change over time. The exercise of judgment is required to assess the impact of new events on the value of these assets and including changes in estimates of future taxable profits and the deadlines for their use.

In addition, these tax positions may depend on interpretations of tax laws and regulations in the countries where TotalEnergies operates. These interpretations may have uncertain nature. Depending on the circumstances, they are final only after negotiations or resolution of disputes with authorities that can last several years.

Incomes taxes and the accounting methods are described in Note 11 "Income taxes".

➢ **Employee benefits**

The benefit obligations and plan assets can be subject to significant volatility due in part to changes in market values and actuarial assumptions. These assumptions vary between different pension plans and thus take into account local conditions. They are determined following a formal process involving expertise and TotalEnergies internal judgments, in financial and actuarial terms, and also in consultation with actuaries and independent experts.

The assumptions for each plan are reviewed annually and adjusted if necessary to reflect changes from the experience and actuarial advice. The discount rate is reviewed quarterly.

Payroll, staff and employee benefits obligations and the method applied are described in Note 10 "Payroll, staff and employee benefits obligations".

➢ **Russian-Ukrainian conflict**

Russian assets were fully impaired in 2022, with the exception of the shares held in the Yamal LNG company. In total, the impact of impairments and provisions recorded in 2022 due to the Russo-Ukrainian conflict amounted to $(14,756) million in TotalEnergies' net result.

On **November 2, 2023**, the Arctic LNG 2 company was placed under sanctions by the U.S. authorities. TotalEnergies initiated the contractual suspension procedure provided for in the Arctic LNG 2 shareholders' agreement and that of force majeure for the LNG purchase contract from Arctic LNG 2. These procedures, upon their notification, resulted in the suspension of TotalEnergies' rights and obligations under these agreements, thus implying in particular the suspension of the participation of TotalEnergies' representatives in the governance bodies of Arctic LNG 2. As a result, the 10% interest held by TotalEnergies in Arctic LNG 2 is no longer accounted for using the equity method in the Company's accounts as of December 31, 2023 but is recorded under "other investments". As mentioned above, as the shares in Arctic LNG 2 were fully impaired in 2022, this deconsolidation had no impact on the 2023 consolidated financial statements.

The Company has also ensured the absence of depreciation to be accounted for on Yamal LNG, by testing the value of its equity accounted investment which amounts to $4,560 million as of December 31, 2023.

With regard to the participation in Novatek, in the absence of any new event, the assessments and judgments taken into account on December 31, 2022 in the accounting and valuation method remain unchanged at December 31, 2023. As the criteria for significant influence are no longer met within the meaning of IAS 28 "Investments in associates and joint ventures", TotalEnergies' 19.4% interest in Novatek has no longer been accounted for using the equity method in the Company's financial statements since the end of the 4th quarter of 2022.

Depending on the developments of the Russian-Ukrainian conflict and the measures that the European and American authorities may take, the activities of TotalEnergies in Russia, in particular those relating to the Yamal LNG asset, could be affected in the future.

## Judgments in case of transactions not addressed by any accounting standard or interpretation

Furthermore, when the accounting treatment of a specific transaction is not addressed by any accounting standard or interpretation, the management applies its judgment to define and apply accounting policies that provide information consistent with the general IFRS concepts: faithful representation, relevance and materiality.

# Note 1 General accounting principles

## 1.1 Accounting principles

### A) Principles of consolidation

Entities that are directly controlled by the parent company or indirectly controlled through other consolidated entities are fully consolidated.

Investments in joint ventures are accounted for by the equity method. TotalEnergies accounts for joint operations by recognizing its share of assets, liabilities, income and expenses.

Investments in associates, in which TotalEnergies has significant influence, are accounted for by the equity method. Significant influence is presumed when TotalEnergies holds, directly or indirectly (e.g. through subsidiaries), 20% or more of the voting rights. In the case of a percentage of less than 20%, accounting under the equity method applies only when significant influence can be demonstrated.

All internal balances, transactions and income are eliminated.

### B) Business combinations

Business combinations are accounted for using the acquisition method. This method requires the recognition of the acquired identifiable assets and assumed liabilities of the companies acquired by TotalEnergies at their fair value.

The purchase accounting of the acquisition is finalized up to a maximum of one year from the acquisition date.

The acquirer shall recognize goodwill at the acquisition date, being the excess of:

- The consideration transferred, the amount of non-controlling interests and, in business combinations achieved in stages, the fair value at the acquisition date of the investment previously held in the acquired company;

- Over the fair value at the acquisition date of acquired identifiable assets and assumed liabilities.

If the consideration transferred is lower than the fair value of acquired identifiable assets and assumed liabilities, an additional analysis is performed on the identification and valuation of the identifiable elements of the assets and liabilities. After having completed such additional analysis, any negative goodwill is recorded as income.

Non-controlling interests are measured either at their proportionate share in the net assets of the acquired company or at fair value.

In transactions with non-controlling interests, the difference between the price paid (received) and the book value of non-controlling interests acquired (sold) is recognized directly in equity.

### C) Foreign currency translation

The presentation currency of TotalEnergies' Consolidated Financial Statements is the U.S. dollar. However, the functional currency of the parent company is the euro. The resulting currency translation adjustments are presented on the line "currency translation adjustment generated by the parent company" of the consolidated statement of comprehensive income, within "items not potentially reclassifiable to profit and loss". In the balance sheet, they are recorded in "currency translation adjustment".

The financial statements of subsidiaries are prepared in the currency that most clearly reflects their business environment. This is referred to as their functional currency.

Since July 1, 2018, Argentina is considered to be hyperinflationary. IAS 29 "Financial Reporting in Hyperinflationary Economies" is applicable to entities whose functional currency is the Argentine peso. The functional currency of the Argentine Exploration & Production subsidiary is the U.S. dollar, therefore IAS 29 has no incidence on TotalEnergies accounts. Net asset of the other business segments is not significant.

#### (i) Monetary transactions

Transactions denominated in currencies other than the functional currency of the entity are translated at the exchange rate on the transaction date. At each balance sheet date, monetary assets and liabilities are translated at the closing rate and the resulting exchange differences are recognized in the statement of income.

#### (ii) Translation of financial statements

Assets and liabilities of entities denominated in currencies other than dollar are translated into dollar on the basis of the exchange rates at the end of the period. The income and cash flow statements are translated using the average exchange rates for the period. Foreign exchange differences resulting from such translations are either recorded in shareholders' equity under "Currency translation adjustments" (for TotalEnergies share) or under "Non-controlling interests" (for the share of non-controlling interests) as deemed appropriate.

## 1.2 Significant accounting principles applicable in the future

The expected impact of the standards or interpretations published respectively by the International Accounting Standards Board (IASB) and the International Financial Reporting Standards Interpretations Committee (IFRS IC) which were not yet in effect at December 31, 2023, is not material.

# Note 2 Changes in TotalEnergies' perimeter

## 2.1 Main acquisitions and divestments

In 2023, the main changes in TotalEnergies perimeter were as follows:

➢ **Exploration & Production**

- In March 2023, TotalEnergies has signed an agreement with CEPSA to acquire CEPSA's upstream assets in the United Arab Emirates. The assets to be acquired are:

  ○ a 20% participating interest in the Satah Al Razboot (SARB), Umm Lulu, Bin Nasher and Al Bateel (SARB and Umm Lulu) offshore concession.
  The SARB and Umm Lulu concession includes two major offshore fields. ADNOC holds a 60% interest in this concession, alongside OMV (20%). The concession is operated by ADNOC Offshore.

  ○ a 12.88% indirect interest in the Mubarraz concession held by Abu Dhabi Oil Company Ltd (ADOC), through the acquisition of 20% of Cosmo Abu Dhabi Energy Exploration & Production Co. Ltd (CEPAD), a company holding a 64.4% interest in ADOC. The Mubarraz concession is comprised of four producing offshore fields.

  The SARB and Umm Lulu transaction was completed on March 15, 2023. The Mubarraz transaction was not completed following Cosmo's decision to exercise its right of first refusal on the proposed transaction on April 21, 2023 in accordance with the terms of the agreements.

- On September 28, 2023, TotalEnergies EP Angola Block 20 has finalized the sale to Petronas Angola E&P Ltd (PAEPL), a company belonging to the Petronas group of companies, of a 40% interest in Block 20 in the Kwanza Basin in Angola. The transaction was completed for an amount of $400 million, subject to customary price adjustments. TotalEnergies retains the operatorship and a 40% interest in Block 20, alongside PAEPL (40%) and Sonangol Pesquisa e Produção S.A. (20%).

- On April 27, 2023, TotalEnergies announced the signature of an agreement with Suncor Energy Inc. for the sale of the entirety of the shares of TotalEnergies EP Canada Ltd. The transaction was subject to the waiver of TotalEnergies EP Canada Ltd's partners pre-emption rights.

  On May 26, 2023, ConocoPhillips has notified that it is exercising its preemption right to purchase the 50% interest in the Surmont asset. On October 4, 2023, TotalEnergies EP Canada Ltd. has finalized the sale to ConocoPhillips of its 50% interest in the Surmont oil sands asset and associated midstream commitments. The transaction, for a base amount of $4.03 billion Canadian dollar (about US$3.0 billion) plus up to $440 million Canadian dollar (about US$330 million) in contingent payments. Including adjustments, TotalEnergies received a cash payment at closing of $3.7 billion Canadian dollar (about US$2.75 billion).

  On November 20, 2023, TotalEnergies has completed the sale to Suncor of the entirety of the shares of TotalEnergies EP Canada Ltd., comprising notably its participation in the Fort Hills oil sands asset and associated midstream commitments. The consideration for the transaction is $1.47 billion Canadian dollar (about US$1.1 billion). Including adjustments, TotalEnergies received a cash payment at closing of $1.83 billion Canadian dollar (about US$1.3 billion).

➢ **Integrated LNG**

- On June 12, 2022, following the request for proposals in relation to partner selection for the North Field East (NFE) liquified natural gas project, TotalEnergies has been awarded, a 25% interest in a new joint venture (JV), alongside the national company QatarEnergy (75%). The new JV will hold a 25% interest in the 32 million tons per annum (Mtpa) NFE project, equivalent to one 8 Mtpa LNG train. The acquisition of the interest in this project was finalized in January 2023.

➢ **Integrated Power**

- On October 26, 2022, TotalEnergies and Casa dos Ventos (CDV), Brazil's leading renewable energy developer, announced the creation of a 34%(TTE)/66%(CDV) joint venture to jointly develop, build and operate the renewable portfolio of Casa Dos Ventos. This portfolio includes 700 MW of onshore wind capacity in operation, 1 GW of onshore wind under construction, 2.8 GW of onshore wind and 1.6 GW of solar projects under well advanced development (COD[1] within 5 years). Besides, the newly formed JV will have the right to acquire the current and new projects that are or will be developed by CDV as they reach execution stage. The transaction amounts to a payment of $0.5 billion and an earn-out of up to $30 million for the acquisition of a 34% stake in the JV. In addition, TotalEnergies will have the option to acquire an additional 15% equity share in 2027. The transaction was completed in January 2023.

- On June 29, 2023, the Company exercised its option to buy back all the shares in Total Eren Holding and Total Eren, in which it held 33.86% and 5.73% respectively. Total Eren has 3.5 GW of assets in operation worldwide, and a diversified portfolio of solar, wind, hydro and storage projects of more than 10 GW in 30 countries, of which nearly 1.2 GW are under construction or at an advanced stage of development. On 24 July, 2023, TotalEnergies completed this acquisition for a net investment of €1,467 million.

---

[1] Commercial Operation Date

➢ **Marketing & Services**

- On March 16, 2023, TotalEnergies and Alimentation Couche-Tard signed agreements concerning the TotalEnergies service station networks in four European countries, providing for an association of TotalEnergies and Couche-Tard in Belgium and Luxembourg and a transfer in Germany and the Netherlands.

  On December 28, 2023, the transaction related to the network in Germany was finalized for a cash amount received after adjustments and before taxes of 2.4 billion dollars.

  The assets and liabilities related to the networks in the Netherlands, Luxembourg, and Belgium are respectively classified in the sections "Assets classified as held for sale" and "Liabilities directly associated with the assets classified as held for sale" of the balance sheet on December 31, 2023. These transactions were finalized in January 2024 for 1.4 billion dollars.

## 2.2 Major business combinations

| Accounting principles |
| --- |
| In accordance with IFRS 3 "Business combinations", TotalEnergies is assessing the fair value of identifiable acquired assets, liabilities and contingent liabilities on the basis of available information. This assessment will be finalised within 12 months following the acquisition date. |

➢ Exploration & Production

- Acquisition of participating interest in SARB and Umm Lulu offshore concession

  The purchase price allocation of $1,473 million has been done and is shown below:

| (M$) | At the acquisition date |
| --- | --- |
| Intangible assets | 278 |
| Tangible assets | 1,429 |
| Other assets and liabilities | (234) |
| **Fair value of consideration** | **1,473** |

➢ Integrated Power

- Acquisition of all the shares in Total Eren

  The preliminary purchase price allocation brought back to 100% of $2,909 million is shown below:

| (M$) | At the acquisition date |
| --- | --- |
| Goodwill | 1,417 |
| Intangible assets | 821 |
| Tangible assets | 2,193 |
| Other assets and liabilities | (64) |
| Net debt of the acquired treasury | (1,389) |
| Minority interests | (69) |
| **Fair value of the consideration transferred** | **2,909** |

Goodwill represents the valuation of Total Eren's ability to generate future projects in the field of renewable energy.

## 2.3 Divestment projects

| Accounting principles |
| --- |
| Pursuant to IFRS 5 "Non-current assets held for sale and discontinued operations", assets and liabilities of affiliates that are held for sale are presented separately on the face of the balance sheet. Depreciation of assets ceases from the date of classification in "Non-current assets held for sale". |

➢ Exploration & Production

On August 4, 2023, TotalEnergies and its partner SOCAR (State Oil Company of the Republic of Azerbaijan) have signed an agreement to sell a 15% participating interest each in the Absheron gas field to ADNOC (Abu Dhabi National Oil Company). After completion of this transaction, which is subject to the approval by the relevant authorities, TotalEnergies will own a 35% interest in Absheron gas field, alongside SOCAR (35%) and ADNOC (30%).

As of December 31, 2023, the assets have been classified in the consolidated balance sheet as "assets classified as held for sale" for an amount of $314 million. These assets mainly include tangible assets.

➢ Marketing & Services

As of December 31, 2023, the assets and liabilities related to the transactions with Alimentation Couche-Tard on the TotalEnergies service station networks in the Netherlands, Luxembourg and Belgium were classified respectively under " Assets classified as held for sale" for $1,153 million and under " Liabilities directly associated with the assets classified as held for sale " in the consolidated balance sheet for $577 million. The assets concerned are mainly tangible fixed assets.

# Note 3 Business segment information

**Description of the business segments**

Financial information by business segment is reported in accordance with the internal reporting system and shows internal segment information that is used to manage and measure the performance of TotalEnergies and which is reviewed by the main operational decision-making body of the Company, namely the Executive Committee.

The operational profit and assets are broken down by business segment prior to the consolidation and inter-segment adjustments.

Sales prices between business segments approximate market prices.

The profitable growth in the LNG and power integrated value chains are two of the key axes of TotalEnergies's strategy.

In order to give more visibility to these businesses, the Board of Directors has decided that from the first quarter 2023, Integrated LNG and Integrated Power results, previously grouped in the Integrated Gas, Renewables & Power (iGRP) segment, would be reported separately as two segments.

A new reporting structure for the business segments' financial information has been put in place, effective January 1, 2023. It is based on the following five business segments:

- An Exploration & Production segment that encompasses the activities of exploration and production of oil and natural gas, conducted in about 50 countries;

- An Integrated LNG segment covering the integrated gas chain (including upstream and midstream LNG activities) as well as biogas, hydrogen and gas trading activities;

- An Integrated Power segment covering generation, storage, electricity trading and B2B-B2C distribution of gas and electricity;

- A Refining & Chemicals segment constituting a major industrial hub comprising the activities of refining, petrochemicals and specialty chemicals. This segment also includes the activities of oil Supply, Trading and marine Shipping;

- A Marketing & Services segment including the global activities of supply and marketing in the field of petroleum products;

In addition the Corporate segment includes holdings operating and financial activities.

This new segment reporting has been prepared in accordance with IFRS 8 and according to the same principles as the internal reporting followed by the TotalEnergies's Executive Committee.

Due to the change in the Company's internal organizational structure affecting the composition of the business segments, the segment reporting data for the years 2021 and 2022 has been restated.

**Definition of the indicators**

Adjusted Net Operating Income

TotalEnergies measures performance at the segment level on the basis of adjusted net operating income. Adjusted net operating income comprises operating income of the relevant segment after deducting the amortization and the depreciation of intangible assets other than mineral interest, translation adjustments and gains or losses on the sale of assets, as well as all other income and expenses related to capital employed (dividends from nonconsolidated companies, income from equity affiliates and capitalized interest expenses) and after income taxes applicable to the above, excluding the effect of the adjustments describe below.

The income and expenses not included in net operating income adjusted that are included in net income TotalEnergies share are interest expenses related to net financial debt, after applicable income taxes (net cost of net debt), non-controlling interests, and the adjusted items.

Starting 2023, details of adjustment items are presented for net operating income (with comparative periods 2021 and 2022).

Adjustment items include:

**a) Special items**

Due to their unusual nature or particular significance, certain transactions qualifying as "special items" are excluded from the business segment figures. In general, special items relate to transactions that are significant, infrequent or unusual. However, in certain instances, transactions such as restructuring costs or assets disposals, which are not considered to be representative of the normal course of business, may qualify as special items although they may have occurred in prior years or are likely to occur in following years.

**b) The inventory valuation effect**

In accordance with IAS 2, TotalEnergies values inventories of petroleum products in its financial statements according to the First-in, First-Out (FIFO) method and other inventories using the weighted-average cost method. Under the FIFO method, the cost of inventory is based on the historic cost of acquisition or manufacture rather than the current replacement cost. In volatile energy markets, this can have a significant distorting effect on the reported income. Accordingly, the adjusted results of the Refining & Chemicals and Marketing & Services segments are presented according to the replacement cost method. This method is used to assess the segments' performance and facilitate the comparability of the segments' performance with those of its main competitors.

In the replacement cost method, which approximates the Last-In, First-Out (LIFO) method, the variation of inventory values in the statement of income is, depending on the nature of the inventory, determined using either the month-end prices differential between one period and another or the average prices of the period rather than the historical value. The inventory valuation effect is the difference between the results under the FIFO and the replacement cost methods.

**c) Effect of changes in fair value**

The effect of changes in fair value presented as an adjustment item reflects for trading inventories and storage contracts, differences between internal measures of performance used by TotalEnergies' Executive Committee and the accounting for these transactions under IFRS.

IFRS requires that trading inventories be recorded at their fair value using period end spot prices. In order to best reflect the management of economic exposure through derivative transactions, internal indicators used to measure performance include valuations of trading inventories based on forward prices.

TotalEnergies, in its trading activities, enters into storage contracts, whose future effects are recorded at fair value in TotalEnergies' internal economic performance. IFRS precludes recognition of this fair value effect.

Furthermore, TotalEnergies enters into derivative instruments to risk manage certain operational contracts or assets. Under IFRS, these derivatives are recorded at fair value while the underlying operational transactions are recorded as they occur. Internal indicators defer the fair value on derivatives to match with the transaction occurrence.

## A) Information by business segment

| For the year ended December 31, 2023 (M$) | Exploration & Production | Integrated LNG | Integrated Power | Refining & Chemicals | Marketing & Services | Corporate | Intercompany | Total |
|---|---|---|---|---|---|---|---|---|
| External sales | 6,561 | 12,086 | 27,337 | 101,203 | 89,909 | 32 | – | 237,128 |
| Intersegment sales | 42,595 | 14,789 | 4,126 | 36,581 | 631 | 206 | (98,928) | – |
| Excise taxes | – | – | – | (841) | (17,342) | – | – | (18,183) |
| **Revenues from sales** | **49,156** | **26,875** | **31,463** | **136,943** | **73,198** | **238** | **(98,928)** | **218,945** |
| Operating expenses | (20,355) | (21,569) | (28,763) | (130,899) | (70,497) | (878) | 98,928 | (174,033) |
| Depreciation, depletion and impairment of tangible assets and mineral interests | (8,493) | (1,288) | (281) | (1,685) | (905) | (110) | — | (12,762) |
| Net income (loss) from equity affiliates and other items | (307) | 2,194 | (345) | (42) | 2,208 | (28) | — | 3,680 |
| Tax on net operating income | (10,095) | (810) | (394) | (938) | (1,246) | 271 | — | (13,212) |
| Adjustments[a] | (1,036) | (798) | (173) | (1,275) | 1,300 | (84) | — | (2,066) |
| **Adjusted net operating income** | **10,942** | **6,200** | **1,853** | **4,654** | **1,458** | **(423)** | **—** | **24,684** |
| Adjustments[a] | | | | | | | | (2,066) |
| Net cost of net debt | | | | | | | | (1,108) |
| Non-controlling interests | | | | | | | | (126) |
| **NET INCOME - TotalEnergies SHARE** | | | | | | | | **21,384** |

[a] Adjustments include special items, inventory valuation effect and the effect of changes in fair value.

The management of balance sheet positions (including margin calls) related to centralized markets access for LNG, gas and power activities since 2022 has been fully included in the Integrated LNG segment.

Effects of changes in the fair value of gas and LNG positions are allocated to the operating income of Integrated LNG segment.

Effects of changes in the fair value of power positions are allocated to the operating income of Integrated Power segment.

| For the year ended December 31, 2023 (M$) | Exploration & Production | Integrated LNG | Integrated Power | Refining & Chemicals | Marketing & Services | Corporate | Intercompany | Total |
|---|---|---|---|---|---|---|---|---|
| Total expenditures | 12,378 | 3,410 | 5,497 | 2,149 | 1,273 | 153 | – | 24,860 |
| Total divestments | 5,118 | 290 | 661 | 196 | 2,132 | 9 | – | 8,406 |
| **Cash flow from operating activities** | **18,531** | **8,442** | **3,573** | **7,957** | **1,957** | **219** | **–** | **40,679** |

| For the year ended December 31, 2022 (M$) | Exploration & Production | Integrated LNG | Integrated Power | Refining & Chemicals | Marketing & Services | Corporate | Intercompany | Total |
|---|---|---|---|---|---|---|---|---|
| External sales | 9,942 | 21,300 | 27,453 | 121,618 | 100,661 | 25 | – | 280,999 |
| Intersegment sales | 55,190 | 17,075 | 3,353 | 45,857 | 1,433 | 248 | (123,156) | – |
| Excise taxes | – | – | – | (737) | (16,952) | – | – | (17,689) |
| **Revenues from sales** | **65,132** | **38,375** | **30,806** | **166,738** | **85,142** | **273** | **(123,156)** | **263,310** |
| Operating expenses | (24,521) | (29,982) | (29,217) | (156,897) | (81,746) | (1,329) | 123,156 | (200,536) |
| Depreciation, depletion and impairment of tangible assets and mineral interests | (8,115) | (1,208) | (194) | (1,533) | (1,033) | (138) | — | (12,221) |
| Net income (loss) from equity affiliates and other items | (9,943) | 978 | 1,788 | 885 | (20) | 288 | — | (6,024) |
| Tax on net operating income | (17,445) | (1,574) | (138) | (2,544) | (787) | 281 | — | (22,207) |
| Adjustments[a] | (12,371) | (4,580) | 2,070 | (653) | 6 | (362) | — | (15,890) |
| **Adjusted net operating income** | **17,479** | **11,169** | **975** | **7,302** | **1,550** | **(263)** | **—** | **38,212** |
| Adjustments[a] | | | | | | | | (15,890) |
| Net cost of net debt | | | | | | | | (1,278) |
| Non-controlling interests | | | | | | | | (518) |
| **NET INCOME - TotalEnergies SHARE** | | | | | | | | **20,526** |

[a] Adjustments include special items, inventory valuation effect and the effect of changes in fair value.

The management of balance sheet positions (including margin calls) related to centralized markets access for LNG, gas and power activities since 2022 has been fully included in the Integrated LNG segment.

Effects of changes in the fair value of gas and LNG positions are allocated to the operating income of Integrated LNG segment.

Effects of changes in the fair value of power positions are allocated to the operating income of Integrated Power segment.

| For the year ended December 31, 2022 (M$) | Exploration & Production | Integrated LNG | Integrated Power | Refining & Chemicals | Marketing & Services | Corporate | Intercompany | Total |
|---|---|---|---|---|---|---|---|---|
| Total expenditures | 10,646 | 1,249 | 5,226 | 1,391 | 1,186 | 104 | — | 19,802 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total divestments | 807 | 2,301 | 1,126 | 214 | 222 | 16 | — | 4,686 |
| **Cash flow from operating activities** | **27,654** | **9,604** | **66** | **8,663** | **3,124** | **(1,744)** | **—** | **47,367** |

| For the year ended December 31, 2021 (M$) | Exploration & Production | Integrated LNG | Integrated Power | Refining & Chemicals | Marketing & Services | Corporate | Intercompany | Total |
|---|---|---|---|---|---|---|---|---|
| External sales | 7,246 | 14,903 | 15,801 | 87,600 | 80,288 | 25 | — | 205,863 |
| Intersegment sales | 34,896 | 6,862 | 1,325 | 27,637 | 451 | 254 | (71,425) | — |
| Excise taxes | — | — | — | (1,108) | (20,121) | — | — | (21,229) |
| **Revenues from sales** | **42,142** | **21,765** | **17,126** | **114,129** | **60,618** | **279** | **(71,425)** | **184,634** |
| Operating expenses | (16,722) | (17,116) | (16,775) | (108,982) | (57,159) | (927) | 71,425 | (146,256) |
| Depreciation, depletion and impairment of tangible assets and mineral interests | (9,110) | (1,446) | (204) | (1,583) | (1,100) | (113) | — | (13,556) |
| Net income (loss) from equity affiliates and other items | (760) | 2,935 | (190) | 518 | 108 | 45 | — | 2,656 |
| **Tax on net operating income** | **(7,506)** | **(600)** | **(2)** | **(1,068)** | **(738)** | **152** | **—** | **(9,762)** |
| Adjustments[a] | (2,395) | (53) | (697) | 1,105 | 111 | (121) | — | (2,050) |
| **Adjusted net operating income** | **10,439** | **5,591** | **652** | **1,909** | **1,618** | **(443)** | **—** | **19,766** |
| Adjustments[a] | | | | | | | | (2,050) |
| Net cost of net debt | | | | | | | | (1,350) |
| Non-controlling interests | | | | | | | | (334) |
| **NET INCOME - TotalEnergies SHARE** | | | | | | | | **16,032** |

[a] Adjustments include special items, inventory valuation effect and the effect of changes in fair value.

| For the year ended December 31, 2021 (M$) | Exploration & Production | Integrated LNG | Integrated Power | Refining & Chemicals | Marketing & Services | Corporate | Intercompany | Total |
|---|---|---|---|---|---|---|---|---|
| Total expenditures | 7,276 | 2,351 | 3,990 | 1,638 | 1,242 | 92 | — | 16,589 |
| Total divestments | 894 | 1,059 | 291 | 348 | 319 | 22 | — | 2,933 |
| **Cash flow from operating activities** | **22,009** | **(2,765)** | **3,592** | **6,473** | **2,333** | **(1,232)** | **—** | **30,410** |

## B) Additional information on adjustment items

The main adjustment items for 2023 are the following:

1) An "Inventory valuation effect" amounting to $(694) million in net operating income for the Refining & Chemicals and Marketing & Services segments;

2) Non-recurring impairments and provisions of assets in the amount of $(2,297) million in net operating income (see Note 3.C "Asset impairment");

3) Capital gains on disposal for an amount of $2,047 million in net operating income generated in particular on the sale of the Company's assets in Canada for the Exploration-Production segment and on the sale of the TotalEnergies service station network in Germany for the Marketing & Services segment;

4) Other adjustment items include $388 million of revaluation of the previously held share of Total Eren and $(1,466) million mainly consisting of the impacts of the European solidarity contribution, the contribution on inframarginal annuity in France and the devaluation of the Argentine peso.

The detail of the adjustment items is presented in the table below.

### Adjustments to net operating income

| For the year ended December 31, 2023 (M$) | Exploration & Production | Integrated LNG | Integrated Power | Refining & Chemicals | Marketing & Services | Corporate | Total |
|---|---|---|---|---|---|---|---|
| Inventory valuation effect | – | – | – | (586) | (108) | – | (694) |
| Effect of changes in fair value | – | (547) | 559 | – | – | – | 12 |
| Restructuring charges | – | – | (5) | (51) | – | – | (56) |
| Asset impairment and provisions charges | (926) | (124) | (773) | (359) | (115) | – | (2,297) |
| Gains (losses) on disposals of assets | 431 | – | – | – | 1,616 | – | 2,047 |
| Other items | (541) | (127) | 46 | (279) | (93) | (84) | (1,078) |
| **TOTAL** | **(1,036)** | **(798)** | **(173)** | **(1,275)** | **1,300** | **(84)** | **(2,066)** |

### Adjustments to net operating income

| For the year ended December 31, 2022 (M$) | Exploration & Production | Integrated LNG | Integrated Power | Refining & Chemicals | Marketing & Services | Corporate | Total |
|---|---|---|---|---|---|---|---|
| Inventory valuation effect | — | — | — | 337 | 194 | — | 531 |
| Effect of changes in fair value | — | 340 | 798 | — | — | — | 1,138 |
| Restructuring charges | — | — | (41) | — | (14) | — | (55) |
| Asset impairment and provisions charges[a] | (11,157) | (4,460) | (21) | — | (112) | (9) | (15,759) |
| Gains (losses) on disposals of assets | — | — | 1,450 | — | — | — | 1,450 |
| Other items | (1,214) | (460) | (116) | (990) | (62) | (353) | (3,195) |
| **TOTAL** | **(12,371)** | **(4,580)** | **2,070** | **(653)** | **6** | **(362)** | **(15,890)** |

(a) Of which $(14,756) million relate to the impairment and provisions charges on the assets of the Company in Russia.

(b) Other items represented $(3.2) billion in 2022, consisting of $(1.7) billion related to windfall taxes levied by governments (European Solidarity Contribution, French Electricity Generation Infra-Marginal Income Contribution, effect on deferred tax of Energy Profits Levy in the United Kingdom), $(1) billion as a consequence of the conflict in Ukraine (grant of fuel discounts to French customers in the context of price increase, foreign exchange losses due to volatility in Russian ruble-U.S. dollar and euro exchange rates), and $(0.5) billion mainly related to provisions for onerous contracts.

### Adjustments to net operating income

| For the year ended December 31, 2021 (M$) | Exploration & Production | Integrated LNG | Integrated Power | Refining & Chemicals | Marketing & Services | Corporate | Total |
|---|---|---|---|---|---|---|---|
| Inventory valuation effect | — | — | — | 1,296 | 236 | — | 1,532 |
| Effect of changes in fair value | — | 254 | (448) | — | — | — | (194) |
| Restructuring charges | (75) | (8) | (16) | (118) | (44) | (54) | (315) |
| Asset impairment and provisions charges | (518) | (291) | (41) | (42) | (40) | — | (932) |
| Gains (losses) on disposals of assets[a] | (1,726) | — | — | — | — | — | (1,726) |
| Other items | (76) | (8) | (192) | (31) | (41) | (67) | (415) |
| **TOTAL** | **(2,395)** | **(53)** | **(697)** | **1,105** | **111** | **(121)** | **(2,050)** |

(a) Of which $(1,379) million relate to the impact of the TotalEnergies' interest sale of Petrocedeño to PDVSA.

## C) Asset impairment

**Accounting principles**

The recoverable amounts of intangible assets and property, plant and equipment are tested for impairment as soon as any indication of impairment exists. This test is performed at least annually for goodwill.

The recoverable amount is the higher of the fair value (less costs to sell) or the value in use.

Assets are grouped into cash-generating units (or CGUs) and tested. A CGU is a homogeneous set of assets that generates cash inflows that are largely independent of the cash inflows from other groups of assets.

The value in use of a CGU is determined by reference to the discounted expected future cash flows of these assets, based upon Management's expectation of future economic and operating conditions. When this value is less than the carrying amount of the CGU, an impairment loss is recorded. This loss is allocated first to goodwill with a corresponding amount in "Other expense". Any further losses are then allocated to property, plant and mineral interests with a corresponding amount in "Depreciation, depletion and impairment of tangible assets and mineral interests" and to other intangible assets with a corresponding amount in "Other expense".

Impairment losses recognized in prior periods can be reversed up to the original carrying amount, had the impairment loss not been recognized. Impairment losses recognized on goodwill cannot be reversed.

Investments in associates or joint ventures are tested for impairment whenever indication of impairment exists. If any objective evidence of impairment exists, the carrying amount of the investment is compared with its recoverable amount, being the higher of its fair value less costs to sell and value in use. If the carrying amount exceeds the recoverable amount, an impairment loss is recorded in "Net income (loss) from equity affiliates".

For the financial year 2023, asset impairments were recorded for an amount of $(2,297) million in net operating income and $(2,166) million in net income, TotalEnergies share. These impairments were qualified as adjustment items of the net operating income and net income, TotalEnergies share.

Impairments relate to certain cash-generating units (CGUs) for which indicators of impairment have been identified, due to changes in operating conditions or the economic environment of the activities concerned.

**Principles for determining value in use of a CGU**

The principles applied in determining the recoverable amounts are as follows:

- ➢ The future cash flows were determined using the assumptions included in the 2024 budget and in the long-term plan of the Company approved by the Executive Committee and the Board of Directors. These assumptions, in particular including operational costs, estimation of oil and gas reserves, future volumes produced and marketed, represent the best estimate from the Company Management of economic and technical conditions over the remaining life of the assets.

- ➢ The Company, notably relying on data on global energy demand from the "World Energy Outlook" issued by the IEA since 2016, and on its own supply and demand assessments, determines oil & gas prices scenarios based on assumptions about the evolution of core indicators of the upstream activity (demand for hydrocarbons in different markets, investment forecasts, decline in production fields, changes in oil & gas reserves and supply by area and by nature of oil & gas products), of the downstream activity (changes in refining capacity and demand for petroleum products) and by integrating "climate" challenges.

- ➢ These price scenarios, first prepared within the Strategy & Markets Division, are also reviewed with the Company segments which bring their own expertise. They also integrate studies issued by international agencies, banks and independent consultants. They are then approved by the Executive Committee and the Board of Directors.

- ➢ The IEA 2023 World Energy Outlook anticipates three scenarios that are key references for the Company: the STEPS (Stated Policies Scenario) and APS (Announced Pledges Scenario) for the short/mid-term and the NZE (Net Zero Emissions by 2050) for the long-term.

- ➢ The STEPS only includes climate actions already implemented to date around the world and those under development. The APS also takes into account climate ambitions declared to date in the world, including the NDCs (Nationally Determined Contributions) and carbon neutrality ambitions. According to the IEA, it is associated with a temperature increase of around 1.7°C. This scenario is compatible with the objective of the Paris Agreement to limit the temperature increase to "well below 2°C".

  The IEA's NZE is understood as the set of actions to be taken to be compatible with a 1.5°C scenario in 2050 (without overshooting). This normative scenario does not predict oil demand in the short and medium term, and therefore the price scenarios it proposes, particularly in the short and medium term, do not include a "realistic" evolution of demand. In fact, this scenario predicts that oil demand will peak in 2023 and fall by 20% between 2022 and 2030, whereas, according to the latest projections from the IEA, oil demand in 2024 will be higher than in 2023 and will continue to grow until 2028. According to the projections of other energy companies and consultants, demand would rather being to decline toward 2030 (the Oil peak at Wood MacKenzie in 2032, at HIS inflections in 2028).

- ➢ Beyond the 2020-2030 decade, the oil price trajectory retained by the Company converges in the long term, to the price retained in 2050 by the IEA's NZE scenario, i.e $25.5_{2023}$/b. The prices retained for gas, the transition fuel, stabilize until 2040 at lower levels than the current prices and converge towards the IEA's NZE scenario prices in 2050.

The oil price trajectories adopted by the Company are based on the following assumptions:

- ➢ Oil demand has experienced sustained growth after the Covid crisis as the global economic recovery generated strong tensions on energy prices from mid-2021 onwards, which exacerbated in 2022 by the war in Ukraine. Despite the risks of recession in Europe in particular, global liquid demand in 2024 should be higher than in 2019 pre-crisis,

notably due to the end of lockdown measures in China which allowed the restart of industrial activity. It should continue to grow until 2030, in a context of sustained growth in global energy demand. Indeed, population growth and rising living standards, particularly in emerging countries, should sustain oil consumption, despite the gradual electrification of transport and efficiency gains in combustion engines, mainly in developed countries.

In this context, prices would remain supported in the short term by historic production cuts decided (and implemented) by OPEC+ members. In the US, production in 2023 is expected to be higher than in 2019, and capacities for further growth in shale oil in subsequent years seem to be a consensus. However, recent sector consolidation (Permian, DJ and Bakken) should strengthen discipline on the profitability of these investments and thus contain growth. The price trajectory used reflects the Company's analysis that the weakness of investment oil upstream since 2015 oil crisis and accentuated by the health and economic crisis of 2020 (-30% according to the IEA), and the natural decline of fields currently in production, leads to a global supply-demand balance that will remain tight until 2030. Thus in the scenario used, the Brent price stabilizes at $70_{2023}$/b from 2025 to 2030. The developments observed in 2023, in particular the post-Covid demand recovery in China and the production cuts of OPEC+, justify this price level from 2025.

➢ Beyond 2030, given technological developments, particularly in the transport sector, oil demand should have reached its peak and the selected price scenario decreases linearly to reach $50_{2023}$/b in 2040 and then $25.5_{2023}$/b in 2050, in line with the NZE scenario.

The average Brent prices over the period 2024-2050 thus stands at $53.8_{2023}$/b.

For natural gas, the transition fuel, the price trajectory adopted by the Company is based on the following assumptions:

➢ Natural gas demand in 2021 has exceeded its pre-crisis level with very strong tensions on prices in Europe and, by extension, in Asia through LNG prices, as a result of the cuts in Russian pipe gas importation that began at the end of 2021 and continued in 2022 with the complete shutdown of the Nordstream. Global gas demand in 2022 was almost at the same level as in 2021. Global demand in 2023 is expectd to be at the same level as in 2022 with the recourse to American LNG to replace Russian gas in Europe, still in competition with Asia. Gas prices in Asia and Europe have returned to much lower levels than the exceptionally high price reached in the third quarter of 2022 but remain higher than before the crisis. The price of gas in the United States did not experience such a sharp increase in 2022 and has since stabilized.

The Company anticipates in 2024 higher prices than before the crisis on the Asia, Europe and slightly on the USA hubs. Thereafter, natural gas demand would be driven by the same fundamentals as oil (decrease in Europe but resistance in Asia-Pacific), plus its substitution for coal in power generation and by its role as a flexible and controllable source to mitigate the intermittent use and seasonality of renewable energies. The abundant global supply and the growth of liquefied natural gas would, however, limit the potential for higher gas prices. Beyond 2040, with the development of renewables including storage and hydrogen, gas demand is expected to stabilize.

In this context, the gas price level used to determine the value in use of the CGUs concerned is as follows:

On the NBP quotation (Europe): $14.7_{2023}$/Mbtu in 2024, $12.5_{2023}$/Mbtu in 2025, $10.2_{2023}$/Mbtu in 2026, then $8_{2023}$/Mbtu between 2027 and 2040.

On the Henry Hub quotation (United States): $3_{2023}$/Mbtu between 2024 and 2040.

On the DES Japan (Asia) quotation: $15.7_{2023}$/Mbtu in 2024, $13.5_{2023}$/Mbtu in 2025, $11.2_{2023}$/Mbtu in 2026, then $9_{2023}$/Mbtu between 2027 and 2040.

From 2040 onwards, the price trajectory converges towards the price retained in 2050 by the NZE scenario, i.e. $4.2_{2023}$/Mbtu for NBP, $2.0_{2023}$/Mbtu for Henry Hub and $5.4_{2023}$/Mbtu DES Japan (Asia).

The future operational costs were determined by taking into account the existing technologies, the fluctuation of prices for petroleum services in line with market developments and the internal cost reduction programs effectively implemented.

The determination of value in use also takes into account on all identified assets the impact of their CO2 emissions. Future scope 1 and 2 emissions of the assets concerned over the life of the assets are valued at $100/t or the applicable price in a given country, if it is higher. Beyond 2029, the $CO_2$ price is inflated by 2% per year.

The future cash flows are estimated over a period consistent with the life of the assets of the CGUs. They are prepared post-tax and take into account specific risks related to the CGUs' assets. They are discounted using an 8% post-tax discount rate, this rate being the weighted-average cost of TotalEnergies capital estimated from historical market data. This rate was 8% in 2022 and 7% in 2021. The value in use calculated by discounting the above post-tax cash flows using an 8% post-tax discount rate is not materially different from the value in use calculated by discounting pre-tax cash flows using a pre-tax discount rate determined by an iterative computation from the post-tax value in use. These pre-tax discount rates generally range from 7% to 14%.

**Impairment losses recognized by segment**

The CGUs of the Exploration & Production segment are defined as oil and gas fields or groups of oil and gas fields with industrial assets enabling the production, treatment and evacuation of the oil and gas. For the financial year 2023, the Company recorded impairments of assets over CGUs of the Exploration & Production segment for $(881) million in net income, TotalEnergies share.

Impairments recognized in 2023 mainly relate to the Company's assets in Kenya, Congo and for Al Shaheen in Qatar related to temporal tax effects.

As for sensitivities of the Exploration & Production segment:

➢ a decrease by 1 point in the discount rate would have a positive impact of $0.1 billion in net income, TotalEnergies share.

➢ an increase by 1 point in the discount rate would have an additional negative impact of approximately $0.6 billion in net income, TotalEnergies share.

➢ a decrease of 10% of the oil and gas prices over the duration of the plan (thus an average oil price of around $48_{2023}$/b) would have an additional negative impact of approximately $0.6 billion in net income, TotalEnergies share.

➢ a decrease of 20% of the oil and gas prices over the duration of the plan (thus an average oil price of around $43_{2023}$/b) would have an additional negative impact of approximately $2.3 billion in net income, TotalEnergies share.

➢ Taking into account a $CO_2$ cost of $200/t, inflated by 2%/year from 2029 onwards for all assets would have an additional negative impact of approximately $0.2 on net income, TotalEnergies share.

The CGUs of the Integrated LNG segment are subsidiaries or groups of subsidiaries organized by activity or geographical area, and by fields or groups of fields for upstream LNG activities. For the financial year 2023, the Company recorded impairments on CGUs in the Integrated LNG segment for $(124) million in net income, TotalEnergies share.

As for sensitivities of the Integrated LNG:

➢ a decrease by 1 point in the discount rate would have a positive impact of $0.1 billion in net income, TotalEnergies share.

> ➤ an increase by 1 point in the discount rate would have an additional negative impact of approximately $1.1 billion in net income, TotalEnergies share.

> ➤ a decrease of 10% of the oil and gas prices over the duration of the plan would have an additional negative impact of approximately $2.1 billion in net income, TotalEnergies share.

> ➤ a decrease of 20% of the oil and gas prices over the duration of the plan would have an additional negative impact of approximately $5.6 billion in net income, TotalEnergies share.

> ➤ Taking into account a $CO_2$ cost of $200/t inflated by 2%/year from 2029 onwards for all assets would have an additional negative impact of approximately $0.8 billion in net income, TotalEnergies share.

The CGUs of the Integrated Power segment are subsidiaries or groups of subsidiaries organized by activity or geographical area. For the financial year 2023, the Company recorded impairments on CGUs in the Integrated Power segment for $(773) million in net income, TotalEnergies share.

Impairments recognized in 2023 mainly relate to the offshore wind project in Yunlin, Taiwan, and the goodwill and customer portfolios of gas and power marketing activities in Belgium, Spain and France.

As for sensitivities of the Integrated Power:

> ➤ a decrease by 1 point in the discount rate would have no impact in net income, TotalEnergies share.

> ➤ an increase by 1 point in the discount rate would have an additional negative impact of approximately $0.2 billion in net income, TotalEnergies share.

The CGUs of the Refining & Chemicals segment are defined as legal entities with operational activities for refining and petrochemicals activities. Future cash flows are based on the gross contribution margin (calculated on the basis of net sales after purchases of crude oil and refined products, the effect of inventory valuation and variable costs). The other activities of the segment are global divisions, each division gathering a set of businesses or homogeneous products for strategic, commercial and industrial plans. Future cash flows are determined from the specific margins of these activities, unrelated to the price of oil.

For the financial year 2023, the Company has recorded impairments on CGUs in the Refining & Chemicals segment for an amount of $(273) million in net income TotalEnergies share, mainly relating to divestments projects of Naphtachimie to INEOS and the Natref refinery in South Africa.

As for sensitivities of the Refining & Chemicals segment:

> - an increase by 1 point in the discount rate would have an additional negative impact of $0.1 billion in net income, TotalEnergies share.

> - a decrease of 10% of the refining margins (could be in link with the increase of $CO_2$ cost) would have a negative impact of approximately of $0.6 billion in net income, TotalEnergies share.

The most sensitive assets would be the refining assets in France.

The CGUs of the Marketing & Services segment are subsidiaries or groups of subsidiaries organized by geographical area.

For the financial year 2023, the Company recorded impairments on the CGUs of the Marketing & Services segment for $(115) million in net income, TotalEnergies share.

**Impairments recognized in years 2022 and 2021**

For the financial year 2022, the Company recorded impairments in Exploration & Production, Integrated Gas, Renewables & Power and Marketing & Services segments for an amount of $(15,743) million in net income, TotalEnergies share.

Impairments recognized in 2022 in Exploration & Production segment relate to the Company's assets in Russia for an amount of $(10,527) million in net income TotalEnergies share, mainly relating to the investment in Novatek.

They also take into account the impairment of the North Platte project assets for $(957) million in net income, TotalEnergies share, following the Company's decision announced in February not to sanction and so to withdraw from this deepwater project in the Gulf of Mexico.

The impairments recognized also include a reversal of impairment on the Company's assets in Canada. In the context of the project to spin-off the Company's upstream activities in Canada, an impairment test was carried out, and the resulting value in use led to a reversal of impairment of $728 million in net income, TotalEnergies share.

Impairments recognized in 2022 on CGUs in the Integrated Gas, Renewables & Power segment for $(4,481) million in net income, TotalEnergies share. Impairments recognized relate to the Company's assets in Russia for an amount of $(4,142) million in net income, TotalEnergies share, notably concerning Arctic LNG 2.

Impairments recognized in 2022 in CGUs Marketing & Services segment for $(112) million in net income, TotalEnergies share. Impairments recognized relate to the Company's assets in Russia for an amount $(87) million in net income, TotalEnergies share.

These impairments were qualified as adjustments items of the net income, TotalEnergies share.

For the financial year 2021, the Company recorded impairments in Exploration & Production, Integrated Gas, Renewables & Power, Refining & Chemicals and Marketing & Services segments for an amount of $(910) million in net income, TotalEnergies share.

These impairments were qualified as adjustments items of the net income, TotalEnergies share.

# Note 4 Segment Information by geographical area

| (M$) | France | Rest of Europe | North America | Africa | Rest of the world | Total |
|---|---|---|---|---|---|---|
| **For the year ended December 31, 2023** | | | | | | |
| External sales | 55,610 | 97,662 | 22,219 | 21,709 | 39,928 | **237,128** |
| Property, plant and equipment, intangible assets, net | 16,863 | 24,486 | 11,228 | 38,658 | 50,764 | **141,999** |
| Capital expenditures | 4,166 | 3,757 | 3,153 | 4,877 | 8,907 | **24,860** |
| **For the year ended December 31, 2022** | | | | | | |
| External sales | 58,411 | 122,641 | 33,188 | 24,582 | 42,177 | **280,999** |
| Property, plant and equipment, intangible assets, net | 13,080 | 26,382 | 13,292 | 39,410 | 46,867 | **139,032** |
| Capital expenditures | 1,632 | 2,743 | 5,304 | 3,253 | 6,870 | **19,802** |
| **For the year ended December 31, 2021** | | | | | | |
| External sales | 43,316 | 85,072 | 22,998 | 19,520 | 34,957 | **205,863** |
| Property, plant and equipment, intangible assets, net | 14,204 | 29,660 | 12,229 | 41,593 | 41,357 | **139,043** |
| Capital expenditures | 2,157 | 3,027 | 1,680 | 3,696 | 6,029 | **16,589** |

## Note 5 Main items related to operating activities

## Items related to the statement of income

### 5.1 Net sales

**Accounting principles**

IFRS 15 requires identification of the performance obligations for the transfer of goods and services in each contract with customers. Revenue is recognized upon satisfaction of the performance obligations for the amounts that reflect the consideration to which TotalEnergies expects to be entitled in exchange for those goods and services.

*Sales of goods*

Revenues from sales are recognized when the control has been transferred to the buyer and the amount can be reasonably measured. Revenues from sales of crude oil and natural gas are recorded upon transfer of title, according to the terms of the sales contracts.

Revenues from the production of crude oil and natural gas properties, in which TotalEnergies has an interest with other producers, are recognized based on actual entitlement volumes sold over the period. Any difference between entitlement volumes and volumes sold, based on TotalEnergies net working interest, are recognized in the "Under-lifting" and "Over-lifting" accounts in the balance sheet and in operating expenses in the profit and loss.

Oil and gas delivered quantities that represent production royalties and taxes, when paid in cash, are included in revenues, except for the United States and Canada.

Certain transactions within the trading activities (contracts involving quantities that are purchased from third parties then resold to third parties) are shown at their net value in purchases, net of inventory variation. These transactions relate in particular to crude oil, petroleum products, gas, power and LNG.

Exchanges of crude oil and petroleum products realized within trading activities are shown at their net value in both the statement of income and the balance sheet.

*Sales of services*

Revenues from services are recognized when the services have been rendered.

Revenues from gas transport are recognized when services are rendered. These revenues are based on the quantities transported and measured according to procedures defined in each service contract.

Shipping revenues and expenses from time-charter activities are recognized on a pro rata basis over a period that commences upon the unloading of the previous voyage and terminates upon the unloading of the current voyage. Shipping revenue recognition starts only when a charter has been agreed to by both TotalEnergies and the customer.

Income related to the distribution of electricity and gas is not recognized in revenues in certain countries because TotalEnergies acts as an agent in this transaction. In these countries, TotalEnergies is not responsible for the delivery and does not set the price of the service, because it can only pass on to the customer the amounts invoiced to it by the distributors.

*Excise taxes*

Excise taxes are rights or taxes which amount is calculated based on the quantity of oil and gas products put on the market. Excise taxes are determined by the states. They are paid directly to the customs and tax authorities and then invoiced to final customers by being included in the sales price.

The analysis of the criteria set by IFRS 15 led TotalEnergies to determine that it was acting as principal in these transactions. Therefore, sales are presented on a gross basis, including excise taxes collected by TotalEnergies within the course of its oil distribution operations. In addition, the subtotal "Revenue from sales" is presented as an additional line item in the P&L and is obtained by deducting Excise tax expenses from Sales.

### 5.2 Operating expenses and research and development

**Accounting principles**

TotalEnergies applies IFRS 6 "Exploration for and Evaluation of Mineral Resources". Oil and gas exploration and production properties and assets are accounted for in accordance with the Successful Efforts method.

Geological and geophysical costs, including seismic surveys for exploration purposes are expensed as incurred in exploration costs.

Costs of dry wells and wells that have not found proved reserves are charged to expense in exploration costs.

### 5.2.1 Operating expenses

**For the year ended December 31,**

| (M$) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Purchases, net of inventory variation [a] [b] | (143,041) | (169,448) | (118,622) |
| Exploration costs | (573) | (1,299) | (740) |
| Other operating expenses [c] | (30,419) | (29,789) | (26,894) |
| *of which non-current operating liabilities (allowances) reversals* | *821* | *1,086* | *1,299* |
| *of which current operating liabilities (allowances) reversals* | *(92)* | *(188)* | *(30)* |
| **OPERATING EXPENSES** | **(174,033)** | **(200,536)** | **(146,256)** |

[a]   Includes taxes paid on oil and gas production in the Exploration & Production segment, amongst others, royalties.
[b]   TotalEnergies values under / over lifting at market value.
[c]   Principally composed of production and administrative costs (refer to in particular the payroll costs as detailed in Note 10 to the Consolidated Financial Statements "Payroll, staff and employee benefits obligations").

### 5.2.2 Research and development costs

> **Accounting principles**
>
> Research costs are charged to expense as incurred.
>
> Development expenses are capitalized when the criteria of IAS 38 are met.

Research and development costs incurred by TotalEnergies in 2023 and booked in operating expenses (excluding depreciations) amount to $774 million ($762 million in 2022 and $824 million in 2021), corresponding to 0.33% of the sales.

In 2023 3,687 people are dedicated to these research and development activities (3,536 in 2022 and 3,830 in 2021).

## 5.3 Amortization, depreciation and impairment of tangible assets and mineral interests

The amortization, depreciation and impairment of tangible assets and mineral interests are detailed as follows:

**For the year ended December 31,**

| (M$) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Depreciation and impairment of tangible assets | (11,902) | (11,128) | (12,683) |
| Amortization and impairment of mineral assets | (860) | (1,093) | (873) |
| **TOTAL** | **(12,762)** | **(12,221)** | **(13,556)** |

# Items related to balance sheet

## 5.4 Working capital

### 5.4.1 Inventories

**Accounting principles**

Inventories are measured in the Consolidated Financial Statements at the lower of historical cost or market value. Costs for petroleum and petrochemical products are determined according to the FIFO (First-In, First-Out) method or weighted-average cost method and other inventories are measured using the weighted-average cost method.

In addition stocks held for trading are measured at fair value less cost to sell.

*Refining & Chemicals*

Petroleum product inventories are mainly comprised of crude oil and refined products. Refined products principally consist of gasoline, distillate and fuel produced by TotalEnergies' refineries. The turnover of petroleum products does not exceed two months on average.

Crude oil costs include raw material and receiving costs. Refining costs principally include crude oil costs, production costs (energy, labor, depreciation of producing assets) and an allocation of production overheads (taxes, maintenance, insurance, etc.).

Costs of chemical product inventories consist of raw material costs, direct labor costs and an allocation of production overheads. Start-up costs, general administrative costs and financing costs are excluded from the costs of refined and chemicals products.

*Marketing & Services*

The costs of products refined by TotalEnergies' entities include mainly raw materials costs, production costs (energy, labor, depreciation of producing assets), primary costs of transport and an allocation of production overheads (taxes, maintenance, insurance, etc.).

General administrative costs and financing costs are excluded from the cost price of products.

Product inventories purchased from entities external to TotalEnergies are valued at their purchase cost plus primary costs of transport.

*Carbon dioxide emission rights generated as part of the EU Emission Trading scheme (EU ETS)*

In the absence of a current IFRS standard or interpretation on accounting for emission rights of carbon dioxide generated as part of the EU Emission Trading scheme (EU ETS), the following principles are applied:

- Emission rights are managed as a cost of production and as such are recognized in inventories:

  - Emission rights allocated for free are booked in inventories with a nil carrying amount;

  - Purchased emission rights are booked at acquisition cost;

  - Sales or annual surrender of emission rights result in decreases in inventories valued at weighted-average cost;

  - If the carrying amount of inventories at closing date is higher than the market value, an impairment loss is recorded.

- If emission rights to be surrendered at the end of the compliance period are higher than emission rights (allocated and purchased), the shortage is accounted for as a liability at market value;

- Forward transactions are recognized at their fair market value in the balance sheet. Changes in the fair value of such forward transactions are recognized in the statement of income.

*Energy savings certificates*

In the absence of current IFRS standards or interpretations on accounting for energy savings certificates (ESC), the following principles are applied:

- If the obligations linked to the sales of energy are greater than the number of ESC's held then a liability is recorded. These liabilities are valued based on the price of the last transactions;

- In the event that the number of ESC's held exceeds the obligation at the balance sheet date this is accounted for as inventory. Otherwise a valuation allowance is recorded;

- ESC inventories are valued at weighted-average cost (acquisition cost for those ESC's acquired or cost incurred for those ESC's generated internally).

If the carrying value of the inventory of certificates at the balance sheet date is higher than the market value, an impairment loss is recorded.

| As of December 31, 2023 | | Valuation | |
| --- | --- | --- | --- |
| (M$) | Gross value | allowance | Net value |
| Crude oil and natural gas | 3,334 | (152) | 3,182 |
| Refined products | 5,335 | (141) | 5,194 |
| Chemicals products | 1,668 | (97) | 1,571 |
| Trading inventories | 6,158 | – | 6,158 |
| Other inventories | 4,248 | (1,036) | 3,212 |
| **TOTAL** | **20,743** | **(1,426)** | **19,317** |

| As of December 31, 2022 | | Valuation | |
| --- | --- | --- | --- |
| (M$) | Gross value | allowance | Net value |
| Crude oil and natural gas | 4,758 | (47) | 4,711 |
| Refined products | 6,386 | (162) | 6,224 |
| Chemicals products | 1,635 | (93) | 1,542 |
| Trading inventories | 6,672 | – | 6,672 |
| Other inventories | 4,797 | (1,010) | 3,787 |
| **TOTAL** | **24,248** | **(1,312)** | **22,936** |

| As of December 31, 2021 | | Valuation | |
| --- | --- | --- | --- |
| (M$) | Gross value | allowance | Net value |
| Crude oil and natural gas | 3,221 | (7) | 3,214 |
| Refined products | 5,411 | (50) | 5,361 |
| Chemicals products | 1,519 | (98) | 1,421 |
| Trading inventories | 6,501 | – | 6,501 |
| Other inventories | 4,538 | (1,083) | 3,455 |
| **TOTAL** | **21,190** | **(1,238)** | **19,952** |

Changes in the valuation allowance on inventories are as follows:

| For the year ended December 31, | Valuation allowance as of | | Currency translation adjustment and | Valuation allowance as of |
| --- | --- | --- | --- | --- |
| (M$) | January 1, | Increase (net) | other variations | December 31, |
| **2023** | **(1,312)** | **(92)** | **(22)** | **(1,426)** |
| 2022 | (1,238) | (121) | 47 | (1,312) |
| 2021 | (1,285) | (36) | 83 | (1,238) |

## 5.4.2 Accounts receivable and other current assets

| As of December 31, 2023 | | Valuation | |
| --- | --- | --- | --- |
| (M$) | Gross value | allowance | Net value |
| **Accounts receivable** | **24,334** | **(892)** | **23,442** |
| Recoverable taxes | 4,085 | (7) | 4,078 |
| Other operating receivables | 15,218 | (266) | 14,952 |
| Prepaid expenses | 1,731 | – | 1,731 |
| Other current assets | 60 | – | 60 |
| **Other current assets** | **21,094** | **(273)** | **20,821** |

| As of December 31, 2022 | | Valuation | |
| --- | --- | --- | --- |
| (M$) | Gross value | allowance | Net value |
| **Accounts receivable** | **25,204** | **(826)** | **24,378** |
| Recoverable taxes | 6,295 | (32) | 6,263 |
| Other operating receivables | 28,582 | (293) | 28,289 |
| Prepaid expenses | 1,455 | – | 1,455 |
| Other current assets | 63 | – | 63 |
| **Other current assets** | **36,395** | **(325)** | **36,070** |

| As of December 31, 2021 | | Valuation | |
| --- | --- | --- | --- |
| (M$) | Gross value | allowance | Net value |
| **Accounts receivable** | **22,776** | **(793)** | **21,983** |
| Recoverable taxes | 3,713 | (54) | 3,659 |