# Exhibit 1



## GARANTIE

IL A PREALABLEMENT ETE EXPOSE CE QUI SUIT :

Article 1- La République Populaire du Congo dénommée ci-après R.P.C., représentée par :
   a) Le Ministère des Finances et du Budget, représenté par son Ministre Monsieur LEKOUNZOU ITIHI OSSETOUMBA,
   b) La Caisse congolaise d'Amortissement, représentée par son Directeur Général, Monsieur Joseph HONDJUILA MIOKONO, (ci-après dénommée individuellement "Garant" et collectivement les "Garants"),

afin de permettre à COMMISIMPEX S.A., (une société congolaise, dont le siège social est situé à Brazzaville ci-après dénommée COMMISIMPEX), d'assurer le financement nécessaire à la réalisation et à l'exécution des marchés et avenants de travaux et fournitures qui lui sont attribués, dont le détail figure ci-après :

| DATE | Désignation du Marché | Devise du Marché | Montant du Marché |
|---|---|---|---|
| 05/04/84 | Avenant N°1 N°107/84/AV PR PCM DMCE | Livres Sterling | 5 638 000,00 |
| 05/06/84 | Avenant N°3 N°127/84/AV PR PCM DMCE | Livres Sterling | 8 457 000,00 |
| 25/06/85 | Marché N°83/85/AO PR PCM DMCE | Francs Français | 51 780 076,00 |
| 12/02/86 | Marché N°009/86/G PR PCM DMCE | Francs Français | 14 812 000,00 |
| 24/03/86 | Marché N°015/86/G PR PCM DMCE | Francs Français | 18 868 500,00 |
| 08/07/86 | Avenant N° 4 N°54/86/AV / PR PCM DMCE | Livres Sterling | 2 751 344,00 |
| 08/07/86 | Marché N°53/86/AO/ PR PCM DMCE | Dollars US | 3 492 564,00 |
| 08/07/86 | Avenant N°1 N°55/86/AV/ PR PCM DMCE | Francs Français | 4 618 288,00 |
| 08/07/86 | Avenant n° 5 N°57/86/AV / PR PCM DMCE | Livres Sterling | 7 889 357,00 |
| 08/07/86 | Avenant N° 1 N°56/86/AV PR PCM DMCE | Francs Français | 7 549 124,56 |
| 20/03/85 | Garantie irrévocable de COMMISIMPEX en lieu et place de l'Etat Congolais N° CORP 5166-85 | Livres Sterling | 12 818 000,00 |

.../...

POUR COPIE CERTIFIÉE
CONFORME A L'ORIGINAL



Maître Gaston MOYI
GREFFIER EN CHEF

Article 2- Se référant à la Convention du 17 octobre 1968 et ses avenants entre la République Populaire du Congo et la Société Nationale ELF Aquitaine (SNEA), et notamment aux articles relatifs au paiement de la Redevance Minière Proportionnelle et à l'impôt sur les sociétés dus au Trésor (lesdites conventions et leurs avenants ci-après désignés ("les conventions ELF"), notamment en ce qui concerne :

- La Redevance Minière afférente à la production des Concessions de Likouala, Loango, Tchibouela, Emeraude, Yanga, Sendji et Sendji Compl., et
- l'impôt sur les sociétés dû par la Société Elf Congo en vertu des bénéfices réalisés sur la production desdites Concessions,

(ladite redevance minière et ledit impôt ci-après désignés les "Revenus").

Article 3- Se référant à la convention du 11 novembre 1968, et ses avenants entre la République du Congo et la Société AGIP et notamment aux articles relatifs au paiement de la Redevance Minière proportionnelle et à l'impôt sur les sociétés dus au trésor (lesdites conventions et leurs avenants ci-après désignés "les conventions AGIP"), notamment en ce qui concerne :

- La redevance minière afférente à la production par AGIP et AGIP Congo dans les concessions de Likouala, Loango, Tchibouela, Emeraude, Yanga, Sendji et Sendji Compl., et
- L'impôt sur les Sociétés dû par AGIP et AGIP Congo en vertu des bénéfices réalisés sur la Production desdites concessions,

(ladite redevance minière et ledit impôt ci-après désignés les "Revenus").

PAR CONSEQUENT, IL A ETE CONVENU CE QUI SUIT :

A) Les Garants prennent connaissance que ces différents marchés et avenants de travaux et fournitures sont financés exclusivement par des crédits consentis par COMMISIMPEX.

B) Les Garants s'engagent par les présentes, sans conditions et irrévocablement, à garantir à COMMISIMPEX, le paiement des montants intégraux des marchés et avenants de travaux et fournitures attribués à COMMISIMPEX, dont le détail figure ci-dessus.

C) La présente garantie constitue un engagement irrévocable, inconditionnel, indépendant et permanent qui lie chaque Garant, et est exécutoire à son encontre, sans tenir compte d'aucune irrégularité ou du caractère non exécutoire de paiement, et

.../...



POUR COPIE CERTIFIÉE
CONFORME A L'ORIGINAL

Maître Gaston MOYI
GREFFIER EN CHEF



COPIE AUTHENTIQUE



chaque Garant ne sera libéré que par paiement de toutes les sommes dues à COMMISIMPEX au titre des marchés de travaux, avenants et fournitures y inclus intérêts, intérêts de retard, frais et accessoires rattachés aux contrats dont le détail figure ci-dessus.

D) Les Garants s'engagent irrévocablement et en permanence à payer des intérêts de retard au taux de 10,5%, réévalués annuellement, qui commenceront à parcourir dans les délais stipulés dans les articles "Imputations" concernant les intérêts et les intérêts de retard, se trouvant dans les divers marchés de travaux, avenants et fournitures dont le détail figure ci-dessus, et ceci jusqu'à leur entier paiement.

E) La R.P.C. déclare et garantit par la présente, qu'il n'existe aucune sûreté, nantissement, accord, délégation, opposition ou empêchement quelconque pouvant faire obstacle au présent acte.

F) En garantie du paiement intégral, irrévocable et inconditionnel des montants des marchés et avenants de travaux et fournitures dont le détail figure ci-dessus, la R.P.C. nantit et met en garantie tous les revenus, et notamment toutes les créances, royalties, taxes, droits, etc, qu'ils soient présents, futurs ou éventuels, provenant ou à provenir, directement ou indirectement, de l'exploitation sous quelque forme que ce soit des gisements d'hydrocarbure dont le détail figure ci-après : Likouala, Loango, Tchibouela, Emeraude, Yanga, Sendji et Sendji Compl. situés sur le territoire de la République Populaire du Congo.

G) COMMISIMPEX a le droit et la procuration irrévocable de saisir et d'utiliser tout solde positif, toute créance des Garants, et toute sûreté reçue des Garants ou détenue pour le compte des Garants, aux fins de l'exécution de la présente garantie. Il est précisé que ce droit ou prérogative de COMMISIMPEX vient s'ajouter à tous les autres droits ou prérogatives de recours dont COMMISIMPEX peut disposer en droit ou en équité, y compris les privilèges et droits de compensation des banques ; ces droits ou prérogatives de recours pouvant être exercés séparément ou concurremment.

H) La R.P.C. s'engage à ne pas céder ou nantir aux tiers, de quelque manière que ce soit, les Revenus et autres droits sus-mentionnés (Paragraphe F), à ne pas révoquer le susdit mandat, à ne pas résilier ou modifier les instructions ou les engagements donnés relativement au paiement des Revenus et à ne pas résilier les Conventions ni à les modifier de façon à diminuer directement ou indirectement les nantissements et les garanties sus-indiqués.

.../...



Pour copie certifiée conforme à l'original

Maître Gaston MOYI
GREFFIER EN CHEF



COPIE AUTHENTIQUE



COPIE CERTIFIÉE CONFORME

I) La présente Garantie est exécutoire à la demande de COMMISIMPEX et vaudra une instruction permanente de paiement irrévocable et inconditionnelle à AGIP, AGIP Congo, Elf et ELF Congo à concurrence des sommes des marchés, avenants et travaux mentionnés ci-dessus y compris principal et intérêts, frais, accessoires, et indemnisations de tout préjudice de retard. En l'occurrence, cette garantie sera opposable à AGIP, AGIP Congo, ELF et ELF Congo ou tout garant, et COMMISIMPEX pourra l'exécuter de plein droit contre tous les biens, actions, parts ou autres droits, notamment les conventions et redevances sus-mentionnées dans les articles 2 et 3, revenant à R.P.C. auprès de AGIP, AGIP Congo, ELF et ELF Congo et tout Garant sans recours ou autorisation préalable. La signature de R.P.C. sur la présente vaut acceptation sans réserve et consentement définitif de l'exécution sus-indiquée de la part de COMMISIMPEX vis-à-vis de AGIP, AGIP Congo, ELF et ELF Congo et tout autre société appartenant, totalement ou partiellement, au Garant (ou aux Garants).

J) COMMSIMPEX a l'obligation de présenter des preuves d'exécution appropriée des travaux afin de réclamer des paiements auprès de la AGIP, AGIP Congo, ELF et ELF Congo à concurrence des sommes des marchés, avenants et travaux y inclus les intérêts, les intérêts de retard, frais et accessoires rattachés aux contrats mentionnés ci-dessus.

K) Le présent acte demeurera en vigueur jusqu'au paiement intégral de toutes les obligations résultantes des marchés et avenants de travaux et fournitures y inclus les intérêts, les intérêts de retard, frais et accessoires rattachés aux contrats mentionnés ci-dessus.

L) Tous frais, impôts, droits ou taxes de toute nature présents et à venir relatifs aux présentes, seront à la charge de la R.P.C.. Il est convenu que seul le paiement total et intégral de toutes les sommes, principal et intérêts en particulier, dues à COMMISIMPEX et couvertes par cette garantie, concernant les marchés et avenants de travaux et fournitures, pourrait acquitter les Garants, sans aucune possibilité d'annulation de cette garantie par n'importe quel moyen autre que le paiement total signalé.

M) Le présent acte ne porte préjudice à aucun autre droit que la COMMISIMPEX possède ou pourrait posséder à l'encontre de la R.P.C..

N) Tous les impôts, à l'exception des impôts payés sur le revenu net, et tous les taxes, honoraires, droits, pénalités ou frais et accessoires auxquels la présente garantie et son exécution peuvent donner lieu dans tout pays ou toute juridiction, seront imputés aux Garants et payés par eux sans déduction d'aucune sorte sur aucun paiement dû aux termes de cette garantie

.../...



O) Chaque garant déclare et garantit qu'il a renoncé à se prévaloir de toute immunité de juridiction et de toute immunité d'exécution, en vertu de toute loi, et notamment en vertu de toute loi applicable en un lieu quelconque de Juridiction et/ou d'Exécution en ce qui concerne une action quelconque qui pourrait être intentée pour obtenir l'exécution d'une des obligations contenues dans la présente garantie.

P) Chaque Garant déclare et garantit que toutes les autorisations gouvernementales, administratives ou autres, nécessaires au paiement des montants des marchés et avenants de travaux et fournitures sus-désignés, ainsi qu'à la délivrance de la présente garantie et ses suites, ont été légalement obtenues et sont pleinement en vigueur.

La présente garantie sera régie par le droit suisse sous réserve de tout autre droit ou recours dont la COMMISIMPEX dispose, conformément au droit de toute juridiction où les actifs de tout Garant peuvent être localisés. Chaque Garant accepte que tout recours ou différend résultant de la présente garantie ou du Crédit puisse être porté devant tout tribunal relevant de toute juridiction où les actifs de tout Garant peuvent être localisés, et aussi devant tout autre tribunal fédéral ou cantonal en Suisse et, à cet effet, chaque Garant, de façon irrévocable, par les présentes, fait élection de domicile à l'AMBASSADE DU CONGO A PARIS et désigne son Excellence Monsieur l'Ambassadeur du Congo à Paris comme son représentant devant les tribunaux en question, sans que cette désignation puisse interdire d'attraire chaque Garant devant toute juridiction compétente conformément aux règles de procédure en vigueur.

EN FOI DE QUOI, les parties aux présentes ont signé la présente garantie à Brazzaville, en date du 22 Décembre 1986

CAISSE CONGOLAISE D'AMORTISSEMENT



COPIE
CERTIFIÉE CONFORME

MINISTERE DES FINANCES ET DU BUDGET DE LA REPUBLIQUE POPULAIRE DU CONGO

LEKOUNDZOU ITIHI OSSETOUMBA

