Exhibit 2

CERTIFIED TRUE COPY
Seal: [partially illegible]
PEOPLE'S REPUBLIC OF CONGO
MINISTRY OF FINANCE

## GUARANTEE

WHEREAS:

Article 1 – The People's Republic of Congo (referred to hereinafter as P.R.C.), represented by:
   a) The Ministry of Finance and Budget, represented by its Minister, Mr. LEKOUNZOU ITIHI OSSETOUMBA,
   b) The Caisse Congolaise d'Amortissement, represented by its Managing Director, Mr. Joseph HONDJUILA MIOKONO (referred to hereinafter individually as the 'Guarantor' and collectively as the 'Guarantors'),

in order to enable COMMISIMPEX SA (a Congolese company having its registered office in Brazzaville, referred to hereinafter as COMMISIMPEX) to ensure the financing necessary for completing and performing the contracts and amendments for work and supplies that it has been awarded, the breakdown of which is as follows:

| Date | Description of the contract | Currency of the contract | Amount of the contract |
|---|---|---|---|
| 05 April 84 | Amendment no. 1 no. 107 / 84 / AV PR PCM DMCE | Pounds Sterling | 5,638,000.00 |
| 06 June 84 | Amendment no. 3 no. 127 / 84 / AV PR PCM DMCE | Pounds Sterling | 8,457.000.00 |
| 25 June 85 | Contract no. 83 / 85 / AO PR PCM DMCE | French Francs | 51,780,076.00 |
| 12 Feb. 86 | Contract no. 009 / 86 / G PR PCM DMCE | French Francs | 14,812,000.00 |
| 24 March 86 | Contract no. 015 / 86 / G PR PCM DMCE | French Francs | 18,868,500.00 |
| 08 July 86 | Amendment no. 4 no. 54 / 86 / AV / PR PCM DMCE | Pounds Sterling | 2,751,344.00 |
| 08 July 86 | Contract no. 53 / 86 / AO / PR PCM DMCE | US Dollars | 3,492,564.00 |
| 08 July 86 | Amendment no. 1 no. 55 / 86 / AV / PR PCM DMCE | French Francs | 4,618,288.00 |
| 08 July 86 | Amendment no. 5 no. 57 / 86 / AV / PR PCM DMCE | Pounds Sterling | 7,889,357.00 |
| 08 July 86 | Amendment no. 1 no. 56 / 86 / AV / PR PCM DMCE | French Francs | 7,549,124.56 |
| 20 March 85 | Irrevocable guarantee of COMMISIMPEX in lieu of the Congolese State No. CORP 5166-85 | Pounds Sterling | 12,818,000.00 |

CERTIFIED TRUE COPY
Seal: [partially illegible]
PEOPLE'S REPUBLIC OF CONGO
MINISTRY OF FINANCE

Article 2 – Referring to the agreement of 17 October 1968 and its amendments between the People's Republic of Congo and the Société Nationale ELF Aquitaine (SNEA), and in particular to the articles relative to payment of the Proportional Mining Royalty and the corporate tax due to the Treasury (said conventions and their amendments referred to hereinafter as 'the ELF agreements'), notably as concerns:

- the Mining Royalty pertaining to the production of the Concessions of Likouala, Loango, Tchibouela, Emeraude, Yanga, Sendji and Sendji Compl.; and
- the corporate tax due by Société Elf Congo by virtue of the profits realised on the production of said Concessions.

(said mining royalty and said tax referred to hereinafter as the 'Revenues').

Article 3 – Referring to the agreement of 11 November 1968 and its amendments between the Republic of Congo and Société AGIP, and in particular to the articles relative to payment of the Proportional Mining Royalty and to the corporate tax due to the Treasury (said agreements and their amendments referred to hereinafter as 'the AGIP agreements'), notably as concerns:

- the Mining Royalty pertaining to the production by AGIP and AGIP Congo in the concessions of Likouala, Loango, Tchibouela, Emeraude, Yanga, Sendji and Sendji Compl.; and
- the corporate tax due by AGIP and AGIP Congo by virtue of the profits realised on the production of said Concessions.

(said mining royalty and said tax referred to hereinafter as the 'Revenues').

CONSEQUENTLY, IT HAS BEEN AGREED AS FOLLOWS:

A) The Guarantors examine the various contracts and amendments for work and supplies which are financed exclusively with the loans granted by COMMISIMPEX.

B) The Guarantors hereby undertake, without conditions and irrevocably, to guarantee COMMISIMPEX payment of the full amounts of the contracts and amendments for work and supplies awarded to COMMISIMPEX, a breakdown of which is included above.

C) The present guarantee is an irrevocable, unconditional, independent and permanent commitment which is binding on each Guarantor and enforceable against it without taking account of any irregularity or of the unenforceable character of payment, and each Guarantor shall be released only by the payment of all sums due to COMMISIMPEX under the contracts for work, amendments and supplies including interest, penalty interest, costs and accessories attached to the contracts, a breakdown of which is included above.

CERTIFIED TRUE COPY
Seal: [partially illegible]
PEOPLE'S REPUBLIC OF CONGO
MINISTRY OF FINANCE

D) The Guarantors undertake irrevocably and permanently to pay penalty interest at the rate of 10.5 %, revalued annually, which shall begin to run within the time limits stipulated in the articles 'Allotments' concerning interest and penalty interest included in the various contracts for work, amendments and supplies, a breakdown of which is included above, and this until such time as their payment is full.

E) The P.R.C. hereby warrants and guarantees that there exists no surety, pledge, agreement, delegation, objection or impediment of any kind that might hinder the present deed.

F) In guarantee of full, irrevocable and unconditional payment of the amounts of the contracts and amendments for work and supplies, a breakdown of which is included above, the P.R.C. pledges and puts up for guarantee all revenues, and in particular all receivables, royalties, duties, levies, etc., whether they are present, future or possible, coming from or to come from, directly or indirectly, exploitation in any form whatsoever of the oilfields, a breakdown of which is included hereafter: Likouala, Loango, Tchibouela, Emeraude, Yanga, Sendji and Sendji Compl. located on the territory of the People's Republic of Congo.

G) COMMISIMPEX is entitled and has the irrevocable power of attorney to seize and use any positive balance, any receivable of the Guarantors and any surety received by the Guarantors or held on behalf of the Guarantors for the purposes of performance of the present guarantee. It is specified that this right or prerogative of COMMISIMPEX comes in addition to all other rights or prerogatives of recourse that COMMISIMPEX may have in right or in equity, including the bank's privileges and rights of setoff; these rights and prerogatives of recourse can be exercised separately or concurrently.

H) The P.R.C. undertakes not to transfer or pledge to third parties, in any manner whatsoever, the Revenues and other rights mentioned above (paragraph F), not to rescind the above-mentioned mandate, not to cancel or modify the instructions or commitments given relative to payment of the Revenues and not to terminate the agreements or to change them in such a way as to directly or indirectly decrease the pledges and guarantees indicated above.

I) The present guarantee is enforceable at the demand of COMMISIMPEX and shall apply as a permanent instruction of irrevocable and unconditional payment to AGIP, AGIP Congo, ELF and ELF Congo up to the amount of the sums of the contracts, amendments and work mentioned above, including principal and interest, costs, accessories and compensation for all prejudices of delay. In the case in point, this guarantee shall be opposable to AGIP, AGIP Congo, ELF and ELF Congo or to any guarantor, and COMMISIMPEX will be entitled *ipso jure* to enforce it against all assets, shares, partnership shares or other rights, in particular the agreements and royalties mentioned above in articles 2 and 3, coming to the P.R.C. through AGIP, AGIP Congo, ELF and ELF Congo and all Guarantors without recourse or prior authorisation. Signature by the P.R.C. on the presents applies as acceptance without reserve and final acceptance of the above-mentioned performance by COMMISIMPEX with regard to AGIP, AGIP Congo, ELF and ELF Congo as well as any other company belonging to the Guarantor or Guarantors in full or in part.

CERTIFIED TRUE COPY
Seal: [partially illegible]
PEOPLE'S REPUBLIC OF CONGO
MINISTRY OF FINANCE

J) COMMISIMPEX shall present proof of appropriate performance of the work in order to claim payment from AGIP, AGIP Congo, ELF and ELF Congo up to the amount of the sums of the contracts, amendments and work including interest, penalty interest, costs and accessories attached to the above-mentioned contracts.

K) The present deed shall remain in force until full payment of all obligations resulting from the contracts and amendments for work and supplies including interest, penalty interest, costs and accessories attached to the above-mentioned contracts.

L) All costs, taxes, duties or levies of any nature, present and to come, relative to the presents shall be payable by the P.R.C. It is agreed that only total and full payment of all sums, particularly principal and interest, due to COMMISIMPEX and covered by this guarantee concerning the contracts and amendments for work and supplies can discharge the Guarantors, without any possibility of cancellation of this guarantee by any means other than the full payment as indicated.

M) The present deed shall prejudice no other right held or that might be held by COMMISIMPEX against the P.R.C.

N) All taxes, with the exception of taxes paid on net income, and all duties, fees, registration fees, penalties or costs and accessories to which the present guarantee and its exercise might give rise in any country or any jurisdiction shall be charged to the Guarantors and paid by them without deduction of any kind on any payment due under the terms of this guarantee.

O) Each Guarantor warrants and guarantees that it has waived exercising all immunity from performance by virtue of any law, and in particular by virtue of any law applicable in any place of jurisdiction and/or of performance as concerns any action that might be instituted in order to obtain performance of the obligations contained in the present guarantee.

P) Each Guarantor warrants and guarantees that all governmental, administrative or other authorisations necessary for payment of the amounts of the above-mentioned contracts and amendments for work and supplies as well as for issuance of the present guarantee and its consequences have been obtained legally and are fully in force.

The present guarantee shall be governed by Swiss law without prejudice to any other right or recourse at the disposal of COMMISIMPEX in application of the law of any jurisdiction where the assets of any Guarantor might be located. Each Guarantor agrees that any recourse or dispute resulting from the present guarantee or from the loan can be brought before the court coming within the jurisdiction where the assets of any Guarantor might be located and also before any other federal or cantonal court in Switzerland, and to this end, each Guarantor hereby irrevocably elects domicile at the EMBASSY OF THE CONGO IN PARIS and appoints His Excellency Ambassador of the Congo in Paris as its representative before the courts in

CERTIFIED TRUE COPY
Seal: [partially illegible]
PEOPLE'S REPUBLIC OF CONGO
MINISTRY OF FINANCE

question, without its being possible for this appointment to prevent each Guarantor from being brought before any competent jurisdiction in application of the rules of procedure in force.

IN WITNESS WHEREOF, the parties to the presents signed the present guarantee in Brazzaville on 22 December 1986.

| | |
|---|---|
| CAISSE CONGOLAISE D'AMORTISSEMENT | Seal: Embassy of the People's Republic of the Congo – Consular Service |
| [signature] | PARIS 25 January 2002 |
| | [signature] |
| | A. A. ROLAND TATY |

MINISTRY OF FINANCE AND BUDGET OF THE PEOPLE'S REPUBLIC OF THE CONGO

[signature]
LEKOUNDZOU ITIHI OSSETOUMBA


The signatures follow.

FOR CERTIFIED TRUE COPY

[The French original is] collated precisely and certified true to the original drawn up on NINE pages containing THREE lines drawn in a blank space without cross references or words crossed out.

[signature]
*Raised seal illegible*