# Exhibit 6

PEOPLE'S REPUBLIC
OF THE CONGO

THE SUPREME COURT

Work * Democracy * Peace

[Stamp: Copy certified as true to the original]

[Seal: REPUBLIC OF THE CONGO
- CHIEF CLERK OF THE SUPREME COURT -]
[*signature*]

[Stamp: **Gaston MOYI,** Esquire
Chief Clerk]

Brazzaville, 3 April 1987
The President of the
Supreme Court
of the People's
Republic
of the Congo
--------

COMMISIMPEX S.A.
Bld Lyautey
B.P. 2082 Brazzaville
P.R.C.

[Stamp: **COPY CERTIFIED AS TRUE TO THE ORIGINAL**]
[*signature*]

[Seal: REPUBLIC OF THE CONGO
Esther N. NOTE, Esquire - NOTARY
COURT OF APPEAL OF BRAZZAVILLE]

RE: D.R.C./ COMMISIMPEX S.A. Guarantee
of 22 December 1986

Dear Sirs,

My opinion has been sought concerning the guarantee of 22 December 1986 (hereinafter referred to as "the Guarantee"), whose purpose is to have payment guaranteed to you by the People's Republic of the Congo (the Guarantors) in the form of mining dues (Revenues) and the full amounts of the works and supply contracts and riders allotted to you, the breakdown of which is given here below:

Rider no. 1 no. 107/84/AV PR PCM DMCE of 05/04/84, Rider no. 3 no. 127/84/AV PR PCM DMCE of 05/05/84, Contract 185/84/G/PR PCM DMCE of 25/06/84, Contract no. 83/85/AO PR PCM DMCE of 25/06/85, Contract no. 009/86/G/PR PCM DMCE of 12/02/86, Contract no. 015/86/G/PR PCM DMCE of 24/03/86, Rider no. 4. no. 54/86/AV/PR PCM DMCE of 08/07/86, Contract no. 53/86/AO/PR PCM DMCE of 08/07/86, Rider no. 1 no. 55/86/AV/PR PCM DMCE of 08/07/86, Rider no. 5 no. 57/86/AV/PR PCM DMCE of 08/07/86, Rider no. 1 no. 56/86/AV/PR PCM DMCE of 08/07/86, and COMMISIMPEX's irrevocable Guarantee in place of the Congolese State no. CORP 5166-85 of 20/03/85.

For the purposes of this opinion, I examined the works and supply contracts and riders as well as the agreements of 17 October 1968 and the riders thereto signed between the People's Republic of the Congo and the Société Nationale ELF Aquitaine (SNEA), and the agreement of 11 November and the riders thereto signed between the People's Republic of the Congo and AGIP.

Having examined the aforementioned documents and taken into consideration all the applicable laws of the People's Republic of the Congo, I am of the opinion that:

N° 1410221

1. the Guarantor has the legal capacity to issue the guarantee under the conditions set forth in the documents, and to comply with all of the obligations stemming therefrom;

.../.

[Seal: Olivier JAMET - Anthony SAVALE
Notaries
- 98 bis, Bd Haussmann - 75008 PARIS -]

[Stamp: **CERTIFIED TRUE COPY OF THE ORIGINAL**]
[*signature*]

**TRADUTEC**
30 bis, rue Émile Menier - 75116 PARIS
Téléphone : 01 45 53 23 13
Télécopieur : 01 45 53 34 19

2.     that all of the authorizations required by Congolese legislation for the signature of all of the documents of works and supply contracts and riders for the performance of the guarantee under the conditions set forth in the documents, and for the compliance with all of the obligations stemming therefrom for the Guarantor, have been duly obtained, and that these authorizations are fully in force;

3.     that the signatories of the guarantee and of all of the works and supply contracts and riders are vested with the powers necessary to bind the Guarantor under the terms of the guarantee;

4.     that the guarantee as well as each of the documents of works and supply contracts and riders constitutes a valid commitment on the part of the Guarantor, which is binding on it in accordance with its terms; and that the guarantee does not in any way breach any of the laws and regulations applicable to the Guarantor, nor its contractual commitments;

5.     that no legal proceedings are underway or, to the best of the Guarantor's knowledge, about to be initiated, that could prevent or prohibit the signing or performance of the guarantee;

6.     that no circumstance exists which could result in early payment becoming due in respect of the guarantee, or which could do so following notification or following a certain timeframe;

7.     that in light of the Congolese regulations and law currently in force:

- no special authorization is required to allow the payment of interest, commissions, expenses and repayment of the principal in accordance with the terms of the aforementioned works and supply contracts and riders;
- it is not necessary to make any filing, registration or similar operation with any administrative or other authority whatsoever;
- the signing of the guarantee, as well as the signing of all of the works and supply contracts and riders and compliance with the obligations stipulated therein, are not subject to any profit tax, withholding at source, tax, registration duty, fiscal or parafiscal duty or charge levied by the People's Republic of the Congo or by any local authority, department or public sector organisation within the Republic;

8.     that the Guarantor has taken all requisite measures for the operations set forth in the agreements and the necessary measures to unconditionally guarantee the free conversion and transfer of the sums required for payment in full of the sums committed and owed to COMMISIMPEX S.A. for the aforementioned works and supply contracts and riders in principal, and the payment of interest, commissions and other expenses and ancillary costs;

9.     that the Guarantor's acceptance of the competence of the federal or cantonal court in Switzerland, or that of any court lying within the jurisdiction where the Guarantor's assets may be located, for the purposes of settling any disputes, is valid and irrevocably binding on the Guarantor;

.../...

[Stamp: **COPY CERTIFIED AS TRUE TO THE ORIGINAL**]
[*signature*]

[Seal: REPUBLIC OF THE CONGO
Esther N. NOTE, Esquire - NOTARY
COURT OF APPEAL OF BRAZZAVILLE]

[Seal: Olivier JAMET - Anthony SAVALE
Notaries
- 98 bis, Bd Haussmann - 75008 PARIS -]
[*signature*]

[Stamp: **CERTIFIED TRUE COPY OF THE ORIGINAL**]
[*signature*]

[Illegible seal]

[Illegible stamp]
[*signature*]

[Stamp: **Gaston MOYI**, Esquire
Chief Clerk]

10. that the Guarantor's obligations stemming from the signing of the Guarantee and from the signature of the aforementioned works and supply contracts and riders constitute obligations of a commercial nature which are subject to private law and which shall remain valid in all their provisions, shall be binding on the Congolese State and shall be acknowledged to be valid in the People's Republic of the Congo.

Consequently, all of the conditions set by the Constitution of 8 July 1979 and by the Legislation and Regulations in force are duly met, and as far as the People's Republic of the Congo is concerned, the documents examined with a view to arriving at this opinion constitute a valid commitment with obligatory force in accordance with these provisions.

Yours faithfully,

[signature]

[Seal: PEOPLE'S REPUBLIC OF THE CONGO
People's Republic of the Congo
- PRESIDING JUDGE OF THE SUPREME COURT -]
[signature]

Ch. ASSEMEKANG

Magistrate

Presiding Judge
of the Supreme Court
of the People's Republic of the
Congo

[Stamp: **COPY CERTIFIED AS TRUE TO THE ORIGINAL**]
[signature]

[Seal: REPUBLIC OF THE CONGO
Esther N. NOTE, Esquire - NOTARY
COURT OF APPEAL OF BRAZZAVILLE]

[Stamp: Copy certified as true to the original]

[Seal: REPUBLIC OF THE CONGO
- CHIEF CLERK OF THE SUPREME COURT -]
[signature]

[Stamp: **Gaston MOYI**, Esquire
Chief Clerk]

[Stamp: **COPY CERTIFIED AS TRUE TO THE ORIGINAL**]

[Seal: Olivier JAMET - Anthony SAVALE
Notaries
- 98 bis, Bd Haussmann - 75008 PARIS -]
[signature]

