# Exhibit 8

P-A-N°706

## PROTOCOLE D'ACCORD DE NEGOCIATIONS ENTRE L'ETAT DU CONGO ET LA SOCIETE COMMISIMPEX S.A.

Le présent protocole est établi entre :

D'une part,

**L'Etat du Congo**, représenté par :

- Monsieur **Gabriel LONGOBE**, Ministre délégué, Secrétaire Général de la Présidence de la République,
Et
- Monsieur **Jean Dominique OKEMBA**, Secrétaire d'Etat, Secrétaire Générale du Conseil de Sécurité

Agissant sur délégation de Monsieur Le Président de la République, son Excellence Monsieur **Denis SASSOU NGUESSO** et ayant pouvoir à cet effet,

Et d'autre part,

**La société COMMISIMPEX s.a.**, ayant son siège social à Brazzaville, 86 Avenue Foch, représentée par son Président Directeur Général, Monsieur **Mohsen HOJEIJ**,

**PREAMBULE**

Il a été préalablement exposé ce qui suit :

1- La société COMMISIMPEX s.a., ayant financé, par des fonds en devises étrangères, notamment en Francs Français, en Dollars US et Livres Sterling, des travaux et fournitures au profit de l'Etat du Congo, et que ce financement reste impayé à ce jour.

2- Les diverses Commissions du Contrôle d'Etat, de la Présidence et des Ministères qui ont procédé à la vérification et à l'audit des créances COMMISIMPEX s.a., reconnaissent l'exécution des travaux et fournitures par la société COMMISIMPEX s.a., et confirment le non paiement des sommes dues par l'Etat du Congo.

3- Suite à des négociations engagées depuis le 27 mai 2003, à Brazzaville, entre les deux parties sus-visées, à propos de la dette de l'Etat du Congo à l'égard de la société



1

COMMISIMPEX., les deux parties conviennent que la dette objet du présent protocole de négociations, se présente comme suit :

- L'Etat du Congo, reconnaît définitivement, et sans objections ni réserves, l'exécution de l'intégralité des marchés et fournitures visées à l'alinéa 1 ci dessus.
- La mention des montants en Francs CFA est à titre indicatif. Les deux parties reconnaissent que les sommes dues, sont en devises étrangères c'est à dire, en Francs Français, Dollars US, et Livres Sterling.
- La validité de la dette, a été irrévocablement et officiellement reconnue par les Administrations concernées lors des deux réunions solennelles du 07 et 23 septembre 1992. Elle a été, à l'issue et à la lumière des travaux de ces deux réunions, entérinée par la Présidence de la République, laquelle en a fixé le montant à l'équivalent de 48 milliards FCFA (Quarante huit milliards Francs CFA) représentant la contre valeur en FCFA des dettes reconnues et libellées en différentes devises au 30 septembre 1992, soit 96 milliards FCFA, après dévaluation du Francs CFA en 1994. La société COMMISIMPEX a pris acte de cette reconnaissance de dette, par courriers du 07 octobre et 24 novembre 1992.
- Le montant de la dette de l'Etat du Congo arrêtée le 30 septembre 1992, s'élève en principal à la somme de 960.000.000. FRF. (neuf cent soixante millions de Francs Français), qui représentait en 1992 la somme de 48 milliards de FCFA, l'équivalant de 96.000.000.000. FCFA (quatre vingt seize milliards FCFA), dont le remboursement final sera effectué en devises, puisqu'il s'agit au départ d'un financement étranger et en devises.
- L'Etat du Congo, reconnaît sans objections ni réserves, que les travaux et fournitures en question, ont été financés, en partie par la Banque SARADAR, et en partie, par la garantie de la société COMMISIMPEX et du groupe et famille HOJEIJ.
- L'Etat du Congo, reconnaît que la dette de 960.000.000 FRF, valeur 30 septembre 1992, a été partagée comme suit, conformément à l'accord conclu au terme des deux réunions du 07 et 23 septembre 1992 sus visées et confirmé par courrier de la société COMMISIMPEX du 7 octobre 1992 :
    - une première partie est fixée à 440.000.000 FRF (Quatre cent quarante millions de Francs Français), soit l'équivalent de 22 Milliards de F CFA, objet du Protocole d'Accord n° 566 du 14 octobre 1992.
    - une deuxième partie est fixée à 520.000.000 FRF (Cinq cent vingt millions de Francs Français) soit l'équivalent de 26 Milliards de F CFA.

Ceci étant rappelé, les deux parties ont convenu de ce qui suit :

**Article 1** - l'Etat du Congo prend à sa charge, la dette de la société COMMISIMPEX, et celle du groupe et famille Hojeij, à l'égard de la banque libanaise SARADAR à hauteur de l'engagement du Protocole d'Accord n° 566 du 14 octobre 1992, et les

garanties correspondantes, dont la créance en principal, valeur du 30 septembre 1992, est libellée dans les devises suivantes :

    A – 50.592.81,53 FRF
    B – 21.201.872,76 Livres Sterling
    C – 34.521.293,24 Dollars US
    D – 1.426.6253.801 F CFA

Le total représentant, à cette date, la contre valeur de 440.000.000 FRF, soit 44 Milliards FCFA à la parité de l'époque.

**Article 2** - l'Etat du Congo s'engage à négocier directement avec la banque SARADAR, et pourra déterminer les modalités de remboursement des montants ci dessus mentionnés en principal et en intérêt, en dehors de tout engagement, ni responsabilité de la part de la société COMMISIMPEX, ni du groupe et famille Hojeij.

Les retombées directes et indirectes de ces négociations, ne concernent en aucun cas la société COMMISIMPEX ni le groupe et famille Hojeij.

**Article 3** - l'Etat du Congo s'engage à rembourser à la société COMMISIMPEX, la somme en principal de 520 millions de FRF, non compris les intérêts qui s'élèvent à 941.141.586 FRF, pour la période du 30 septembre 1992 au 30 juillet 2003 au taux de 10 % l'an,

**Article 4** - l'Etat du Congo s'engage à régler à la société COMMISIMPEX, la somme de 520.000.000 FRF (cinq cent vingt millions de francs français) selon les modalités suivantes :

    1. Paiement comptant d'un montant de 60.000.000 de FRF (soixante millions de Francs Français), soit 6 milliards FCFA..
    2. Une deuxième partie de ladite somme en principal, correspondant à 200.000.000 FRF (Deux cents millions de Francs Français), soit 20 Milliards de FCFA, portera, à titre de compensation, sur l'acquisition par la société COMMISIMPEX, de certaines entreprises appartenant à l'Etat du Congo dont la viabilité technique et financière, et dont la rentabilité et le prix d'évaluation, auront été positivement démontrés par un auditeur agréé et accepté par la société COMMISIMPEX.
    3. Le reliquat, soit la somme en principal de 260.000.000 FRF (deux cent soixante millions de Francs Français), soit 26 milliards de FCFA, fera l'objet d'un moratoire que l'Etat du Congo s'engage à rembourser en 84 (quatre vingt quatre) mensualités constantes d'une valeur de 3.095.238 FRF par mois, soit une mensualité de 309.523.809 FCFA. Ce moratoire est subordonné à l'octroi, en faveur de COMMISIMPEX, d'une garantie ferme, inconditionnelle et irrévocable de 1er ordre, internationalement acceptée.
Cette garantie a pour objet, au delà de l'aspect couverture du risque, de faciliter les conditions de refinancement aussi bien des entreprises relevant actuellement du groupe Hojeij, dont les besoins en fonds de

 



3

roulement dépassent largement les douze milliards de Francs CFA, que ceux des établissements publics visés au § 4 alinéa 2.

**Article 5** – Pour démontrer sa volonté de contribuer à l'œuvre de la Nouvelle Espérance engagée par les Autorités Congolaises pour le développement socio-économique du Pays, la société COMMISIMPEX et, derrière elle le groupe et famille HOJEIJ, pourrait faire grâce à l'Etat du Congo, des intérêts indiqués à l'Article 3 ci-dessus, soit 941.141.586 FRF.

Ce geste, dont le montant représente près du double de la dette objet des présentes négociations, est lié au respect, par l'Etat du Congo, des engagements pris en vertu du présent Protocole et, en particulier, au remboursement ponctuel du moratoire visé dans l'Article 1, ci-dessus.

**Article 6** – l'Etat du Congo s'engage, d'ici au 31 décembre 2003 :

- à mettre en place la garantie du moratoire visée à l'alinéa 3 de l'Article 4 ci-dessus,
- à signer les actes de cession des entreprises visées à § 4 alinéa 2
- à finaliser les négociations avec la Banque SARADAR, visées à l'Article 2 ci-dessus,
- et à conclure avec la société COMMISIMPEX, un Protocole d'Accord Définitif en remplacement du présent Protocole, pour clore les négociations en cours.

**Article 7**- Le présent protocole ne constitue pas novation aux garanties détenues, notamment celle du 22 décembre 1986 et la société COMMISIMPEX ne renonce pas à se prévaloir de ses droits actuels, acquis à titre judiciaire et extra judiciaire et ce, jusqu'à apurement intégral des engagements pris par l'Etat du Congo.

Fait à Brazzaville, le 23 Août 2003 en deux exemplaires.

**Pour l'Etat du Congo :**

**Monsieur Gabriel LONGOBE**      **Monsieur Jean Dominique OKEMBA**

**Pour la société COMMISIMPEX :**      **Monsieur Mohsen HOJEIJ**

Société
**COMMISIMPEX**
86 av. FOCH
BP/1244-Tel:81 23 28
B/ville République du Congo

4