# Exhibit 9

# NEGOTIATION AGREEMENT PROTOCOL
# BETWEEN THE GOVERNMENT OF THE CONGO
# AND THE COMMISIMPEX COMPANY S.A.

Embossed seal:   Embassy of the Republic of Congo
                 Consular Department
                 Paris, France

CERTIFIED TRUE
April 20, 2004

Seal:   REPUBLIC OF CONGO
        OFFICE OF THE PRESIDENT OF THE REPUBLIC
        The Secretary General
        [*initials*]

This protocol is established between:

On the one hand,
**The Government of Congo**, represented by:

- Mr. **Gabriel LONGOBE**, Deputy Minister, Secretary General of the Office of the President of the Republic,

And:
- Mr. **Jean Dominique OKEMBA**, Secretary of State, Secretary General of the Security Council

Acting by appointment of the President of the Republic, His Excellency Mr. **Denis SASSOU NGUESSO**, with full powers for this purpose,

And, on the other hand:

**The COMMISIMPEX Company S.A.**, with registered offices in Brazzaville, at 86, avenue Foch, represented by its Chief Executive Officer, Mr. **Mohsen HOJEIJ**,

**PREAMBLE**

Whereas:

1 – The COMMISIMPEX Company S.A., financed, using funds in foreign currency, in particular French francs, US dollars and Sterling pounds, work and supplies for the benefit of the State of the Congo, and whereas this financing is outstanding to date.

2 – The various State Control Commissions of the Office of the President and Ministries who have verified and audited the claims of COMMISIMPEX S.A. acknowledge the performance of the work and the delivery of the supplies by the COMMISIMPEX Company S.A., and confirm the non-payment of the sums owed by the State of the Congo.

3 – Following negotiations under way since May 27, 2003, in Brazzaville, between the two aforementioned parties regarding the debt of the State of the Congo to the COMMISIMPEX

Company, the two parties agree that the debt which is the object of this negotiation protocol is as follows:

- The State of the Congo acknowledges definitively, unreservedly & unconditionally that all of the contracts and supplies referred to in paragraph 1 above were performed.
- The amounts in CFA francs are provided for the purposes of information only. Both parties acknowledge that the sums owed are in foreign currencies, i.e. in French francs, US dollars and Sterling pounds.
- The validity of the debt was irrevocably and officially recognized by the Administrations concerned during the two solemn meetings of September 7th & 23rd, 1992. It was ratified, at the end and in light of the work accomplished in these two meetings, by the Office of the President of the Republic, which established the amount thereof at the equivalent of 48 billion CFA francs (forty eight billion CFA francs) representing the equivalent in CFAF of the debts acknowledged and presented in the various foreign currencies on September 30, 1992, i.e. 96 billion CFA francs, after the devaluation of the CFA franc in 1994. The COMMISIMPEX Company formally acknowledged the recognition of this debt in letters of October 7 and November 24, 1992.
- The debt of the State of the Congo, determined at September 30, 1992, amounts to the principal sum of FRF 960,000,000 (nine hundred and sixty million French francs), which in 1992 represented the sum of 48 billion CFAF, the equivalent of 96,000,000,000 CFAF (ninety six billion CFAF) the final reimbursement of which will be made in foreign currencies, given that at the outset this was foreign financing in foreign currencies.
- The State of the Congo acknowledges unconditionally & unreservedly that the work and supplies at issue were financed partially by the SARADAR Bank and partially by the guarantee of the COMMISIMPEX Company and the HOJEIJ group & family.
- The State of the Congo acknowledges that the debt of FRF 960,000,000, value at September 30, 19992, was broken down as follows, in accordance with the agreement reached at the end of the two meetings of September 7 and 23, 1992 referred to above, and confirmed in a letter from the COMMISIMPEX Company of October 7, 1992:
- an initial part set at FRF 440,000,000 (four hundred and forth million French francs), or the equivalent of 22 billion CFA francs, the object of Agreement Protocol n°. 566 of October 14, 1992.
- A second part set at FRF 520,000,000 (five hundred and twenty million French francs) or the equivalent of 26 billion CFA francs.

This being recalled, the two parties have agreed on the following:

**Article 1 -** The State of the Congo shall pay the debt of the COMMISIMPEX Company and that of the Hojeij group and family to the Lebanese bank SARADAR, for the amount of the commitment stipulated in Agreement Protocol n°. 566 of October 14, 1992, and the corresponding guarantees, the principal amount of which, value at September 30, 1992, is broken down into the following amounts in the following currencies:
    A – FRF 50,592,81.53 [sic]
    B – Sterling £ 21,201,872.76
    C – US $ 34,521,293.24
    D – CFA francs 1,426,6253,801 [sic]

The total of which represents, on this date, the equivalent of FRF 440,000,000 or 22 billion CFA francs at the rates at the time.

**Article 2 -** The State of the Congo undertakes to negotiate directly with the SARADAR Bank, and may determine the procedures for reimbursing the amounts mentioned above in principal with interest, notwithstanding all commitments and liability on the part of the COMMISIMPEX Company or of the Hojeij group & family.

The direct and indirect repercussions of these negotiations in no event concern the COMMISIMPEX Company or the Hojeij group and family.

**Article 3 –** The State of the Congo undertakes to reimburse to the COMMISIMPEX Company the principal sum of FRF 520 million, not including the interest which amounts to FRF 941,141,586 for the period of September 30, 1992 to July 30, 2003 at the rate of 10% per annum.

**Article 4 -** The State of the Congo undertakes to pay to the COMMISIMPEX Company the sum of FRF 520,000,000 (five hundred and twenty million French francs) according to the following procedures:

1. Payment case of an amount of FRF 60,000,000 (sixty million French francs), or 6 billion CFA francs.
2. A second part of said principal sum, corresponding to FRF 200,000,000 (two hundred million French francs), i.e. 20 billion CFA francs shall correspond, as compensation, to the acquisition by the COMMISIMPEX Company of certain companies belonging to the State of the Congo the technical & financial viability of which, as well as the profitability and evaluation price of which, have been proven positively by a certified auditor accepted by the COMMISIMPEX Company.
3. The remainder, or the principal sum of FRF 260,000,000 (two hundred and sixty million French francs), or 26 million CFA francs, will be the object of a moratorium which the State of the Congo undertakes to reimburse in 84 (eighty four) uninterrupted monthly installments of FRF 3,095,238, i.e. a monthly payment of CFA francs 309,523,809. This moratorium is subject to the granting to COMISIMPEX of a firm, unconditional & irrevocable first ranking internationally accepted guarantee.
The object of this guarantee, in addition to covering the risk, is to facilitate the refinancing conditions of the companies currently in the Hojeij group, whose needs in working capital by far exceed the twelve billion CFA francs, as well as those of the public establishments referred to in para. 2 of § 4.

**Article 5** – As token of its desire to contribute to the work of the Nouvelle Espérance undertaken by the Congolese authorities for the country's socio-economic development, the COMMISIMPEX Company and behind it the HOJEIJ group & family, could spare the State of Congo from paying the interest indicated in Article 3 above, i.e. FRF 941,141,586.

This gesture, the amount of which represents almost twice the amount of the debt which is the object of these negotiations, is linked to the respect by the State of the Congo of the commitments made under this Protocol and in particular the punctual reimbursement of the moratorium referred to in Article 1 above.

**Article 6 -** The State of the Congo undertakes between now and December 31, 2003:

= to set-up the guarantee on the moratorium referred to in para. 3 of Article 4 above;
= to sign the acts for the transfer of the companies referred to in para. 2 of § 4;
= to finalize the negotiations with the SARADAR Bank referred to in Article 2 above,
= and to sign with the COMMISIMPEX Company a Final Agreement Protocol to replace this protocol, and to close the current negotiations.

**Article 7** – This protocol does not replace the guarantees held, in particular that of December 22, 1986 and the COMMISIMPEX Company does not waive its current rights, acquired in court and in an extra-judiciary manner and this until the full wiping out of the commitments made by the State of the Congo.

Signed in Brazzaville on August 23, 2003 in duplicate

**For the State of the Congo**
**Embossed seal:** **The Republic of the Congo**
**The Secretary General**
**Office of the President of the Republic**
[*signature*]
**Mr. Gabriel LONGOBE**

**Embossed seal:** REPUBLIC OF CONGO
OFFICE OF THE PRESIDENT OF THE REPUBLIC
The Secretary General
[*initials*]
**Mr. Jean Dominique OKEMBA**

Embossed seal: Embassy of the Republic of Congo
Consular Department
Paris, France
[*initials*]

**For the COMMISIMPEX Company:**
**Mr. Mohsen HOJEIJ**
**COMMISIMPEX Company**
**86, avenue Foch**
**BP/1244 – Tel : 81 23 28**
**B/ville – Republic of the Congo**
[*signature*]