# Exhibit 22



**De :** ROSENFELD Emmanuel
**Envoyé :** vendredi 17 mai 2024 15:34
**À :** Martin.Weinstein@cwt.com
**Objet :** Re : Commisimpex

Dear Mr Weinstein

Your e mail dated 7, May 2024 to Bryan Rohm of TotalEnergies American Services Inc. has been forwarded to us.

Neither TotalEnergies American Services Inc. – that you have approached – nor any other entity of the TotalEnergies group, has ever had any interaction with Commissions Import Export SA ("Commisimpex"), apart from the defense by non U.S. TotalEnergies companies of the ongoing scam litigation instigated in France by your client that I assume you are aware of.

The so-called "Guarantee" you attached to your e-mail, which incidentally and in all likelihood is a forgery, does not designate any TotalEnergies entity doing business in the U.S. and neither does it raise any U.S. law-related issue.

On its face the letter to Mr Pouyanné you also attached to your e-mail bears all the stigma of a blackmailing exercise.

Your e-mail correctly assumes that neither TotalEnergies American Services Inc nor any U.S. based or doing business in the U.S. entity is involved in the dispute but the foregoing does not lead us to think the contact you seek with the legal department of the parent company in the Group might be of any use.

Regards


Emmanuel Rosenfeld
Avocat à la cour

1

Cher M. Weinstein

Votre courriel du 7 Mai 2024 à Bryan Rohm de TotalEnergies American Services Inc. nous a été transmis.

Ni TotalEnergies American Services Inc. - que vous avez approchée - ni aucune autre entité du groupe TotalEnergies n'a jamais eu aucune interaction avec Commissions Import Export SA ("Commisimpex"), réserve faite de la défense de sociétés non américaines du groupe dans le procès frauduleux en cours engagé en France par votre cliente dont je suppose que vous êtes informé.

La soi-disant "Garantie" que vous avez annexée à votre courriel, qui incidemment et selon toute vraisemblance est un faux, ne mentionne aucune entité TotalEnergies opérant aux Etats-Unis et pas plus ne met-elle en jeu aucune question liée au droit américain.

De manière visible la lettre à M. Pouyanné que vous avez également annexée à votre courriel porte tous les stigmates du chantage.

Votre courriel postule exactement que ni TotalEnergies American Services Inc ni aucune entité sise aux Etats-Unis ou y opérant n'est impliquée dans le litige mais ce qui précède ne nous amène pas à penser que le contact que vous sollicitez avec le service juridique de la maison mère pourrait avoir la moindre utilité.

Considération distinguée.


Emmanuel Rosenfeld
Avocat à la cour