UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
IN RE APPLICATION OF COMMISSIONS : No. 25-MC-00463-RA
IMPORT-EXPORT S.A. FOR JUDICIAL :
ASSISTANCE PURSUANT TO :
28 U.S.C. § 1782 :
:
------------------------------------------------------------- X

# NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel of record for TotalEnergies EP Congo ("TotalEnergies"), and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of TotalEnergies. The undersigned is a member of this Court in good standing.


Dated: Oct. 28, 2025        Respectfully submitted,
       New York, New York

                                  GIBSON, DUNN & CRUTCHER LLP

                                  By: */s/ Lee R. Crain*
                                       Lee R. Crain

                                  GIBSON, DUNN & CRUTCHER LLP
                                  200 Park Avenue
                                  New York, NY 10166-0193
                                  Telephone: 212.351.2454
                                  LCrain@gibsondunn.com

                                  *Attorney for TotalEnergies EP Congo*