**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLICATION OF COMMISSIONS IMPORT-EXPORT S.A. FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:25-mc-00463 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Commissions Import-Export S.A. hereby states that none of its direct or indirect owners include a publicly held corporation owning 10% or more of the stock or shares.

Dated: October 29, 2025

Respectfully submitted,

*/s/ David Short*
Tara J. Plochocki (NY Bar No. 5359054)
David A. Short (NY Bar No. 5780804)
650 Massachusetts Avenue, N.W.,
Suite 600
Washington, D.C., 20001
Tel: (202) 900-8740
tplochocki@sequorlaw.com
dshort@sequorlaw.com

*Counsel for Commissions Import-Export S.A.*