# GIBSON DUNN

Gregg J. Costa
Partner
T: +1 346.718.6649
M: +1 281.475.5902
gcosta@gibsondunn.com

October 31, 2025

VIA ELECTRONIC FILING

The Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In re Application of Commissions Import-Export S.A. For Judicial Assistance Pursuant to 28 U.S.C. § 1782*, No. 25-MC-00463-LJL (S.D.N.Y.)

Dear Judge Liman:

We write as counsel to TotalEnergies EP Congo ("TotalEnergies") and jointly with counsel for Applicant Commissions Import-Export S.A. ("Commisimpex"). As the Court knows, on October 28, TotalEnergies filed a letter motion asking the Court for leave to intervene to oppose Commisimpex's Section 1782 application. Dkt. 7. In its Minute Order entry dated October 29, the Court took that letter motion under advisement and directed the parties to meet and confer. Dkt. 8.

On October 30, the parties met and conferred and were able to reach agreement on all outstanding issues. Commisimpex has consented to TotalEnergies' intervention. TotalEnergies therefore asks the Court to deem its letter motion to intervene as consented to and to grant intervention.[1]

The parties further agreed to, and ask the Court to enter, the following briefing schedule:

- Deadline for TotalEnergies to oppose the Application: **on or before December 18, 2025**;

- Deadline for Commisimpex to file a reply (if any) in support of the Application: **on or before January 19, 2026**

We thank the Court for its prompt attention to this matter.

---

[1] The parties have also agreed that by consenting to intervention, Commisimpex does not waive any substantive responses it may have to TotalEnergies' arguments in opposition to the Application, including without limitation the scope of TotalEnergies' standing to make certain arguments.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/ Gregg Costa (*pro hac vice*)
/s/ Lee R. Crain

SEQUOR LAW

/s/ Tara J. Plochocki
/s/ David A. Short