UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  05/11/2026

In re Commissions Import-Export S.A.          :          25-mc-00463 (LJL)

                                              :          ORDER

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This matter is stayed  pending further developments in civil proceedings in France (decision of the Cour de cassation).  The parties are to provide a status report on August 3, 2026 and the first Monday of the month every three months thereafter (starting in November 2026).  Any party may move for an order lifting the stay upon a showing of good cause

SO ORDERED.

Dated: May 11, 2026
       New York, New York                    _____
                                                     LEWIS J. LIMAN
                                             United States District Judge